UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 98-30044-MAP |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| KRISTEN GILBERT, ) | 18 U.S.C. §§ 1111 and 7(3) - |
| ) | First Degree Murder (Counts |
| Defendant. ) | One, Four, and Eight) |
| | |
| | 18 U.S.C. §§ 1113 and 7(3) - |
| | Attempted Murder (Counts Two and Six) |
| | |
| | 18 U.S.C. §§ 113 and 7(3) - |
| | Assault with Intent to Commit Murder (Counts Three, Five, Seven, and Nine) |
| | |
| | 18 U.S.C. § 1513 - Retaliating Against a Witness (Count Ten) |
| | |
| | 18 U.S.C. § 1503 - Obstruction Of Justice (Count Eleven) |

### INDICTMENT

The Grand Jury charges that:

**COUNT ONE:** Title 18, United States Code, Sections 1111 and 7(3) - First Degree Murder

On or about December 8, 1995, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, with premeditation and malice aforethought, willfully and unlawfully did kill another human being, Henry Hudon, by injecting epinephrine into Henry Hudon.

All in violation of Title 18, United States Code, Sections 1111 and 7(3).

01

**COUNT TWO:** Title 18, United States Code, Sections 1113 and 7(3) - Attempted First Degree Murder

On or about January 22, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, with premeditation and malice aforethought, willfully and unlawfully did attempt to kill another human being, Thomas Callahan, by injecting epinephrine into Thomas Callahan.

All in violation of Title 18, United States Code, Sections 1113 and 7(3).

**COUNT THREE:**     Title 18, United States Code, Sections 113 and 7(3) - Assault with Intent to Commit Murder

On or about January 22, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, willfully and unlawfully did assault another human being, Thomas Callahan, with intent to commit murder by injecting epinephrine into Thomas Callahan.

All in violation of Title 18, United States Code, Sections 113 and 7(3).

**COUNT FOUR:**   Title 18, United States Code, Sections 1111 and 7(3) - First Degree Murder

On or about February 2, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, with premeditation and malice aforethought, willfully and unlawfully did kill another human being, Kenneth Cutting, by injecting epinephrine into Kenneth Cutting.

All in violation of Title 18, United States Code, Sections 1111 and 7(3).

**COUNT FIVE:** Title 18, United States Code, Sections 113 and 7(3) - Assault with Intent to Commit Murder

On or about February 2, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, willfully and unlawfully did assault another human being, Kenneth Cutting, with intent to commit murder by injecting epinephrine into Kenneth Cutting.

All in violation of Title 18, United States Code, Sections 113 and 7(3).

<u>COUNT SIX</u>:    Title 18, United States Code, Sections 1113 and 7(3) - Attempted First Degree Murder

On or about February 4, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, with premeditation and malice aforethought, willfully and unlawfully did attempt to kill another human being, Angelo Vella, by injecting epinephrine into Angelo Vella.

All in violation of Title 18, United States Code, Sections 1113 and 7(3).

**COUNT SEVEN:**   Title 18, United States Code, Sections 113 and 7(3) - Assault with Intent to Commit Murder

On or about February 4, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, willfully and unlawfully did assault another human being, Angelo Vella, with intent to commit murder by injecting epinephrine into Angelo Vella.

All in violation of Title 18, United States Code, Sections 113 and 7(3).

**COUNT EIGHT:**   Title 18, United States Code, Sections 1111 and 7(3) - First Degree Murder

On or about February 15, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, with premeditation and malice aforethought, willfully and unlawfully did kill another human being, Edward Skwira, by injecting epinephrine into Edward Skwira, thereby causing Edward Skwira to die on or about February 18, 1996.

All in violation of Title 18, United States Code, Sections 1111 and 7(3).

**COUNT NINE:**     Title 18, United States Code, Sections 113 and 7(3) - Assault with Intent to Commit Murder

On or about February 15, 1996, at the Veterans Affairs Medical Center in Northampton, Massachusetts, being a place within the special maritime and territorial jurisdiction of the United States, and within the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, willfully and unlawfully did assault another human being, Edward Skwira, with intent to commit murder by injecting epinephrine and ketamine into Edward Skwira.

All in violation of Title 18, United States Code, Sections 113 and 7(3).

**COUNT TEN:**     Title 18, United States Code, Section 1513(b)(2) -
           Retaliating Against A Witness

On or about September 9, 1996, in the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, did knowingly damage the tangible property of James Perrault over the course of several days by, among other things, flattening the tire of his vehicle, keying the exterior of his vehicle, spraypainting his windshield, and damaging the license plate area of his vehicle, such conduct being taken with the intent of retaliating against James Perrault for any information given by James Perrault to a law enforcement officer relating to the commission or possible commission of a Federal offense, namely Title 18, United States Code, Section 1111, Murder.

All in violation of Title 18, United States Code, Section 1513(b)(2).

**COUNT ELEVEN:** Title 18, United States Code, Section 1503 -
Obstruction of the Due Administration of Justice

On or about September 26, 1996, in the District of Massachusetts,

**KRISTEN GILBERT,**

defendant herein, did corruptly and by threatening communication endeavor to influence, obstruct, and impede a federal grand jury convened in Springfield, Massachusetts investigating the increase in the number of medical emergencies and deaths at the Veterans Affairs Medical Center in Northampton, Massachusetts by placing a telephone call to the Veteran's Affairs Medical Center in Northampton, Massachusetts on September 26, 1996 and falsely stating, "There are three explosive devices in Building One. You have two hours."

All in violation of Title 18, United States Code, Section 1503.

A TRUE BILL

*Sheila M. Rowe*
FOREPERSON OF THE GRAND JURY

*William Welch II*
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _November 19_, 1998

Returned into the District Court by the Grand Jurors and filed.

@ 12:10 PM.

*John C. Huckleberry*
DEPUTY CLERK OF THE COURT

12