THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Western Section
Crim. No. 98-30044-MAP

------------------------

THE UNITED STATES, Plaintiff,

v.

KRISTEN GILBERT, Defendant.

================================

DEFENDANT'S MOTION *IN LIMINE* TO
EXCLUDE THE TESTIMONY OF THE GOVERNMENT'S
TOXICOLOGIST, FREDERIC RIEDERS, PH.D., AND
SUPPORTING MEMORANDUM OF LAW.

(HEARING REQUESTED)

================================

Appearing for the Defendant, Kristen Gilbert:

Harry L. Miles, Esq., and
Green, Miles, Lipton, White & Fitz-Gibbon
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
Voice: (413) 586-8218; Fax: (413) 584-6278
BBO#: 345800

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street
Springfield, MA 01103
Voice: (413) 732-1939; Fax: (413) 746-5767

DENIED. The testimony at the evidentiary hearing and the extensive written submissions make it clear that defendant's arguments and criticisms, while perhaps damaging, go to the weight, not the admissibility of the government's proposed toxicological evidence. A jury should be permitted to consider, and accept or reject, this evidence. So ordered. Michael A. Ponsor USDJ 6/9/00

196