

COPY

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 98-30044-MAP |
| | ) |
| KRISTEN GILBERT, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S BRIEF FOR UPCOMING DAUBERT HEARING
## REGARDING THE ADMISSION OF THE TESTIMONY OF DR. FREDRIC RIEDERS

The United States of America, by Donald K. Stern, United
States Attorney for the District of Massachusetts, respectfully
submits the following hearing brief in anticipation of the
Daubert hearing regarding the admission of the testimony and the
analytical results of Dr. Fredric Rieders, the Government's
toxicologist. The purpose of this brief is to provide the court
with a preliminary understanding of the scientific terms,
methods, and analysis that will be presented on March 30th and
March 31st, 2000.

### I.  Legal Discussion

As articulated in its previous Daubert filing, Daubert
requires a district court to undertake a two-part analysis:
first, the district court must determine "whether the proffered
testimony is reliable, requiring an assessment of whether the
reasoning or methodology underlying the testimony is
scientifically valid"; and second, the district court "must
determine whether that reasoning or methodology can be properly
applied to the facts in issue; that is, whether it is relevant."
Curtis v. M & S Petroleum, Inc., 174 F.3d 661, 668 (5th Cir.



1999)(citing Daubert, 509 U.S. at 592-93). See also Ruiz-Troche
v. Pepsi Cola of Puerto Rico Bottling Co., 161 F.3d 77, 79 (1st
Cir. 1998).  "Thus, an expert's testimony is admissible under
Rule 702 if it `rests on a reliable foundation and is relevant.'"
Westberry v. Gislaved Gummi AB, 178 F.3d 257, 260 (4th Cir. 1999)
(quoting Kumho Tire Co. v. Carmichael, 119 S.Ct. 1167, 1171
(1999)).

In assessing reliability, the standard for determining
reliability "is not that high." In re Paoli R.R. Yard PCB
Litigation, 35 F.3d 717, 744 (3d Cir. 1994).  "On the one hand,
the court should be mindful that Rule 702 was intended to
liberalize the introduction of relevant expert evidence."
Westberry, 178 F.3d at 261 (citing Cavallo v. Star Enterprise,
100 F.3d 1150, 1158-59 (4th Cir. 1996)).  "Daubert does not
require that a party who proffers expert testimony carry the
burden of proving to the judge that the expert's assessment of
the situation is correct." Ruiz-Troche, 161 F.3d at 85.  "As long
as an expert's scientific testimony rests upon `good grounds,
based on what is known,' it should be tested by the adversary
process -- competing expert testimony and active cross-examina-
ion -- rather than excluded from jurors' scrutiny for fear that
they will not grasp its complexities or satisfactorily weigh its
inadequacies." Ruiz-Troche, 161 F.3d at 85 (quoting Daubert, 509
U.S. at 590, 596). See also Westberry, 178 F.3d at 261.

"In short, Daubert neither requires nor empowers trial
courts to determine which of several competing scientific

2

theories has the best provenance." <u>Ruiz-Troche</u>, 161 F.3d at 85.
<u>Daubert</u> "demands only that the proponent of the evidence show
that the expert's conclusion has been arrived at in a scienti-
fically sound and methodologically reliable fashion." <u>Ruiz-</u>
<u>Troche</u>, 161 F.3d at 85 (citing <u>Kannankeril v. Terminix Int'l,</u>
<u>Inc.</u>, 128 F.3d 802, 806 (3d Cir. 1997); <u>In re Paoli</u>, 35 F.3d at
744)). In other words, "the evidentiary requirement for
reliability is lower than the merits standard for correctness."
<u>Id</u>.

"[T]he court has broad latitude to consider whatever factors
bearing on validity that the court finds to be useful; the
particular factors will depend upon the unique circumstances of
the expert testimony involved." <u>Westberry</u>, 178 F.3d at 261
(citing <u>Kumho</u>, 119 S.Ct. at 1175-76). While the <u>Daubert</u> Court
articulated four factors that a district court <u>may</u> consider in
the determination of the reliability prong, these four factors
"do not function as a `definitive checklist or test,' but form
the basis for a flexible inquiry into the overall reliability of
a proffered expert's methodology." <u>Ruiz-Troche</u>, 161 F.3d at 81.
<u>See</u> <u>also</u> <u>United States v. Hankey</u>, 2000 WL 192964 *6 (9th Cir.
2000)(application of <u>Daubert</u> factors in context of gang expert
testimony). "[N]o single factor disposes of a reliability
inquiry." <u>Ruiz-Troche</u>, 161 F.3d at 85 (citing <u>Daubert</u>, 509 U.S.
at 592-95).

For example, "[p]ublication (which is but one element of
peer review) is not a sine qua non of admissibility; it does not

3

necessary correlate with reliability." Daubert, 509 U.S. at 593.
See also Bryant v. City of Chicago, 200 F.3d 1092, 1098 (7th Cir.
2000)(affirming admission of expert's testimony under Daubert
even though general scientific literature consisted of single,
unpublished study given expert's substantial academic and
practical expertise). Well-grounded but innovative theories may
not have been published, while "some propositions, moreover, are
too particular, too new, or of too limited interest to be
published." Daubert, 509 U.S. at 593. For example, some medical
or scientific issues simply may not lend themselves to peer
review or publication. Kennedy v. Collagen Corp., 161 F.3d 1226,
1229 (9th Cir. 1998)(reversing district court exclusion of
expert's testimony under Daubert based in part upon the lack of
epidemiological or animal studies); Ambrosini v. LaBarraque, 101
F.3d 129, 139 (D.C. Cir. 1996)(reversing district court exclusion
of expert's testimony under Daubert where no epidemiological or
animal studies showing causation). Therefore, "[t]he fact of
publication (or lack thereof) in a peer reviewed journal thus
will be a relevant, though not dispositive, consideration in
assessing the scientific validity of a particular technique or
methodology on which an opinion is premised." Daubert, 509 U.S.
at 594.

Similarly, while general acceptance within the scientific
community is a factor to consider, "[t]he lesson of the Supreme
Court's rejection of `general acceptance' as the sole standard
for expert testimony, in favor of the Daubert-Kumho reliability

standard is that `widespread use' or `general acceptance' is an imperfect proxy for reliability." <u>Libas, Ltd. v. United States</u>, 193 F.3d 1361, 1368 (Fed. Cir. 1999). "The prevailing scientific wisdom is not always right, and moreover, a requirement of `general' or `widespread' acceptance, by itself, may exclude reliable but novel or controversial methodologies." <u>Id</u>. at 1368.

The second part of the analysis, the special relevancy prong, requires not only that an expert's testimony be relevant under Rule 403, "but also in the incremental sense that the expert's proposed opinion, if admitted, likely would assist the trier of fact to understand or determine a fact in issue." <u>Ruiz-Troche</u>, 161 F.3d at 81 (citing <u>Daubert</u>, 509 U.S. at 591-92). "In other words, Rule 702, as visualized through the <u>Daubert</u> prism, `requires a valid scientific connection to the pertinent inquiry as a precondition to admissibility.'" <u>Ruiz-Troche</u>, 161 F.3d at 81 (citing <u>Daubert</u>, 509 U.S. at 592). "This connection has been appropriately denominated as `fit.'" <u>Allison</u>, 184 F.3d at 1312. In other words, "the evidentiary requirement for of reliability is lower than the merits standard for correctness." <u>Id</u>.

## II.   Scientific Reliability

### A. Expertise

Dr. Fredric Rieders, the Government's toxicologist, is a nationally recognized forensic toxicologist and founder of National Medical Services, Inc., ("NMS") the largest private toxicological laboratory in the United States.  NMS is a licensed, certified toxicology laboratory.  NMS performs forensic

toxicology for a number of law enforcement agencies both nationally and internationally.

The Government previously attached Dr. Rieders' curriculum vitae as Exhibit A in its initial response to Gilbert's <u>Daubert</u> motion. Dr. Rieders has been admitted as an expert witness in forensic toxicology in state and federal court hundreds of times. Dr. Rieders' expertise and experience includes work in approximately fifty cases involving embalmed and exhumed tissue specimens. The toxicological analysis of embalmed and exhumed tissues is a very unique, specialized area within the field of forensic toxicology. Dr. Rieders' experience makes him and NMS one of the nation's foremost experts in the analysis of embalmed and exhumed tissues.

William Vickery is a group leader and scientist who has worked for NMS for over twenty years. Mr. Vickery has extensive experience in the testing of embalmed and exhumed tissues by virtue of his working relationship with Dr. Rieders. Mr. Vickery also has extensive knowledge in the use of HPLC-MS/MS and performed many of the tests in this case.

B. <u>Background Information on Norepinephrine and Epinephrine</u>

The human body naturally produces two types of catecholamines: norepinephrine and epinephrine. Norepinephrine is a neurotransmitter for the sympathetic nervous system; in other words, it helps transmit nerve impulses to nerve endings. Norepinephrine transmits nerve impulses or nervous activity that regulates the performance of various physiological functions.

Norepinephrine, for example, plays a role in transmitting nerve activity that adjusts and maintains the human body's blood pressure at normal levels.

Norepinephrine breaks down very quickly in the human body. As reflected at Tab A, norepinephrine breaks down mainly into its metabolite, normetanephrine. A much smaller amount of norepinephrine breaks down into epinephrine, which in turn breaks down very quickly into its main metabolite, metanephrine. Both normetanephrine and metanephrine then degrade into vanillymandelic acid, or VMA. Ample medical literature has shown that the basal or normal levels of norepinephrine and normetanephrine exceed the normal levels of epinephrine and metanephrine in plasma and urine of living individuals. See Tab B.

The human body, however, also secretes epinephrine directly from the adrenal glands in "flight or fight" circumstances. The secretion of epinephrine causes an immediate rise in a person's normal blood pressure and normal heart rate and provides a person with a heightened awareness and energy to react instantaneously in such situations. Consistent with the diagram at Tab A, epinephrine secreted in these situations breaks down very quickly into metanephrine. Even in normal, stressful situations, the level of normetanephrine also rises, and, therefore, the level of normetanephrine still exceeds or equals the level of metanephrine in plasma and urine of normal, living individuals.

An injection of epinephrine markedly reverses the normal ratio between normetanephrine and metanephrine levels. The

7

metabolites of normetanephrine and metanephrine do not cross over; in other words, norepinephrine does not break down into metanephrine, and epinephrine does not break down into normetanephrine. See Tab A. Therefore, an injection of epinephrine only will increase the level of metanephrine in the human body, but will not affect the normal level of normetanephrine.

Consequently, and most importantly to this case, an injection of epinephrine causes a marked increase in a person's metanephrine level. This marked increase in a person's metanephrine level will far exceed a person's normal normetanephrine level. This marked flip or reversal in a person's normetanephrine to metanephrine ratio constitutes a reliable way of determining whether or not an injection of exogenous epinephrine has been administered.

An injection of epinephrine into a person not in cardiac arrest can produce a life threatening arrhythmia and cause an individual to die. There is no particular dose of epinephrine that constitutes a lethal overdose of epinephrine. A single injection of a small dose of epinephrine can produce a life threatening arrhythmia in a normal healthy individual and cause death; conversely, there have been reported cases of individuals who have survived large doses of epinephrine. The lethal effect of epinephrine is its propensity to induce life threatening cardiac arrhythmias.

8

C. Methods

Dr. Rieders and NMS developed a method to test for normetanephrine and metanephrine levels in exhumed, embalmed post-mortem blood and tissue samples. Dr. Rieders used High Pressure Liquid Chromatography with a tandem Mass Spectrometry detection system (hereinafter referred to as "HPLC-MS/MS"). HPLC-MS/MS is "widely used and generally accepted in the fields of analytical and forensic chemistry." United States v. Vitek Supply Corp., 144 F.3d 476, 484 (7th Cir. 1999).

HPLC-MS/MS has been used extensively for the separation and detection of normetanephrine and metanephrine levels in tissue, blood, and urine samples of living individuals for many years. HPLC-MS/MS has been generally accepted within the scientific community as an accurate and reliable detection system for normetanephrine and metanephrine levels. Dr. Rieders and NMS simply applied these proven, generally accepted detection methods to measure the presence of normetanephrine and metanephrine levels in post-mortem blood and tissue.

Since HPLC-MS/MS measures molecular weight, as discussed in more detail below, the application of HPLC-MS/MS to measure normetanephrine and metanephrine levels in post-mortem blood and tissue as opposed to living blood and tissue does not make this detection system less reliable or accurate. The molecular weights of normetanephrine and metanephrine remain the same in living blood and tissue and in post-mortem blood and tissue.

1. <u>HPLC</u>

HPLC is a separation system by which a machine forces the constant infusion of a known liquid, known as the mobile phase, under high pressure through a long tube and then into and out of a column packed densely with fine particles. To test for the presence of a particular substance in a blood or tissue sample, the sample is injected into the mobile phase, which carries the sample through the tube and into the densely packed column. <u>See</u> Tab C. Since most compounds have different molecular weights, the densely packed column causes compounds to move through the column at different speeds and effectively separates the compounds contained within the sample from one another. As the various different compounds emerge out of the end of the column, HPLC measures with high sensitivity and accuracy the exact amount of time that it took each compound to travel through the column. This measurement of time, known as the retention time, is a unique characteristic for each compound. By comparing the retention time of an unknown sample to known retention times, one can accurately determine the identity of the compounds in the sample.

For example, the molecular weight of metanephrine is greater than the molecular weight of normetanephrine. If normetanephrine was compound A and metanephrine was compound B in the diagram at Tab C, the mobile phase would infuse the sample under high pressure through the column. Since normetanephrine weighs less than metanephrine, it would emerge first from the end of the

10

column as depicted in the diagram.  The HPLC detector would
determine the retention times of normetanephrine and metanephrine
respectively, and then plot their retention times as reflected in
the schematic at Tab C.

An apt, albeit crude, analogy to HPLC is a marathon.  People
run marathons at different speeds and cross the finish line at
different times.  If everyone ran a marathon the exact same way
every time, one could identify unknown runners by recording their
precise finish times and then comparing those finish times to the
known population.  HPLC essentially works in the same manner.

HPLC has been generally accepted within the scientific
community for many years as an accurate, reliable method of
distinguishing and identifying normetanephrine and metanephrine
from other, similarly structured compounds and measuring the
levels of normetanephrine and metanephrine in urine and blood.
See Tab D.  As reflected by the summaries contained at Tab D,
these journal articles, which have been published in well
respected, peer-reviewed journals, attest to the accuracy,
reliability, reproducibility, and low error rate of HPLC.

The use of HPLC in diagnosing pheochromocytomas further
confirms the accuracy, reliability, and general acceptance of
HPLC.  See Tab E.  Pheochromocytoma is a tumor within the adrenal
gland that usually causes the overproduction of epinephrine.  In
essence, pheochromocytoma is a form of natural, epinephrine
poisoning.  As reflected by the summaries contained at Tab E,
these journal articles, which have been published in well

11

respected, peer-reviewed journals, reflect that clinicians diagnose and surgically remove pheochromocytomas based upon the accuracy, reliability, and low error rate of HPLC.

    2. MS/MS

        As previously indicated, Dr. Rieders and NMS used a tandem MS/MS detection system in conjunction with HPLC. Different types of detection systems can be used in conjunction with HPLC, but MS/MS is one of the most sensitive, accurate detection systems currently available.

      MS/MS works in the following manner.  After the mobile phase carries the sample containing normetanephrine and metanephrine out the end of the HPLC column, the mobile phase carries the sample into the MS/MS detection system. See Tab F.  MS/MS electrically charges the mobile phase and sample and converts them into their ions.  The ionized mobile phase and sample pass through MS/MS's filter.  MS/MS can be programmed to filter off all of the ions or molecules that do not have the molecular weight of normetanephrine and metanephrine.  Therefore, the MS/MS only will allow molecules having the molecular weight of normetanephrine and metanephrine to pass to the first MS detector.  These molecules allowed to pass to the first MS detector are called the "parent ions."

      The MS/MS system then allows only the molecules having the molecular weight of normetanephrine and metanephrine to pass to the second MS detector.  As the molecules travel to the second MS detector, the MS/MS system emits a gas that collides with these

12

molecules. All molecules break at their weakest links. The collision gas carefully breaks the molecules into several different fragments called "daughter ions." Since all molecules break into different fragments, these fragments become the fingerprint of the parent ions, or normetanephrine and metanephrine in this case. The second MS detector weighs and measures the fragments, or daughter ions, and further confirms the identity of normetanephrine and metanephrine in the sample.

The MS detection system has been generally accepted within the scientific community as an accurate, reliable method of detecting and measuring normetanephrine and metanephrine levels and excluding those substances from other similar compounds. The MS system has been used to measure the levels of normetanephrine and metanephrine in bodily fluid and blood for many years. See Tab G. As reflected by the summaries contained at Tab G, these journal articles, which have been published in well respected, peer-reviewed journals, attest to the accuracy, reliability, and low error rate of the MS detection system. The tandem MS/MS detection system, which Dr. Rieders and NMS used in this case, is more sensitive than the single MS system cited in the journal articles because the tandem MS/MS detection system uses two MS detectors rather than just one.

D. Testing in this Case

As previously indicated, Dr. Rieders tested the blood and tissue samples from the following victims:

13

1. <u>Henry Hudon</u>

Dr. Rieders tested certain blood samples taken from Henry Hudon at the time of his admission at the VAMC, and more importantly, before Gilbert came on duty, on December 8th, 1995. These blood samples served as controls because one would expect these blood samples to have normal levels of and a normal ratio between normetanephrine and metanephrine. Consistent with the medical literature, Dr. Rieders found normal levels of and a normal ratio between normetanephrine and metanephrine.

Dr. Rieders also tested blood samples taken during Hudon's several codes at the VAMC when he received a number of doses of epinephrine as part of the resuscitative efforts to revive Hudon from cardiac arrest. These blood samples served in part as controls because, given the authorized administration of resuscitative epinephrine, one would expect these blood samples to have a marked reversal in the ratio between normetanephrine and metanephrine, i.e. very low levels of normetanephrine and very high levels of metanephrine. As expected, Dr. Rieders found very high levels of metanephrine and virtually undetectable levels of normetanephrine.

Finally, Dr. Rieders also analyzed blood samples taken at the time of Hudon's autopsy on December, 10, 1995, approximately thirty-six hours after his death on December 8, 1995. Again, these blood samples served in part as controls because one would expect these blood samples to have retained the marked reversal in the ratio between normetanephrine and metanephrine. As

14

expected, Hudon's post-code autopsy blood samples showed a very significant reversal in his normetanephrine to metanephrine ratio.

These findings are significant for several reasons. First, the results were consistent with the body of medical literature regarding the effect of epinephrine injections upon a person's metanephrine level. Second, the results served as controls for victims Skwira and Cutting, who did not receive epinephrine at the time of their codes. Third, the results do not exclude an unauthorized, pre-code injection of epinephrine as a competent cause of death. As a result, the results are supportive of and corroborative of other evidence that, taken as a whole, will prove that Hudon died of epinephrine poisoning.

2. Stanley Jagodowski

Dr. Rieders also tested blood and tissue samples Stanley Jagodowski. These blood and tissue samples had been taken after exhumation and autopsy in July, 1998, thirty-five months after his death in August, 1995. Jagodowski received epinephrine as part of the resuscitative efforts to revive him from cardiac arrest. As with the Hudon blood samples, these blood samples served in part as controls for victims Skwira and Cutting because one would expect the authorized administration of resuscitative epinephrine to reverse significantly the normal ratio between normetanephrine and metanephrine. As expected, Dr. Rieders found very high levels of metanephrine and virtually undetectable levels of normetanephrine.

15

The Jagodowski findings are significant because the results were consistent with the body of medical literature regarding the effect of epinephrine injections upon a person's metanephrine level.  Second, the results evidence the stability of metanephrine in embalmed, exhumed tissue.  Third, the results served as controls for victims Skwira and Cutting, who did not receive epinephrine at the time of their codes.  Finally, the results do not exclude an unauthorized, pre-code injection of epinephrine as a competent cause of death.  As a result, the results are supportive of and corroborative of other evidence that, taken as a whole, will prove that Jagodowski died of epinephrine poisoning.

3. Edward Skwira

Dr. Rieders tested blood and tissue samples from Edward Skwira that had been taken after his exhumation and autopsy in November, 1996, approximately nine months after his death. Skwira had not received any resuscitative epinephrine as part of his code on February 15, 1996.  Therefore, one would expect his blood and tissue samples to have had a normal normetanephrine to metanephrine ratio.  However, Dr. Rieders found very high levels of metanephrine and virtually undetectable levels of normetanephrine in Skwira's blood and tissue samples.  The presence of very high levels of metanephrine and the very significant reversal in Skwira's normetanephrine to metanephrine ratio proves that Skwira received an unauthorized, exogenous administration of metanephrine.

16

### 4. Kennethy Cutting

Dr. Rieders tested blood and tissue samples from
Kenneth Cutting that had been taken after his exhumation and
autopsy in April, 1997, approximately twenty-six months after his
death.   Cutting had DNR status, which meant that he should not
have received any resuscitative epinephrine when his heart
arrested on February 2, 1996.   The medical records revealed that
Cutting did not receive any epinephrine.   Therefore, one would
expect his blood and tissue samples to have had a normal
normetanephrine to metanephrine ratio.

However, Dr. Rieders found very high levels of metanephrine
and virtually undetectable levels of normetanephrine in Cutting's
blood and tissue samples.   The presence of very high levels of
metanephrine and the very significant reversal in Cutting's
normetanephrine to metanephrine ratio proves that Cutting
received an unauthorized, exogenous administration of
metanephrine.

### E. Confirmation of Results

The testimony presented will show that Dr. Rieders' re-
tested various blood and tissue samples of Hudon, Skwira, Cutting
and Jagodowski and re-produced his results.   In addition, Dr.
Rieders' tested other post-mortem tissue and blood samples from
other individuals and achieved results consistent with his
findings in the present case.

Dr. Rieders and NMS also presented a study that NMS
performed to examine the stability of normetanephrine and

17

metanephrine under post-mortem conditions at the American Academy of Forensic Sciences annual conference in February, 2000. See Tab H. In this study, embalmed and unembalmed tissue samples initially were tested to rule out the presence of normetanephrine and metanephrine. The embalmed and unembalmed tissue samples were then mixed with normetanephrine and metanephrine. These tissue samples were then stored at varying degrees to study the stability of normetanephrine and metanephrine over time.

The study showed that both normetanephrine and metanephrine achieved the $k'$ of their degradation reaction within approximately a week. The $k'$ is that point at which the degradation rate of a compound slows to almost zero. The degradation of a compound continues, but at a very slow, almost flat rate thereafter. Dr. Rieders and NMS have continued to monitor the degradation of these tissues. This study confirmed that levels of normetanephrine and metanephrine remain stable for a long period of time, and can be detected post-mortem given sufficiently high, initial levels of normetanephrine and/or metanephrine, such as in the case of epinephrine poisoning.

Finally, Dr. Rieders and NMS presented his analytical methods at the American Academy of Forensic Sciences annual conference in February, 2000. See Tab I. Dr. Rieders and NMS' written and oral presentation described the same analytical method employed in this case.

F. Conclusion

18

## III. Conclusion

Based upon the foregoing, and the evidence to be presented at the upcoming <u>Daubert</u> hearing, the Government will request that this court deny Gilbert's motion to exclude the testimony of Dr. Rieders.

Respectfully submitted,

DONALD K. STERN
United States Attorney

By:

William M. Welch II
Assistant U.S. Attorney

Ariane D. Vuono
Assistant U.S. Attorney

Dated: March 27, 2000.

## CERTIFICATE OF SERVICE

Hampden,   ss.                          Springfield, Massachusetts
                                        March 27, 2000

I, William M. Welch II, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by mail on
Harry L. Miles, Esq., 77 Pleasant Street, Northampton, MA 01060
and David P. Hoose, Esq., 1145 Main Street, Springfield, MA
01103.

William M. Welch II
Assistant U.S. Attorney

21

In sum, the scientific literature clearly shows that HPLC-MS/MS has been accepted as a highly accurate, sensitive, and reliable method for the detection of normetanephrine and metanephrine levels.  Dr. Rieders and NMS simply applied HPLC-MS/MS to the testing of normetanephrine and metanephrine in post-mortem tissue.  "[W]hen tests involve the application of well-known instruments `to a particular and not-out-of-the-ordinary application,' some of the Daubert factors may be worthy of less emphasis." Vitek Supply Corp., 144 F.3d at 485 (citing Cummins v. Lyle Industries, 93 F.3d 362, 367 n.2 (7th Cir. 1996)).  Therefore, there can be no dispute as to the validity and reliability of HPLC-MS/MS in its application to post-mortem analysis.

Since the filing of the Government's initial Daubert pleading in January, 1999, Dr. Rieders and NMS have presented the analytical methods used in this case orally and in writing at the 52nd annual meeting of the American Academy of Forensic Sciences on February 23rd and February 24th, 2000.  Their public presentation of their analytical methods can be considered an initial step in the peer review process. See United States v. Lowe, 954 F.Supp. 401, 412, 414 (D.Mass. 1996); Ambrosini, 101 F.3d at 139.  Dr. Rieders' presentation, therefore, answers many of Dr. Mozayani's criticisms or renders them moot.

Finally, the evidence at the Daubert hearing will demonstrate that Dr. Mozayani is simply incorrect in many of her assumptions, statements, and conclusions.

EXHIBIT A



EXHIBIT B

TABLE 2. *Levels of urinary catecholamines and metabolites*

| Catecholamine/metabolite | Upper limit of normal (mg/24h) | Range (μg/mg creatinine) |
|---|---|---|
| Epinephrine[a] | 0.02 | — |
| Norepinephrine[a] | 0.08 | — |
| Dopamine | 0.20 | — |
| Total catecholamines | — | 0.08–0.23 |
| Metanophrine | 0.4 | — |
| Normetanephrine | 0.9 | — |
| Vanillylmandelic acid | 6.5 | — |
| Homovanillic acid | 8.0 | — |

[a] The mean plasma concentration of epinephrine and norepinephrine is 950 pg/ml (5.62 nmol/L).

EXHIBIT - C



**FIGURE 25-2**  Schematic diagram showing the separation of components A and B of a mixture by column elution chromatography. The lower figure shows the output of the signal detector at the various stages of elution shown in the upper part of the figure.

EXHIBIT D

HPLC for Urinary Catecholamines and Metanephrines with
Alpha-Methlydopa (1982)

In this peer-reviewed article published in the Journal of
Surgical Research, the authors study the accuracy and
reliability of the HPLC with an electro-chemical detection
system [3] in measuring norepinephrine, epinephrine,
normetanephrine, and metanephrine levels in urine.   The
authors focus upon the ability of the HPLC system to
identify and exclude other similar substances such as
dopamine and alpha-methyldopa, a metabolite of dopamine.
The authors conclude that the HPLC with electro-chemical
detection system validly and accurately measures
norepinephrine, epinephrine, normetanephrine, and
metanephrine levels in urine and effectively precludes false
positives from other similar substances.

---

[3] The electro-chemical detection system is one type of detector
that can be used at the end of the HPLC column.   MS-MS is another
type of detector, but MS-MS is much more sensitive and accurate
than the electro-chemical detector.

J., and Rajamäki, A. Cellular pattern
base of healing wounds in children. Scand
Reconstr. Surg. 10: 83, 1976.
l., Rajamäki, A., Renvall, S., and Raekallio
gregation centers—Initial strength elements
wound healing. J. Surg. Res. 29: 414, 1980.
R. Die Cellularpathologie in ihrer Begründ
physiologische und pathologische Gewebe
lin: Hirschwald, 1871.
A. L. Staining of tissue sections for electron
ry with heavy metals. J. Biophys. Biochem.
475, 1958.
ki, S. A., Fries, C. C., Karlson, K. E., Go
., and Sawyer, Ph.N. Porosity: Primary dec
of ultimate fate of synthetic vascular grafts.
0: 91, 1961.

JOURNAL OF SURGICAL RESEARCH 35, 507–514 (1983)

# HPLC for Urinary Catecholamines and Metanephrines with Alpha-Methyldopa

GAIL L. MUNION, B.S., M.D., JOHN F. SEATON, B.SC.,
AND TIMOTHY S. HARRISON, M.D.[1]

*Departments of Surgery and Physiology, The Milton S. Hershey Medical Center, The Pennsylvania State University College of Medicine, Hershey, Pennsylvania 17033*

Submitted for publication December 20, 1982

In five healthy selected volunteers with normal blood pressure and one pheochromocytoma patient, high performance liquid chromatography (HPLC) has been evaluated, with electrochemical detection for quantitation of urinary catecholamines and metanephrines during administration of the antihypertensive, alpha-methyldopa. The clinical usefulness of HPLC is compared with that of the conventional assay method—the trihydroxyindole (THI)-fluorometric procedure. The THI fluorometric method is known to suffer from true false-positive interference as a result of its inability to differentiate between alpha-methyldopa, its primary metabolic derivatives, and the structurally similar endogenous catecholamines. It is shown that the HPLC separation methodology yields accurate, reproducible results devoid of interference from the presence of alpha-methyldopa. Free urinary excretion rates of epinephrine, norepinephrine, and dopamine were elevated by alpha-methyldopa, $P < 0.001$, for epinephrine, norepinephrine, and dopamine when measured by the trihydroxyindole technique but not with high performance liquid chromatography. With alpha-methyldopa treatment, urinary normetanephrine excretion rates were slightly increased, $P < 0.05$, by fluorometric analysis and slightly decreased, $P < 0.05$, when measured by HPLC. Of added interest, the formation of the normetanephrine analog of alpha-methyldopa, previously undetected, is suggested. Slightly elevated metanephrine levels are seen by the THI-fluorometric method in the presence of alpha-methyl metanephrines. Establishing that the HPLC assay procedure is suitable for clinical diagnosis of pheochromocytoma, despite the presence of alpha-methyldopa, makes it unnecessary to discontinue use of this antihypertensive in screening for pheochromocytoma.

## INTRODUCTION

Recently considerable research has evaluated high performance liquid chromatography (HPLC) as a separation technique for the determination of catecholamine and metanephrine levels in the blood and urine [7, 11]. In part, our interest has been stimulated by the need for a clinical tool to replace the trihydroxyindole (THI)-fluorometric method for catecholamine and metanephrine assay, when the THI technique suffers from interference by certain drugs. This is especially true for patients suspected of pheochromocytoma who are taking alpha-methyldopa (Aldomet) [7]. Aldomet interferes with the diagnosis of pheochromocytoma by THI fluorometry by forming a false-positive, alpha-methylated trihydroxyindole ring [5]. The quantity and pro-

portion of catecholamines and metanephrines secreted by individual pheochromocytoma patients may vary greatly from day to day [9]. Alpha-methyldopa, the structure of which is shown in Fig. 1, differs from dihydroxyphenylalanine (DOPA) only by the additional methyl group on the alpha carbon. Since recognition that the THI-fluorometric assay method cannot differentiate between Aldomet, its primary metabolic derivatives, and the structurally similar catecholamines, the identification of pheochromocytoma in hypertensive patients taking Aldomet has been impossible with the THI technique.

A criterion preferred by some for pheochromocytoma diagnosis is elevated urinary metanephrine excretion [9]. Further, it has been shown that alpha-methyldopa most often does not alter significantly the levels of urinary metanephrines [6]. In a small percentage of

---

[1] To whom reprint requests should be addressed.

0022-4804/83 $1.50
Copyright © 1983 by Academic Press, Inc.
All rights of reproduction in any form reserved.

508

JOURNAL OF SURGICAL RESEARCH: VOL. 35, NO. 6, DECEMBER 1983



FIG. 1. The structural formula for Aldomet (α-methyldopa) is shown.

cases, however, total metanephrine levels are in a range equivocally diagnostic for pheochromocytoma [4]. In patients with paroxysmal hypertension, metanephrine excretion may be normal if the urine is collected during a normotensive period. It is recommended in these circumstances that urinary catecholamines be determined. It has been shown, in addition, that monoamine oxidase inhibitors increase urinary metanephrine excretion rates above normal [4]. Some report that Aldomet can increase urinary metanephrine excretion [12]. The value of a separation technique that would assay individual catecholamines and metanephrines without false-positive interference by Aldomet is well argued.

Alpha-methyldopa, it has been demonstrated, can be observed as a distinct peak using HPLC [10]. HPLC with electrochemical detection can also be employed to determine norepinephrine (NE), L-dopa (DOPA), epinephrine (E), and dopamine (DA) in a single-step, relatively quick procedure [7]. A similar technique is available for determining normetanephrine (NMET) and metanephrine (MET) by HPLC [11]. These techniques using HPLC have the potential for effective and efficient screening for pheochromocytoma in the presence of Aldomet.

The intention of this study is to compare the results of the THI-fluorometric assay and an HPLC separation and detection procedure by evaluating the accuracy of the two methods at determining free urinary catecholamine excretion rates and metanephrine excretion rates in the presence of Aldomet and its metabolic derivatives. Our goal is to demonstrate whether or not HPLC offers acceptable accuracy without the false-positive reaction seen with Aldomet in the THI-fluorometric method.

Successful separation could establish HPLC as a valuable clinical tool for measurement of catecholamines and metanephrines in the presence of Aldomet. If feasible, this would make it unnecessary to remove patients from Aldomet treatment for 1 month prior to screening for catecholamine-producing tumors. Hypertensive patients, including those with pheochromocytoma, often do not tolerate withdrawal from Aldomet well and it may be difficult to control their blood pressure when Aldomet is stopped. Because of the violent withdrawal reaction with Aldomet, it has been necessary sometimes to delay evaluation for pheochromocytoma in Aldomet-treated patients.

## MATERIALS AND METHODS

*Patient preparation.* Five test subjects with verified normal blood pressures, supine, and no history of hypertension, ages 23 to 52 were used. For urine collection, the test subjects were placed on a diet devoid of substances stimulating catecholamine release or interfering with catecholamine analysis, and were requested to avoid strenuous activity. Each subject received 250 mg of Aldomet orally four times a day for 2 days starting at 8:00 AM after the initial 12-hr overnight urine collection. The second 12-hr overnight urine was collected from 8:00 PM to 8:00 AM starting on the second day of Aldomet administration. Blood pressures were recorded before and after Aldomet.

A 38-year-old male with a documented pheochromocytoma was on Aldomet 500 mg four times a day for almost 8 months before the study. Four overnight, 8:00 PM to 8:00 AM, urine collections document a false-positive THI response, its resolution by HPLC, and normal THI catecholamine excretion postoperatively.

*Trihydroxyindole (THI)-fluorometry.* The analysis we used for unconjugated NE and E has been described [14]. The volume and pH of a urine specimen are recorded, and a sample of the urine is boiled and filtered. One-half gram ethylenediaminetetraacetate (EDTA) is

TABLE 1

FREE CATECHOLAMINE AND TOTAL METANEPHRINE URINARY EXCRETION RATES FOR FIVE SUBJECTS

| | Pre- vs post-Aldomet comparison | Subjects | | | | | Mean ± SD | HPLC/THI comparison |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| **Norepinephrine** | | | | | | | | |
| Pre-Aldomet | THI* | 38 | 45 | 28 | 39 | 19 | 33.8 ± 10.3 | |
| Pre-Aldomet | HPLC | 32 | 22 | 32 | 22 | 16 | 24.8 ± 7.0 | |
| Post-Aldomet | THI* | 1343 | 632 | 984 | 1967 | 773 | 1139.8 ± 534.4 | |
| Post-Aldomet | HPLC | 26 | 20 | 30 | 50 | 22 | 29.6 ± 12.0 | |
| **Epinephrine** | | | | | | | | |
| Pre-Aldomet | THI* | 2.1 | 1.5 | 4.8 | 3.8 | 0.7 | 2.6 ± 1.7 | |
| Pre-Aldomet | HPLC | 8.1 | 8.7 | 9.0 | 2.6 | 0.9 | 5.9 ± 3.8 | |
| Post-Aldomet | THI* | 194.0 | 79.0 | 110.0 | 314.0 | 87.0 | 156.8 ± 99.0 | |
| Post-Aldomet | HPLC | 2.8 | 6.0 | 1.0 | 3.2 | 3.2 | 3.2 ± 1.8 | |
| **Metanephrine** | | | | | | | | |
| Pre-Aldomet | THI | 49 | 33 | 55 | 38 | 64 | 47.8 ± 12.6 | |
| Pre-Aldomet | HPLC | 60 | 57 | 124 | 77 | 46 | 71.6 ± 32.1 | |
| Post-Aldomet | THI | 112 | 57 | 208 | 42 | 84 | 100.6 ± 65.7 | |
| Post-Aldomet | HPLC | 56 | 61 | 78 | 69 | 44 | 61.6 ± 12.9 | |
| **Normetanephrine** | | | | | | | | |
| Pre-Aldomet | THI† | 101 | 65 | 80 | 132 | 32 | 82.0 ± 22.8 | † |
| Pre-Aldomet | HPLC‡ | 270 | 256 | 393 | 321 | 180 | 284.0 ± 79.1 | ‡ |
| Post-Aldomet | THI† | 351 | 331 | 188 | 95 | 165 | 226.0 ± 110.7 | § |
| Post-Aldomet | HPLC† | 212 | 156 | 223 | 188 | 129 | 181.8 ± 38.9 | ‡ |
| **Dopamine** | | | | | | | | |
| Pre-Aldomet | THI* | 219 | 219 | 242 | 265 | 264 | 241.8 ± 22.8 | § |
| Pre-Aldomet | HPLC | 204 | 128 | 232 | 139 | 184 | 177.4 ± 43.7 | § |
| Post-Aldomet | THI* | 17280 | 4692 | 13612 | 7276 | 10664 | 10704.8 ± 4989.9 | |
| Post-Aldomet | HPLC | 208 | 132 | 263 | 134 | 198 | 187.0 ± 55.2 | |

*Notes.* Values are in micrograms per 24 hr as determined by fluorometric assay (THI) and by high performance liquid chromatography (HPLC), before and after $o$-methyldopa. $P$ values denote comparison between means carrying similar symbols for the individual catecholamine or metanephrine studied.

* $P < 0.001$.

†‡§ $P < 0.05$.

derive from variance analysis of these means and ranges. The agreement between the quantitative results for each metabolite yielded by the THI-fluorometric and HPLC procedures is measured by comparing the pre-Aldomet group mean and range given by each method on identical urine samples. This verifies that the THI and HPLC analytical techniques correlate well in the absence of interfering substances. For each of the two test methods, an examination of pre-Aldomet versus post-Aldomet excretion rates for a given catecholamine or metabolite reveals the presence or absence of an influence by the drug.

In Table 1 we see that similar results were obtained by both assay methods for pre-Al-domet NE, E, and MET. In the case of NMET and DA, the range of HPLC values was found to be quite different from the range given by THI-fluorometry. The statistical significance of the correlation between THI-fluorometric and HPLC pre-Aldomet excretion rates was evaluated using the pooled Student $t$ test; the results are shown in Table 1.

Using the criterion that $P < 0.05$ denotes a significant difference between the two sets of data compared, it is observed that for NE, E, and MET, there is no statistically significant difference between pre-Aldomet THI and HPLC results, indicating reasonably close agreement between the two assay methods for these three compounds. However, for DA, the



**PEAKS**

1. NORMETANEPHRINE
2. METANEPHRINE

FIG. 2. Typical HPLC chromatograph of pre-Aldomet urinary metanephrines performed by an RP-8 (Hewlett-Packard) column with EC detection. The glassy carbon electrode (Bioanalytical Science) had a voltage of 0.72. Flow rate was 1 ml/min at a constant room temperature of 20°C. The mobile phase was citrate/phosphate buffer with 80 mg/liter octylsulfate and 7% methanol. Injection volume was 10 μl. Retention times in minutes are shown for numbered peaks.

in Fig. 4, was identified using authentic alpha-methyl normetanephrine as an internal reference standard. Implying the presence of the



**PEAKS**

1. NOREPINEPHRINE
2. EPINEPHRINE
3. α-CH₃ NOREPINEPHRINE
4. α-CH₃ EPINEPHRINE
5. DOPAMINE

FIG. 3. Typical HPLC chromatograph of post-Aldomet urinary catecholamines showing (1) norepinephrine; (2) epinephrine; (3) alpha-methyl norepinephrine; and (4) alpha-methyl epinephrine in relation to (4) dopamine. Same conditions and standardization as described in Fig. 2.



**PEAKS**

1. NORMETANEPHRINE
2. α-CH₃ NORMETANEPHRINE
3. METANEPHRINE

FIG. 4. Typical HPLC chromatograph of a urine sample showing post-Aldomet urinary metanephrines. Same conditions and standardization as described in Fig. 2.

metanephrine derivatives of Aldomet in urine, this provides an explanation for the apparent increase in metanephrine excretion rates determined by THI assay. Post-Aldomet there is no correspondence between the degree of elevation of THI catecholamines and the degree of elevation of THI metanephrines among the test subjects. This might indicate variability in the metabolism of Aldomet among the various test subjects. Typical HPLC chromatographs for pre-Aldomet metanephrines are shown in Fig. 2. In Fig. 3 post-Aldomet peaks for endogenous urinary E, NE, and DA are seen to separate from each other and from α-CH₃-NE and α-CH₃-E. In Fig. 4 it is apparent that post-Aldomet urinary α-CH₃-NE separates satisfactorily from NMET and MET. In each instance the identified peaks are well separated, allowing for accurate quantitation. Aldomet and its derivatives are seen as a distinct peak behind the catecholamines and metanephrines and present no direct interference. The consistency of pre- and post-Aldomet HPLC results for each metabolite, with the exception of NMET, can be observed in Table 1. The case of NMET has already been discussed. Statistical confirmation of the strong correlation between pre- and post-Aldomet



PEAKS
1. NORMETANEPHRINE
2. α-CH₃ NORMETANEPHRINE
3. METANEPHRINE

HPLC chromatogram of a urine sample omet urinary metanephrines. Same coo-lardization as described in Fig. 2.

derivatives of Aldomet in urine, an explanation for the apparent etanephrine excretion rates de-ndence between the degree of HI catecholamines and the de-n of THI metanephrines among s. This might indicate variability ism of Aldomet among the var-ets. Typical HPLC chromato-e-Aldomet metanephrines are 2. In Fig. 3 post-Aldomet peaks s urinary E, NE, and DA are e from each other and from α--CH₃-E. In Fig. 4 it is apparent omet urinary α-CH₃-NE sepa-rily from NMET and MET. In he identified peaks are well sep-g for accurate quantitation. Al-derivatives are seen as a distinct e catecholamines and meta-present no direct interference. cy of pre- and post-Aldomet for each metabolite, with the MET, can be observed in Table NMET has already been dis-cal confirmation of the strong ween pre- and post-Aldomet

HPLC results was obtained by performing a student $t$ test analysis of the data. The results, along with the values given by a similar anal-ysis of pre- and post-Aldomet THI data, are shown in Table 1. $P$ values for all metabolites determined by HPLC, except NMET, were greater than 0.05, supporting the conviction that the HPLC procedure was not interfered with by Aldomet treatment.

A 38-year-old male conservationist was re-ferred to us with 8 months of sustained hy-pertension on which episodes of greater higher blood pressure were superimposed. His med-ications did not control his hypertension and among them was Aldomet 500 mg four times a day by mouth which was continued until February 12, 1982. Two days later an over-night urinary collection showed, on THI anal-ysis, massive elevation of catecholamines and metanephrines (Table 3). On February 18, 1982, a repeat overnight urine collection was analyzed by HPLC. There was a striking de-crease in the excretion rates of norepinephrine, epinephrine, normetanephrine, and metane-phrine (Table 3). In spite of the great decrease, the excretion rates of norepinephrine and normetanephrine remained in a range diag-nostic for pheochromocytoma, while meta-nephrine excretion was normal and epineph-rine excretion only slightly elevated.

An 8-cm diameter tumor was localized in the left adrenal by computerized tomography and regional venous sampling and on March

18, 1982, a 58-g tumor was removed from the left adrenal.

Postoperatively, the patient's course was complicated by transient aspiration pneu-monitis. Six days postoperatively on March 24, 1982, catecholamine and metanephrine excretion rates showed, by THI analysis mild elevation of norepinephrine and normeta-nephrine which subsided to normal when ex-cretion rates were repeated 3 months post-operatively. The patient continues to do well. Mild hypertension still is present but is now easily controlled by medications which were ineffective before.

This study demonstrates the enormously elevated post-Aldomet urinary catecholamine levels assayed by THI procedure. This is a true false-positive reaction; Aldomet differs in chemical structure from DOPA only by the addition of an extra methyl group on the alpha carbon. Aldomet is derivatized to a trihy-droxyindole ring which is indistinguishable fluorometrically from the THI rings derived from catecholamines.

False positives do not occur when cate-cholamines are assayed by HPLC with elec-trochemical detection. Each metabolite is sep-arated and accurately quantitated by HPLC. The data show no significant statistical dif-ference in NE, E, MET, and DA measured by HPLC before and after taking Aldomet. NMET excretion, however, was significantly decreased post-Aldomet when determined by

TABLE 3

CATECHOLAMINE AND METANEPHRINE EXCRETION IN A PHEOCHROMOCYTOMA PATIENT RECEIVING ALDOMET[a]

| Date | Normal range ($\mu$g/24 hr) | NE (18–30) | E (4.4–13.0) | NME (104–270) | ME (60–220) |
|---|---|---|---|---|---|
| 2/14/82 | THI | 1056* | 50* | 6760* | 433* |
| 2/18/82 | HPLC | 480* | 21* | 3840* | 128 |
| 3/18/82 | Removal of pheochromocytoma | | | | |
| 3/24/82 | Early postop THI | 113* | 1.8 | 458* | 217 |
| 6/ 8/82 | Late postop THI | 27 | 1.5 | 118 | 54 |

[a] Showing a false positive THI elevation of catecholamine and metanephrines resolved by HPLC and finally return of both catecholamines and metanephrines to normal postoperatively by THI analysis.

* Abnormally high values.

HPLC. This decrease in NMET could be due to a pharmacologic action of Aldomet. After Aldomet there are no false-positive elevations of catecholamines or metabolites with HPLC.

We conclude that HPLC is a valuable clinical tool for measurement of urinary catecholamines and metanephrines in the presence of Aldomet. This makes it unnecessary to remove patients from Aldomet prior to screening for catecholamine-producing tumors.

## ACKNOWLEDGMENTS

We gratefully acknowledge the synthesis and availability of α-CH₃ normetanephrine by Steven Ross, Ph.D., and Carl Perchonock, Ph.D., Research and Development, Smith Kline & French Laboratories, Philadelphia, Pennsylvania. This work was conducted by Dr. Munion as a medical student problem-solving project at The Milton S. Hershey Medical Center.

## REFERENCES

1. Anton, A. H., and Sayre, D. F. The distribution of dopamine and dopa in various animals and a method for their determination in diverse biological material. *J. Pharmacol. Exp. Ther.* 145: 326, 1964.

2. Aw, W. Y. W., Dring, L. G., Grahame-Smith, D. G., *et al.* The metabolism of ¹⁴C-labeled alpha-methyldopa in normal and hypertensive human subjects. *Biochem. J.* 129: 1, 1972.

3. Bioanalytical Systems, Inc. Urinary catecholamines by LCEC, LCEC Application, Note No. 15.

4. Crout, J. R., Pisano, J. J., and Sjoerdsma, A. Urinary excretion of catecholamines and their metabolites in pheochromocytoma. *Amer. Heart J.* 61: 375, 1961.

5. Gifford, R. W., Jr., and Tweed, D. L. Spurious elevation of catecholamines during therapy with alpha-methyldopa: A diagnostic pitfall. *JAMA* 182: 493, 1962.

6. Gitlow, S. E., Mendlowitz, M., and Bertoni, L. M. The biochemical techniques for detecting and establishing the presence of a pheochromocytoma. A review of ten years' experience. *Amer. J. Cardiol.* 26: 260, 1970.

7. Kissinger, P. T., Riggin, R. M., Alcorn, R. L., and Leh-Daw, Rau. Estimation of catecholamines in urine by high performance liquid chromatography with electrochemical detection. *Biochem. Med.* 13: 299, 1975.

8. Knox, J. F., and Jurand, J. Separation of catecholamines and their metabolites by adsorption, ion-pair and soap chromatography. *J. Chromatogr.* 125: 89, 1976.

9. Manger, W. M., and Gifford, R. W., Jr. *Pheochromocytoma.* New York: Springer-Verlag, 1977.

10. Mell, L. D., and Gustafson, A. B. Urinary free methyldopa determined by reversed-phase high performance liquid chromatography. *Clin. Chem.* 24: 23, 1978.

11. Shoup, R. E., and Kissinger, P. T. Determination of urinary normetanephrine, metanephrine, and 3-methoxytyramine by liquid chromatography with amperiometric detection. *Clin. Chem.* 25/7: 1268, 1977.

12. Stott, A. W., Robinson, R., and Smith, P. Total metadrenaline excretion in patients treated with alpha-methyldopa. *Lancet* 1: 266, 1963.

13. Taniguchi, K., Kakimoto, Y., and Armstrong, M. D. Quantitative determination of metanephrine and normetanephrine in urine. *J. Lab. Clin. Med.* 64: 469, 1964.

14. von Euler, U. S., and Lishajko, F. The estimation of catecholamines in urine. *Acta Physiol. Scand.* 45: 122, 1959.

Determination of Free and Conjugated Normetanephrine and
Metanephrine in Human Plasma by HPLC with Electrochemical
Detection - Pagliari, et al. (1990)

In this peer-reviewed article published in the Journal of
Chromatography, the authors study the accuracy and
reliability of the HPLC with an electro-chemical detection
system in measuring normetanephrine and metanephrine levels
in human plasma.  The authors focused upon the ability of
the HPLC system to identify and exclude other similar
compounds.  The authors concluded that the HPLC with
electro-chemical detection system validly and accurately
measured normetanephrine and metanephrine levels in human
plasma and effectively excluded the measurement of false
positives from other similar compounds.

*Journal of Chromatography*, 563 (1991) 23–36
*Biomedical Applications*
Elsevier Science Publishers B.V., Amsterdam

CHROMBIO. 5590

# Determination of free and conjugated normetanephrine and metanephrine in human plasma by high-performance liquid chromatography with electrochemical detection

R. PAGLIARI*, J. M. COTTET-EMARD and L. PEYRIN

*Université Claude Bernard, Laboratoire de Physiologie, Faculté de Médecine, 8 Avenue Rockefeller, 69373 Lyon Cedex 08 (France)*

(First received April 26th, 1990; revised manuscript received August 21st, 1990)

## ABSTRACT

A simple method for the simultaneous assay of normetanephrine and metanephrine (both free and conjugated) in human plasma by high-performance liquid chromatography with electrochemical detection has been developed. The hydrolysed plasma is purified on a Dowex 50 $H^+$ column, and the methoxylated amines are eluted with ammonia–methanol. The methoxyamines are assayed using a dual-series electrode arrangement with differential current measurement. This system greatly improves the assay specificity toward endogenous or exogenous metabolites and drugs. The high sensitivity of the method enables the determination in normal subjects of levels of normetanephrine and metanephrine.

## INTRODUCTION

It has long been recognized that urinary measurements of normetanephrine (NMN) and metanephrine (MN), the direct 3-O-methylated metabolites of norepinephrine (NE) and epinephrine (E), respectively, contribute important information on adrenosympathetic activity in humans [1,2]. However, measurement of these substances in plasma may be more useful in estimating sympathetic tone not only to eliminate the confusing potential effect of renal handling on methoxyamine excretion, but also for more convenient use in ambulatory patients.

In fact, the development of assays for metanephrines in plasma has been limited by technical problems, including poor sensitivity and specificity. A radioenzymic method for plasma NMN assay involving the conversion of this amine into labelled MN by phenylethanolamine N-methyltransferase (PNMT) with tritium-labelled S-adenosylmethionine as methyl donor, was developed [3,4]. Despite its high sensitivity, this technique has the disadvantages inherent to radioenzymic assays (cost, complexity, previous preparation of purified enzyme) and it does not include the estimation of MN in plasma. On the other hand, the radioimmunoassay described by Iinuma *et al.* [5] is too complicated for routine analysis (generation of specific antibodies, use of $^{125}I$-labelled synephrine) and is limited to free MN.

0378-4347/91/$03.50   © 1991 Elsevier Science Publishers B.V.

This paper describes a high-performance liquid chromatographic (HPLC) method for the determination of free and conjugated NMN and MN in plasma. HPLC with electrochemical detection (ED) combines high sensitivity, specificity and rapidity for routine use.

## EXPERIMENTAL

### Apparatus

The chromatographic system consisted of a Kontron Model 414 pump (Zürich, Switzerland), a Rheodyne Model 7125 injection valve (Cotati, CA, U.S.A.) provided with a 100-$\mu$l loop, and a stainless-steel column (100 mm × 4.6 mm I.D.) prepared with Hypersil ODS $C_{18}$ (particle size 5 $\mu$m). A guard column (20 mm × 2 mm I.D.) packed with pellicular ODS, 37–53 $\mu$m particle size (Whatman, Clifton, NJ, U.S.A.), was used. The ED system used was a double glassy carbon working electrode and a Chromatofield ELDEC 201 electrochemical detector (Châteauneuf les Martigues, France).

### Chromatographic conditions

The analytical mobile phase consisted of 50 m$M$ monosodium phosphate, 50 m$M$ trisodium citrate, 2 m$M$ sodium octanesulphonate, 2 m$M$ disodium EDTA and 100 ml/l methanol. The final pH value was adjusted to 3.5 with 5 $M$ HCl. The mobile phase was filtered before use under vacuum through a 0.45-$\mu$m cellulose nitrate filter (Sartorius, Göttingen, F.R.G.). The working potentials versus an Ag/AgCl reference electrode were +550 mV (V1) and +780 mV (V2), respectively, for the two electrodes. The output of the first working electrode (V1) was substracted from the output of the second working electrode (V2).

### Materials

Analytical-reagent-grade chemicals were used without further purification. All solutions were prepared from deionized and glass-bidistilled water (GBW). Unless indicated otherwise, the compounds listed in in Table I were purchased from Sigma (St. Louis, MO, U.S.A.).

Sodium octanesulphonate, Dowex 50 W X2, H$^+$ (100–200 mesh), Amberlite CG 50, H$^+$ (200–400 mesh), were obtained from Fluka (Basel, Switzerland). AGMP 50, H$^+$ (100–200 mesh), was from Bio-Rad (Richmond, CA, U.S.A.). Sephadex G-10 (Pharmacia, Uppsala, Sweden), was prepared before use according to Westerink and Mulder [6].

All other chemicals were from Carlo Erba (Milan, Italy).

### Stock solutions

Stock solutions of NMN, MN and 3-methoxy-4-hydroxybenzylamine (MHBA) (500 $\mu$M) were prepared by dissolution of each compound in 0.01 $M$ HCl. These solutions were prepared every month and stored at −20°C. Working solutions were obtained daily by diluting stock solutions with GBW.

TABLE I

EVALUATION OF INTERFERENCE BY SELECTED DRUGS AND METABOLITES

Mobile phase adjusted to pH 5.5 or 3.5 and the potential set at +780 mV (single working electrode) or +550 and +780 mV (double working electrode). The retention time for NMN was 6.75 min. The peak height for 2 pmol of NMN was 115 mm. N.D. = not detected.

| Compound | pH 5.5 | | pH 3.5 | | |
|---|---|---|---|---|---|
| | Retention time relative to NMN | Peak height relative to NMN (+780 mV) | Retention time relative to NMN | Peak height relative to NMN | |
| | | | | at +780 mV | at +550 mV (V1) and +780 mV (V2) |
| *Amines* | | | | | |
| NMN | 1 | 100 | 1 | 100 | 100 |
| MN | 1.55 | 40 | 1.46 | 42 | 42 |
| MHBA | 2.49 | 21 | 2.29 | 23 | 23 |
| 3-MT | 4.04 | 22 | 3.57 | 22 | 22 |
| 4-MT | 5.92 | 13 | 5.23 | 13 | 13 |
| Norepinephrine | 0.51 | 346 | 0.41 | 252 | N.D. |
| Epinephrine | 0.65 | 313 | 0.56 | 173 | N.D. |
| Octopamine | 0.81 | 86 | 0.73 | 1.20 | 1.20 |
| DHBA | 0.96 | 150 | 0.83 | 134 | N.D. |
| Synephrine | 1.10 | 54 | 1.05 | 0.53 | 0.53 |
| Dopamine | 1.48 | 115 | 1.34 | 126 | N.D. |
| Epinine | 1.82 | 47 | 1.82 | 47 | 2 |
| Isoprenaline | 2.39 | 53 | 2.39 | 53 | N.D. |
| Tyramine | 2.59 | 21 | 2.59 | 16 | 16 |
| Serotonin | 4.31 | 49 | 4.31 | 49 | – |
| *Amino acids* | | | | | |
| L-DOPA | 0.31 | 951 | 0.26 | 688 | N.D. |
| α-MethylDOPA | 0.35 | 390 | 0.56 | 77 | N.D. |
| 3-O-MethylDOPA | 0.39 | 339 | 0.60 | 224 | – |
| L-Tyrosine | 0.43 | 105 | 0.41 | 45 | 45 |
| α-Methylparatyrosine | – | – | 5.08 | 21 | – |
| *Alcohols and aldehydes* | | | | | |
| DHPG | 0.37 | 597 | 0.37 | 597 | 257 |
| Vanillin | 0.39 | 194 | 0.50 | 194 | 190 |
| Isovanillin | 0.39 | 297 | 0.50 | 297 | 290 |
| o-Vanillin | 0.39 | 389 | 0.50 | 387 | 380 |
| MHPG | 0.45 | 272 | 0.45 | 272 | 150 |
| MHPE | 1.96 | 67 | 1.96 | 67 | 67 |
| *Acids* | | | | | |
| VMA | <0.20 | N.D. | 0.37 | 1170 | 1100 |
| IsoVMA | <0.20 | N.D. | 0.43 | 614 | 590 |
| Vanillic | 0.33 | 339 | 1.53 | 159 | 42 |

(Continued on p. 26)

26

TABLE I (*continued*)

R. PAGLIARI *et al.*

| Alcohols and aldehydes | pH 5.5 | | pH 3.5 | | |
|---|---|---|---|---|---|
| | Retention time relative to NMN | Peak height relative to NMN (+780 mV) | Retention time relative to NMN | Peak height relative to NMN | |
| | | | | at +780 mV | at +550 mV (V1) and +780 mV (V2) |
| p-Hydroxyphenylacetic | 0.33 | 159 | N.D. | N.D. | N.D. |
| m-Hydroxyphenylacetic | 0.35 | 55 | N.D. | N.D. | N.D. |
| 5-HIAA | 0.38 | 316 | 0.95 | 186 | 8 |
| Homovanillic | 0.39 | 424 | 1.45 | 177 | 80 |
| Hydrocaffeic | 0.47 | 306 | 1.47 | 165 | 5 |
| o-Hydroxyphenylacetic | 0.51 | 188 | 1.05 | 99 | 4 |
| Caffeic | 0.51 | 431 | 1.73 | 193 | 5 |
| DOPAC | 0.58 | 426 | 1.59 | 54 | N.D. |
| Ferulic | 0.86 | 102 | 0.43 | 52 | - |
| Isoferulic | 1.25 | 113 | N.D. | N.D. | N.D. |
| *Drugs* | | | | | |
| Acebutolol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Atenolol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Labetalol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Metoprolol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Propranolol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Sotalol | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Captopril | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Clonidine | N.D. | <0.005 | N.D. | <0.005 | <0.005 |
| Acetylsalicylic acid | - | - | 0.48 | 0.013 | <0.005 |
| Paracetamol | - | - | 0.47 | 457 | 156 |

## Preparation of the resins

Dowex 50 W X2, H$^+$, was purified according to Peyrin [7]. Amberlite CG 50 was prepared as described by Peyrin [7], except for the final step in which 2 M ammonia was used instead of borate buffer. The resin was then washed with GBW until the pH reached 7, and was ready for use. AGMP 50, H$^+$, was purified according to Flood and McComb [8].

## Blood collection

Blood samples were obtained from fourteen normal volunteers (six men and eight women, mean age ± S.D. = 37.3 ± 9.4 years) who gave informed consent. The collection was performed in the morning at 9 a.m. The subjects had a light breakfast at 7 a.m. and were then kept recumbent. An indwelling PTFE catheter was inserted in the left antecubital vein 30 min before the blood drawing. Blood was collected in chilled heparinized tubes and centrifuged immediately (1000 g, 10

| | Peak height relative to NMN | |
|---|---|---|
| | at +780 mV | at +550 mV (V1) and +780 mV (V2) |
| | N.D. | N.D. |
| | N.D. | N.D. |
| | 186 | 8 |
| | 177 | 80 |
| | 165 | 5 |
| | 99 | 4 |
| | 193 | 5 |
| | 54 | N.D. |
| | 52 | -- |
| | N.D. | N.D. |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | <0.005 | <0.005 |
| | 0.013 | <0.005 |
| | 457 | 156 |

[7]. Amberlite CG 50
al step in which 2 $M$
as then washed with
50, H⁺, was purified

nteers (six men and
e informed consent.
subjects had a light
ling PTFE catheter
od drawing. Blood
ediately (1000 g, 10

min). The influence of dietary components was tested in blood samples collected at 10 a.m. and 3:30 p.m. (before and after a meal).

### Sample preparation

*Extraction of free methoxylated amines.* A 2-ml volume of plasma mixed with 3.2 pmol of the internal standard MHBA were poured into 400 $\mu$l of 2 $M$ perchloric acid in an ice-cold tube and centrifuged at 8800 $g$ for 10 min. The supernatant was adjusted to pH 7 with 5 $M$ ammonia and made up to 6 ml with GBW. The mixture was applied to a Dowex 50 W X2, H⁺, column (50 mm × 5 mm I.D.). The column was then washed with 2 ml GBW, and the amines were eluted with 2 $M$ ammonia containing 200 ml/l methanol. The first 0.5-ml portion was discarded, and the amines were collected in the subsequent 1.5 ml. The Dowex eluate was evaporated to dryness under vacuum at 40°C. The residue, redissolved in 100 $\mu$l of 0.01 $M$ HCl, was used for HPLC.

*Assay of total (free + conjugated) NMN and MN.* Acid hydrolysis was carried out as follows. The supernatant of 1 ml deproteinized plasma (see above) including the internal standard (10 pmol of MHBA) was poured into a glass tube containing 5 ml of 0.1 $M$ perchloric acid, previously heated to 95°C in a dry hot bath. The hydrolysis of conjugated methoxylated amines lasted 10 min at 95°C and was then immediately stopped in an ice-bath. The hydrolysed sample was adjusted to pH 7 with 200 $\mu$l of 5 $M$ NH₄OH, and the deconjugated methoxylated amines were extracted as described above for free amines.

*Additional purification of the Dowex eluate.* Occasionally, interferences were observed in the HPLC chromatogram of the plasma from drug-treated patients. The evaporated Dowex eluate, redissolved in HCl as above, was made up to 1 ml with GBW and further purified on an Amberlite CG 50 column (70 mm × 5 mm I.D.). The column was washed with 10 ml of GBW and 0.8 ml of 0.2 $M$ NH₄OH, and elution was performed with 1.2 ml of 0.2 $M$ NH₄OH. The ammoniacal eluate was evaporated to dryness under vacuum at 40°C, dissolved in 100 $\mu$l of 0.01 $M$ HCl, and used for HPLC assay.

### HPLC analysis

A 40-$\mu$l volume of the Dowex eluate was usually injected into the chromatograph. The working potentials were +550 mV (V1) and +780 mV (V2) for the two electrodes. The recorded signal given by the first working electrode was substracted from the signal of the second working electrode. The sensitivity was set at 0.5 nA for both electrodes, and the flow-rate was 1.0 ml/min. The retention times for NMN, MN and MHBA were 6.75, 9.60 and 15.6 min, respectively. A typical chromatogram of the plasma from a healthy human subject is shown in Fig. 1.



Fig. 1. Typical chromatograms of (A) authentic methoxyamines NMN and MN (2 pmol) and MHBA (4 pmol), and (B) hydrolysed plasma from a healthy human subject. Dowex eluate was evaporated and reconstituted with 100 $\mu$l of 0.01 $M$ HCl, and 40 $\mu$l were injected. Original plasma concentrations were 7.2 pmol/ml for NMN and 3.7 pmol/ml for MN. Column, Hypersil ODS C$_{18}$ 5 $\mu$m, 100 m × 4.6 mm I.D.; eluent, 50 m$M$ monosodium phosphate, 50 m$M$ trisodium citrate, 2 m$M$ sodium octanesulphonate, 2 m$M$ disodium EDTA and 100 ml/l methanol, final pH, 3.5 with 5 $M$ HCl; flow-rate, 1.0 ml/min; working potential, +550 and +780 mV; sensitivity, 0.5 nA.

## RESULTS

### Development of the method

*Hydrolysis of conjugated methoxylated amines.* A 1-ml volume of human plasma was deproteinized and mixed with 5 ml of hot perchloric acid (95°C) at different molarities to produce pH values ranging from 0.8 to 2.0. The mixtures were heated at 95°C for 10, 20 or 30 min. The highest levels of methoxylated amines were obtained when the hydrolysis was conducted at pH 1 for 10 min (Fig. 2). In agreement with Foti *et al.* [3] we observed that the hydrolysis was less efficient at pH values higher than 1.4. On the other hand, pH values less than 1.0 or heating times longer than 10 min resulted in amine loss, especially for MN. The stability of the internal standard MHBA to the hydrolysis conditions was evaluated by processing deproteinized plasma samples spiked with 3.2 pmol of authentic MHBA throughout the whole procedure (hydrolysis + Dowex procedure). When heated for 10–30 min, MHBA was stable in the pH range 1.0–2.0 but, like NMN and MN, it was affected at pH values below 1.0.

*Dowex 50 procedure.* To investigate the features of the Dowex extraction, 1 ml of saline sample containing 3.2 pmol of the three authentic amines (NMN, MN



Fig. 2. Effect of pH and time on the deconjugation of plasma-conjugated NMN and MN submitted to acid hydrolysis at 95°C.

and MHBA) were processed throughout the Dowex procedure in various conditions (Fig. 3).

The optimal pH value for metanephrine exchange on Dowex 50 W X2 (obtained with 5 $M$ NH$_4$OH [9]) was pH 7. The recoveries were greater than 90% for NMN, and near 80% for MN and MHBA.

From literature data [3,8], ammoniacal methanol was chosen to elute the metanephrines from Dowex 50 W X2, H$^+$. We obtained the greatest recoveries with 2 $M$ NH$_4$OH in 20% methanol. In routine analysis, the first 0.5-ml portion



Fig. 3. Main features of the Dowex 50 procedure. (Upper panels) effect of pH, NH$_4$OH molarity in ammonia–methanol (80:20, v/v), and methanol concentration in 2 $M$ NH$_4$OH eluent. (Lower panels) elution diagrams of authentic NMN, MN and MHBA from Dowex under the final conditions, pH adjusted to 7, elution with 2 $M$ NH$_4$OH–methanol (80:20, v/v).

N (2 pmol) and MHBA (4
luate was evaporated and
ha concentrations were 7.2
m, 100 m × 4.6 mm I.D.;
octanesulphonate, 2 m$M$
rate, 1.0 ml/min; working

ume of human plas-
cid (95°C) at differ-
The mixtures were
ethoxylated amines
10 min (Fig. 2). In
was less efficient at
than 1.0 or heating
MN. The stability
was evaluated by
pmol of authentic
owex procedure).
ge 1.0–2.0 but, like

ex extraction, 1 ml
nines (NMN, MN

was discarded and the subsequent 1.5 ml of eluate was saved. The recoveries of authentic exogenous compounds were $98.0 \pm 3.6$, $84.5 \pm 3.6$ and $81.9 \pm 3.6\%$ (mean $\pm$ S.D., $n = 9$) for NMN, MN and MHBA, respectively.

*Additional purification of Dowex eluate.* A 1-ml saline sample containing 3.2 pmol of authentic NMN, MN and MHBA was first purified on the Dowex 50 column. The evaporated eluate, reconstituted in 1 ml of 0.01 $M$ HCl, was then applied, after appropriate pH adjustment, to a Sephadex G-10 or an Amberlite CG 50, $NH_4{}^+$, column.

We used a Sephadex G-10 column (70 mm $\times$ 5 mm I.D.) to purify urinary metanephrines as described by Westerink and Tenkate [10]. Under the final conditions, the mean recoveries ($\pm$ S.D., $n = 9$) of the three methoxylated amines through the whole procedure (Dowex 50 followed by Sephadex G-10) were $77.7 \pm 4.2$, $80.7 \pm 5.4$ and $78.8 \pm 5.4\%$ for NMN, MN and MHBA, respectively.

Amberlite CG 50 in the $NH_4{}^+$ form has been used to extract metanephrines from Dowex 50 eluates [9,12]. We found 0.2 $M$ $NH_4OH$ to be suitable for elution. Increasing the molarity to above 0.2 $M$ enhanced the elution of interfering compounds while only slightly improving the recovery of methoxylated amines. For routine analysis, the Dowex eluate was evaporated to dryness, redissolved in 100 $\mu l$ of 0.01 $M$ HCl and made up to 1 ml with GBW. This solution was applied to the Amberlite column (70 mm $\times$ 5 mm I.D.) at pH 7, and processed as described in *Sample preparation.* Under the final conditions, the mean recoveries ($\pm$ S.D., $n = 8$) through the whole procedure (Dowex 50 followed by Amberlite CG 50) were $80.0 \pm 7.9$, $74.2 \pm 4.0$ and $78.3 \pm 4.0\%$ for NMN, MN and MHBA, respectively.

*HPLC conditions.* Because the metanephrines are strongly retained with the mobile phase routinely used in catecholamine assays, several authors have introduced HPLC systems containing stronger eluting agents (acetonitrile, trichloroacetic acid, perchloric acid) [8,11,13]. Since mixtures are highly corrosive for HPLC materials, we preferred a citrate–phosphate buffer containing octane sulphonate and methanol. Increasing octane sulphonate and decreasing citrate concentrations both greatly increased the retention times of NMN, MN and MHBA (Fig. 4). Increasing methanol concentration or pH value had a minor effect on the retention times (Fig. 4); but greatly augmented the peak heights, either by sharpening the peaks (methanol) or by favouring phenol oxidation (pH). Adequate chromatographic resolution, together with a reasonable analysis time, was obtained with a mobile phase containing 50 m$M$ citrate, 50 m$M$ phosphate, 2 m$M$ octane sulphonate and 100 ml/l methanol. To minimize the interference of synephrine on the NMN peak, the pH of the mobile phase was adjusted to 3.5 (see below).

The assumed NMN and MN peaks found in plasma extracts were tentatively identified on the basis of retention behaviour with different mobile phases and co-chromatography with reference compounds. Further identification was achieved by varying the oxidation potential (V2) of the detector for the plasma

d. The recoveries of
.6 and 81.9 ± 3.6%
tively.

mple containing 3.2
ed on the Dowex 50
)1 *M* HCl, was then
-10 or an Amberlite

).) to purify urinary
Under the final con-
ethoxylated amines
dex G-10) were 77.7
IHBA, respectively.
tract metanephrines
suitable for elution.
of interfering com-
xylated amines. For
s, redissolved in 100
tion was applied to
ocessed as described
ecoveries (± S.D., *n*
Amberlite CG 50)
. MN and MHBA,

ly retained with the
al authors have in-
acetonitrile, trichlo-
highly corrosive for
ntaining octane sul-
reasing citrate con-
N, MN and MHBA
minor effect on the
ts, either by sharp-
on (pH). Adequate
lysis time, was ob-
f phosphate, 2 m*M*
nterference of syn-
adjusted to 3.5 (see

cts were tentatively
mobile phases and
identification was
ctor for the plasma



Fig. 4. Effect of the mobile phase composition and pH on the retention times of methoxylated amines. The mobile phase consisted of 50 m*M* monosodium phosphate, 2 m*M* disodium EDTA mixed with trisodium citrate, octanesulphonate and methanol at various concentrations.

extract and reference compounds. In both methods, the assumed NMN and MN peaks from plasma behaved as the authentic amines (Fig. 5).

*Evaluation of the final method*

*Linearity and sensitivity.* The detection limits calculated from the peak height equivalent to 2% of full scale were 0.10, 0.12 and 0.12 pmol for NMN, MN and MHBA, respectively. The detection was linear up to 60 pmol (amount injected).



Fig. 5. Relationship between peak heights and the oxidizing potential (voltammogram) for (□) authentic NMN and (♦) the assumed NMN peak in the plasma of a healthy adult.

TABLE II

PRECISION OF THE METHOD (MEAN ± S.D.)

| Compound | Intra-assay ($n = 30$) | | Inter-assay ($n = 15$) | |
|---|---|---|---|---|
| | pmol/ml | C.V. (%) | pmol/ml | C.V. (%) |
| NMN free | 2.33 ± 0.33 | 14.2 | 2.41 ± 0.31 | 12.9 |
| NMN total | 7.12 ± 1.04 | 14.6 | 6.96 ± 0.93 | 13.4 |
| MN free | 0.96 ± 0.16 | 16.7 | 0.96 ± 0.31 | 32.3 |
| MN total | 2.49 ± 0.38 | 15.3 | 2.48 ± 0.35 | 14.1 |

*Precision.* Day-to-day precision was determined from analysis of a plasma pool from hypertensive patients, over a period of fifteen days. Within-batch precision was evaluated by assaying the plasma pool thirty consecutive times. The data in Table II show variations of less than 15% for intra-assay precision; the between-run precision was *ca.* 15% for all compounds except free MN, whose values were very low.

*Recoveries in plasma.* Known concentrations of each compound were added to aliquots of plasma pools from healthy subjects. The amount measured in the final extract sample of each supplemented sample, minus the value of the compound in the plasma pool, was compared with the known amount added. The recoveries thus obtained were 97.7 ± 2.3 and 83.7 ± 2.9% (mean ± S.D., $n = 14$) for NMN and MN, respectively.

*Specificity.* Table I compares the relative retention times and peak heights of the two metanephrines with those of several possible interfering compounds.

TABLE III

FREE AND TOTAL METHOXYLATED AMINES IN PLASMA OF ADULT HEALTHY SUBJECTS AT REST

Values are pmol/ml, mean ± S.D.; no sex-related differences in statistical test (U-Mann and Whitney).

| | Men ($n = 6$) | Women ($n = 8$) | Both sexes ($n = 14$) |
|---|---|---|---|
| *NMN* | | | |
| Free | 0.57 ± 0.34 | 0.28 ± 0.17 | 0.41 ± 0.30 |
| Conjugated | 4.20 ± 0.69 | 4.43 ± 1.54 | 4.33 ± 1.27 |
| Conjugated (%) | 85.0 ± 10.8 | 93.0 ± 5.09 | 89.5 ± 8.61 |
| *MN* | | | |
| Free | 0.14 ± 0.07 | 0.16 ± 0.08 | 0.15 ± 0.07 |
| Conjugated | 2.20 ± 0.66 | 2.20 ± 0.48 | 2.21 ± 0.52 |
| Conjugated (%) | 92.9 ± 4.41 | 91.7 ± 5.37 | 92.2 ± 4.86 |

Equimolar amounts of each compound were injected using the mobile phase described in *Chromatographic conditions*, adjusted to pH 3.5 or 5.5 with 5 $M$ HCl. The interference study was conducted under two sets of conditions: (i) mobile phase pH 5.5 or 3.5 with a single working electrode at +780 mV; (ii) mobile phase pH 3.5 with the double working electrode system +550 mV (V1) and +780 mV (V2).

With the mobile phase pH 5.5 and a single potential (+780 mV) the following compounds exhibited measurable peaks with relative retention times in the range of metanephrines (0.9–1.7): DHBA, synephrine, dopamine and isoferulic acid (Table I). Of these, only synephrine, an endogenous sympathomimetic amine, was quantitatively extracted by the Dowex 50 procedure and could interfere with the plasma NMN assay. This interference was greatly reduced by using a mobile phase at pH 3.5. On the other hand, using the double electrode working system further improved the assay specificity by reducing the peaks of most compounds, some of which (*i.e.* catecholamines) could interfere if present in large amounts (patients with pheochromocytomas).

Tyramine, which is extracted by the Dowex 50 column, exhibited a significant peak under all conditions at a relative retention time far enough from that of the internal standard MHBA to allow efficient separation. If necessary for samples with large amounts of tyramine, the relative interference of the tyramine peak can be reduced to 0.5% of NMN by lowering the potential (V2) to +750 mV.

No detectable peak was found under any of the above conditions with a number of antihypertensive drugs (Table I) and the following endogenous or exogenous compounds: homogentisic acid, *m*- or *p*-hydroxymandelic acid, *m*- or *p*-methoxyphenylacetic acid, *o*- or *m*-methoxymandelic acid, homoveratric acid and homoveratrylamine. Acetylsalicylic acid and paracetamol (acetaminophen) exhibited very low relative retention times and did not interfere in the metanephrine assay (Table I).

### Normal values in healthy adults

NMN and MN concentrations in plasma collected from fourteen healthy subjects in the supine position are shown in Table III. The major part (85–93%) of plasma methoxyamines was in the conjugated form. No sex-related differences were observed for free and total NMN and MN. No interfering effect of dietary components was observed in plasma samples taken after a meal.

### DISCUSSION

We have developed a method for the assay of free and conjugated metanephrines in plasma. Only two authors have previously studied free and conjugated plasma NMN [3,14], but no data are available for conjugated MN. Our data show that, like NMN, 90% of circulating MN is conjugated in human plasma (Table III). Optimal deconjugation of conjugated NMN was achieved in 10 min

at pH 1.0. However, we found perchloric acid to be more convenient than trichloroacetic acid for plasma deproteinization and acidification prior to hydrolysis. The finding that conjugated metanephrines are readily hydrolysed at acid pH, confirms that the major conjugates of plasma NMN and MN are sulphates [3,14].

From the available literature on metanephrine assay in urine [9,12,15,16] or plasma [17], Dowex 50 W X2, $H^+$, was chosen to extract metanephrines from plasma. AGMP 50, previously used for urine samples [8], was also examined as an alternative to Dowex 50 W X2 to purify the plasma sample. The details (fixation pH, composition of ammoniacal methanol as eluting agent and elution diagram) of the extraction of 3-O-methylated amines using AGMP 50 were very similar to those using Dowex 50 W. We chose Dowex 50 for metanephrine assay because of its current availability in laboratories and lower cost than AGMP 50.

In our hands, extrapolation to plasma of the organic solvent procedure described by Buu *et al.* [13] to extract metanephrines from urine led to unsatisfactory HPLC profiles and poor recovery of amines. In agreement with previous findings [9,16] one essential condition for quantitative recovery of the 3-O-methoxylated amines through Dowex 50 W X2 was a low $Na^+$ content in the sample. Therefore prior to the Dowex extraction, the pH was adjusted with ammonium hydroxide, and the sample was diluted six-fold. In line with Foti *et al.* [3] we found that ammoniacal methanol is more suitable than aqueous ammonia for elution of 3-O-methoxylated amines from Dowex 50. Indeed, adding methanol to the ammoniacal eluent allowed a reduction of the elution volume and decreased the risk of interfering compounds, while shortening the evaporation time. Just 2 ml of 2 $M$ $NH_4OH$ in 20% methanol were sufficient to elute 80–95% of the methoxylated amines fixed on the Dowex 50. Like previous authors [13,18,19] we used MHBA as an internal standard: it has chemical features very similar to those of NMN and MN and was stable to the hydrolysis procedure.

The Dowex 50 eluate can be used for direct HPLC analysis of plasma methoxylated amines. However, interferences were noted with plasma samples from some drug-treated hypertensive patients. Two additional purifying systems were developed: Sephadex G-10 and Amberlite CG 50. Similar recoveries were obtained with both procedures. Each of these systems has advantages and disadvantages. Sephadex G-10 columns are easy to prepare and can be reused several times, but the sample filtration takes *ca.* 1 h. The preparation time for the Amberlite CG 50 resin in the $NH_4^+$ form is quite long, and the columns must be discarded after a single assay. However, the extraction step is simple and rapid. Occasionally, when interferences were present in the HPLC profile, the double-step purification was highly convenient for HPLC assay; however, this was not usually necessary.

In previous methods for NMN assay in urine, electrochemical detection of NMN has been generally performed at a working potential ranging from $+800$ to $+1000$ mV [13,15,16,19,20]. However, such high potentials favour oxidation of several compounds, including monophenols, and increase the number of pos-

venient than trichlo-
prior to hydrolysis.
rolysed at acid pH,
are sulphates [3,14].
urine [9,12,15,16] or
metanephrines from
as also examined as
le. The details (fixa-
ent and elution dia-
GMP 50 were very
metanephrine assay
ost than AGMP 50.
ivent procedure de-
rine led to unsatis-
ment with previous
ery of the 3-O-me-
content in the sam-
sted with ammoni-
th Foti et al. [3] we
eous ammonia for
adding methanol to
ume and decreased
oration time. Just 2
te 80–95% of the
thors [13,18,19] we
ery similar to those
.

sis of plasma me-
sma samples from
ying systems were
coveries were ob-
ntages and disad-
be reused several
me for the Amber-
columns must be
simple and rapid.
rofile, the double-
ver, this was not

nical detection of
nging from +800
favour oxidation
e number of pos-

sible interferences. Since NMN is conveniently oxidized at a potential in the range
+750 to +780 mV, we used a potential of +780 mV to minimize the interference
of synephrine (Fig. 6). Furthermore, as shown in Table 1, the dual-series electrode
arrangement greatly improves the assay specificity.

Interferences of antihypertensive agents ($\beta$- or $\alpha$-blockers, $\alpha$-methyldopa) on
urinary methoxyamines were reported when these amines were assayed by fluori-
metric or spectrophotometric methods [21–24]. No similar data are available for
plasma methoxyamines. In our HPLC method, no interferences were observed
with nine antihypertensive agents (Table I), either because they gave no peak
(adrenergic blockers, captopril, clonidine) or because the peak was not in the
range of NMN or was totally eliminated by the double working electrode system
($\alpha$-methyldopa) (Table I). An interference of acetylsalicylic acid was previously
reported [25,26] in the urinary methoxyamine assay with the colorimetric method
of Pisano. In our HPLC method, this compound exhibited a very small peak at a
relative retention time of 0.48 versus NMN (Table I). Paracetamol (acetami-
nophen), whose interference in the HPLC assay of urinary metanephrine has
been previously reported [27], did give a peak in our system but its interference
was not crucial because of the low relative retention time (Table I).

In addition to metanephrines, substantial amounts of the sympathomimetic
amines (synephrine, octopamine and tyramine) are present in human plasma and
urine. Synephrine and octopamine are thought to be stored in the sympathic
nerve endings and are released with nerve discharge and compete with norepi-
nephrine for postsynaptic receptors [17,26]. Tyramine has both endogenous and
exogenous origins, as a metabolite of tyrosine or/and as a component of several
foods (cheese, white wine, bananas, oranges, avocados) [28]. As previously re-
ported [8,29], these three amines are extracted through the Dowex 50 column and
give peaks with electrochemical detection. In our HPLC method, the retention
times of octopamine and tyramine are sufficiently different from those of NMN
and MHBA, respectively, to avoid interference. The presence of synephrine is
more inconvenient since its peak is very near to that of NMN and its amount in
normal subjects is similar to that of NMN. In our study, great care was taken to
reduce the interference of this amine by using an acid mobile phase (Table I) and



Fig. 6. Voltammogram for (□) authentic NMN, (◆) authentic synephrine and (■) plasma spiked with
synephrine.

setting the working potential V2 at no more than + 780 mV, because synephrine is readily oxidized at higher potentials (Fig. 6).

## CONCLUSION

We have developed an HPLC method for the assay of free and total methoxylated amines in plasma. The principal advantages of the method stem from the high sensitivity and specificity for the substances of interest. Plasma NMN and MN assay will be useful for diagnosis in patients with hypertensive pathology.

## ACKNOWLEDGEMENT

We acknowledge the amiable and skillful assistance of Rose Marie Cottet-Emard.

## REFERENCES

1  N. D. Vlachakis and V. DeQuattro, *Biochem. Med.*, 20 (1977) 107.
2  I. J. Kopin, R. J. Polinsky, J. A. Oliver, I. R. Oddershede and M. H. Ebert, *J. Clin. Endocrinol. Metabol.*, 57 (1983) 632.
3  A. Foti, M. Adachi and V. DeQuattro, *J. Clin. Endocrinol. Metab.*, 55 (1982) 81.
4  S. Yoneda, N. Alexander, N. D. Vlachakis and R. F. Maronde, *Am. J. Physiol.*, 247 (1984) 208.
5  K. Iinuma, I. Ikeda, M. Takai, K. Kurata, T. Ogihara, Y. Kumuhara, H. Shionoiri and Y. Kaneko, *Nippon Naibumpi Gakkai Zasshi*, 59 (1983) 1667.
6  B. H. C. Westerink and T. B. A. Mulder, *J. Neurochem.*, 36 (1981) 1449.
7  L. Peyrin, *Rev. Fr. Etud. Clin. Biol.*, 13 (1968) 88.
8  J. G. Flood and R. B. McComb, *Clin. Chem.*, 27 (1981) 1268.
9  L. Peyrin and R. Mornex, *Pathol. Biol.*, 16 (1968) 447.
10  B. H. C. Westerink and N. Tenkate, *J. Clin. Chem. Clin. Biochem.*, 24 (1986) 513.
11  N. G. Abeling, A. H. van Gennip, H. Overmars and P. A. Voute, *Clin. Chim. Acta*, 137 (1984) 211.
12  K. Taniguchi, Y. Kakimoto and M. D. Armstrong, *J. Lab. Clin. Med.*, 64 (1964) 169.
13  N. T. Buu, M. Angers, D. Chevalier and O. Kuchel, *J. Lab. Clin. Med.*, 104 (1984) 425.
14  S. Yoneda, N. Alexander and N. D. Vlachakis, *Biochem. Pharmacol.*, 33 (1984) 2029.
15  L. M. Bertrani-Dziedzic, A. M. Krstulovic, S. W. Dziedzic, S. G. Gitlow and S. Cerqueira, *Clin. Chim. Acta*, 110 (1981) 1.
16  J. Jouve, N. Mariotte, C. Sureau and J. P. Muh, *J. Chromatogr.*, 274 (1983) 53.
17  K. Kobayashi, V. DeQuattro, J. Bornheimer, R. Kolloch and L. Miano, *Life Sci.*, 26 (1970) 1821.
18  P. J. Orsulak, P. Kizuka, E. Grab and J. J. Schildkraut, *Clin. Chem.*, 29 (1983) 305.
19  R. E. Shoup and P. T. Kissinger, *Clin. Chem.*, 23 (1977) 1268.
20  N. C. Parker, C. B. Levtzow, P. W. Wright, L. L. Woodward and J. F. Chapman, *Clin. Chem.*, 32 (1986) 1473.
21  L. Miano, R. Kolloch and V. DeQuattro, *Clin. Chim. Acta*, 95 (1979) 211.
22  G. L. Munion, J. F. Seaton and T. S. Harrison, *J. Surg. Res.*, 35 (1983) 507.
23  D. J. Savory, *Ann. Clin. Biochem.*, 21 (1984) 446.
24  P. Yates and C. Weinkove, *Ann. Clin. Biochem.* 23 (1986) 487.
25  B. Spijker, B. S. Watson and J. W. Woods, *Ann. Clin. Lab. Sci.*, 13 (1983) 16.
26  C. D. Williams, M. W. Couch, M. Thonoor and J. M. Midgley, *J. Pharm. Pharmacol.*, 39 (1987) 153.
27  S. P. Wilson, D. L. Kamin and J. M. Feldman, *Clin. Chem.*, 31 (1985) 1093.
28  S. Udenfriend, *Arch. Biochem. Biophys.*, 85 (1959) 487.
29  G. P. Jackman, *Clin. Chim. Acta*, 120 (1982) 137.

# EXHIBIT E

Plasma Metanephrines in the Diagnosis of Pheochromocytoma -
Lenders, et. al (1995)

In this peer-reviewed article published in the Annals of
Internal Medicine, the authors examined the use of the HPLC
with an electro-chemical detection system to measure the
normetanephrine and metanephrine metabolite levels in human
plasma to diagnose pheochromocytoma.  The authors compared
the normetanephrine and metanephrine levels in patients with
pheochromocytoma to the normetanephrine and metanephrine
levels in groups of patients who may have higher than normal
stress-induced metanephrine levels, such as patients with
heart failure, chest pain from angina, and hypertension.
The authors concluded that the HPLC accurately measured
normetanephrine and metanephrine metabolite levels in human
plasma and excluded false positives due to other illnesses
to allow for an accurate, predicative diagnosis of
pheochromocytoma 100% of the time.

# Plasma Metanephrines in the Diagnosis of Pheochromocytoma

Jacques W.M. Lenders, MD, PhD; Harry R. Keiser, MD; David S. Goldstein, MD, PhD;
Jacques J. Willemsen, BS; Peter Friberg, MD, PhD; Marie-Cécile Jacobs, MD;
Peter W.C. Kloppenborg, MD, PhD; Theo Thien, MD, PhD; and Graeme Eisenhofer, PhD

■ *Objective:* To examine whether tests for plasma metanephrines, the o-methylated metabolites of catecholamines, offer advantages for diagnosis of a pheochromocytoma over standard tests for plasma catecholamines or urinary metanephrines.

■ *Design:* Cross-sectional study.

■ *Setting:* 3 clinical specialist centers.

■ *Patients:* 52 patients with a pheochromocytoma; 67 normotensive persons and 51 patients with essential hypertension who provided reference values; and 23 patients with secondary hypertension and 50 patients with either heart failure or angina pectoris who served as comparison groups.

■ *Measurements:* Plasma concentrations of catecholamines (norepinephrine and epinephrine) and metanephrines (normetanephrine and metanephrine) were measured in all patients. The 24-hour urinary excretion of metanephrines was measured in 46 patients with pheochromocytoma.

■ *Results:* Pheochromocytomas were associated with increases in plasma concentrations of metanephrines that were greater and more consistent than those in plasma catecholamine concentrations. No patient with a pheochromocytoma had normal plasma concentrations of both normetanephrine and metanephrine. The sensitivity of these tests was 100% (52 of 52 patients [95% CI, 94% to 100%]), and the negative predictive value of normal plasma concentrations of metanephrines was 100% (162 of 162 patients). Tests for plasma catecholamines yielded eight false-negative results and a sensitivity of 85% (44 of 52 patients [CI, 72% to 93%]). The negative predictive value of normal plasma concentrations of catecholamines was 95% (156 of 164 patients). Tests for urinary metanephrines yielded five false-negative results and a sensitivity of 89% (41 of 46 patients [CI, 76% to 96%]). Because no statistical difference was noted in the number of false-positive results between tests for plasma metanephrines (15%) and tests for plasma catecholamines (18%), the specificities of the two tests did not differ.

■ *Conclusions:* Normal plasma concentrations of metanephrines exclude the diagnosis of pheochromocytoma, whereas normal plasma concentrations of catecholamines and normal urinary excretion of metanephrines do not. Tests for plasma metanephrines are more sensitive than tests for plasma catecholamines or urinary metanephrines for the diagnosis of pheochromocytoma.

*Ann Intern Med.* 1995;123:101-109.

From the National Institutes of Health, Bethesda, Maryland; St. Radboud University Hospital, Nijmegen, the Netherlands; and the University of Göteborg, Göteborg, Sweden. For current author addresses, see end of text.

Pheochromocytoma is a tumor of chromaffin cells that usually presents as hypertension. The tumor has potentially life-threatening consequences if it is not promptly diagnosed, located, and removed. Evidence of excessive production of catecholamines is essential for diagnosis of the tumor. Traditional tests have relied on measurements of the 24-hour urinary excretion of catecholamines (norepinephrine and epinephrine) or of the products of catecholamine metabolism (1–4).

Because of the common problems of incompleteness and inconvenience associated with 24-hour urine collections, clinicians have long sought a diagnostic test based on sampling of antecubital venous blood. Measurements of plasma catecholamines are useful in this respect (4, 5). However, patients with a pheochromocytoma can have plasma concentrations of catecholamines that fall within the range of those in patients with essential hypertension (4, 6) (that is, false-negative results). In addition, emotional distress or pathologic conditions other than pheochromocytoma (such as heart failure) can produce abnormally high catecholamine concentrations (7, 8) (that is, false-positive results). Glucagon stimulation and clonidine suppression testing can enhance the accuracy of plasma catecholamine determinations in the diagnosis of pheochromocytoma (9, 10). These tests, however, can still yield false-negative or false-positive results (9–11); they also require considerable time and effort. The search has continued for a single simple, highly sensitive and specific blood test with which to confirm the presence of the tumor in patients with pheochromocytoma. We studied the diagnostic accuracy of tests for specific catecholamine metabolites for this purpose, notably the metanephrines— normetanephrine and metanephrine.

An understanding of why plasma metanephrines may be particularly useful for diagnosis of pheochromocytoma requires an understanding of catecholamine metabolism. Norepinephrine and epinephrine are first metabolized intraneuronally by deamination to dihydroxyphenylglycol or extraneuronally by o-methylation to the metanephrines (12). Because most dihydroxyphenylglycol is formed from norepinephrine leaking from neuronal stores and little is formed from circulating catecholamines (13, 14), plasma levels of this metabolite are relatively insensitive to the release of catecholamines into the circulation from a pheochromocytoma (6, 15). The formation of most methoxyhydroxyphenylglycol from dihydroxyphenylglycol (14) and the formation of most vanillylmandelic acid from methoxyhydroxyphenylglycol within the liver (16) explains

See editorial comment on pp 150-1.

## Table 1. Patient Characteristics*

| Variable | Study Group | | | | |
| --- | --- | --- | --- | --- | --- |
| | Normotension | Essential Hypertension | Secondary Hypertension | Heart Failure or Angina Pectoris | Pheochromocytoma |
| Patients, n | 67 | 51 | 23 | 50 | 52 |
| Mean age ± SD (range), y | 39 ± 12 (20–72) | 43 ± 13 (16–69) | 48 ± 14 (20–69) | 57 ± 11 (34–81) | 39 ± 13 (11–71) |
| Male/female, n/n | 40/27 | 24/27 | 14/9 | 42/8 | 28/24 |
| Study center (NIH/SR/SH), n/n/n | 36/31/0 | 1/50/0 | 1/7/15 | 13/7/30 | 41/11/0 |

\* NIH = National Institutes of Health; SH = Sahlgrens Hospital; SR = St. Radboud University Hospital.

why a test for vanillylmandelic acid is also a poorer marker for pheochromocytoma than other tests (17). In contrast, preferential metabolism of circulating catecholamines compared with neuronal catecholamines by extraneuronal pathways (14) suggests that the metanephrines—as extraneuronal metabolites—may provide good markers for release of catecholamines from a pheochromocytoma. Furthermore, substantial production of metanephrines within adrenal tissue (18) suggests that metanephrines may be produced within the tumor itself.

In humans, metanephrines are extensively sulfate-conjugated (18, 19). Assays of metanephrines in urine depend on measurements after deconjugation to free metanephrines (19) so that measurements represent the sum of free and conjugated metabolites (total metanephrines). In contrast, good sensitivity of the assay for plasma metanephrines (20) enables measurements of both free and total metanephrines.

We compared the sensitivity, specificity, and positive and negative predictive values of tests for plasma free and total metanephrines with those of tests for plasma catecholamines and urinary total metanephrines. Study participants included a relatively large sample of patients with pheochromocytoma, patients with essential hypertension or secondary hypertension from causes other than pheochromocytoma, and patients with either heart failure or angina pectoris in whom sympathetically mediated catecholamine release would be expected to be increased.

## Methods

### Patients

Fifty-two patients with a histologically proven pheochromocytoma were studied. Thirty patients were studied retrospectively, and 22 were studied before the final diagnosis was made. The pheochromocytoma was benign in 39 patients and malignant in 13. Sixty-seven healthy, normotensive persons and 51 patients with essential hypertension served as a reference group. Blood samples were obtained from 23 patients with secondary hypertension (12 patients with renal artery stenosis, 2 with kidney disease, 1 with Cushing disease, 1 with primary hyperaldosteronism, and 7 with cyclosporine-induced hypertension) and from 50 patients with either heart failure or angina pectoris. The age, sex, and specialty center where the patients were studied for each of the five groups are shown in Table 1. Except for the few patients who were being treated with phenoxybenzamine, no patients with pheochromocytoma had been receiving medication for at least 2 weeks at the time of blood sampling. No patients with essential hypertension had been receiving medication for at least 2 weeks at the time of blood sampling. Medications taken by the other patient groups included digoxin, calcium channel blockers, diuretics, acetylsalicylic acid, dipyridamole, and cyclosporine. Procedures used in our study were approved by the hospital ethics committee or intramural research board of each of the three centers where patients were studied.

### Blood and Urine Samples

All patients refrained from ingesting methylxanthine-containing food products and from smoking after midnight on the day before blood sampling. Blood was collected from an indwelling catheter in an antecubital vein after the patients had rested supine for 20 minutes. In 39 patients with heart failure and 15 with secondary hypertension, arterial blood was obtained through an indwelling arm arterial catheter. Blood samples were collected into precooled tubes containing heparin or EGTA and glutathione and were centrifuged within 30 minutes to separate the plasma, which was stored frozen until assayed. All plasma catecholamine and urinary metanephrine assays were done within 2 weeks of sample collection. Seven of the 52 pheochromocytoma samples were assayed for plasma metanephrines after being stored at −80°C for more than 2 years (range, 2 to 8 years), whereas the remaining 45 samples were assayed within 2 years of collection (22 samples within 4 weeks). In 46 of the 52 patients with pheochromocytoma, a 24-hour urine collection was obtained, with 30 mL of 6-M hydrochloric acid used as a preservative.

### Analytic Methods

Plasma metanephrines were assayed at the National Institutes of Health (NIH) using liquid chromatography with electrochemical detection (20). Concentrations of total metanephrines (the sum of concentrations of free and sulfoconjugated metanephrines) were measured after incubation of 0.25 mL of plasma with 0.1 units of sulfatase (Sigma Chemical Company, St. Louis, Missouri) at 37°C for 30 minutes. The detection limits were 0.013 nmol/L for normetanephrine and 0.019 nmol/L for metanephrine. At a plasma normetanephrine concentration of 0.31 nmol/L and a metanephrine concentration of 0.21 nmol/L, the interassay coefficients of variation were 12.2% for normetanephrine and 11.2% for metanephrine. As previously reported (20), the presence of acetaminophen in samples of plasma can substantially interfere with measurements of plasma normetanephrine concentrations. Therefore, this analgesic must not be used by patients for several days before blood samples are collected. No analytic interference of various other drugs with this assay has been shown (20).

Plasma catecholamines were assayed using liquid chromatography. Electrochemical detection was used for quantification at the NIH (21), and fluorometric detection was used at St. Radboud University Hospital, Nijmegen, the Netherlands (22). At the NIH, the detection limits were 0.006 nmol/L for norepinephrine and 0.010 nmol/L for epinephrine. At a plasma norepinephrine concentration of 2.4 nmol/L and an epinephrine concentration of 0.39 nmol/L, the interassay coefficients of variation were 6.5% for norepinephrine and 11.4% for epinephrine. At St. Radboud University Hospital, the detection limits for norepinephrine and epinephrine were 0.002 nmol/L and 0.003 nmol/L, respectively. At plasma concentrations of 1.02 nmol/L for norepinephrine and 0.15 nmol/L for epinephrine, interassay coefficients of variation were 8.5% for norepinephrine and 7.2% for epinephrine.

Urinary concentrations of metanephrines were measured according to a previously described method (23); the upper reference limit of the normal range for the 24-hour urinary output of metanephrines was 6.8 μmol/d.

## Data Analysis

Because plasma concentrations of catecholamines and metanephrines were not normally distributed, only medians and ranges are presented for these concentrations. Differences in plasma concentrations of metanephrines and catecholamines among patients with pheochromocytoma and other groups were tested using the Kruskal–Wallis test. We assessed relations among variables using the Spearman rank correlation coefficient.

Normal distributions of plasma concentrations of catecholamines and metanephrines were obtained after logarithmic transformation of the data. Thus, upper reference limits, defined as the 97.5th percentile, were determined after logarithmic transformation of individual values for the combined data from normotensive persons and those with essential hypertension (118 persons). The 97.5th percentiles were calculated from the antilogarithm of the mean plus 2 standard deviations of the transformed data. A false-negative result of a test for plasma metanephrines in a patient with pheochromocytoma was defined as plasma concentrations of both normetanephrines and metanephrines that were below their respective upper reference limits. Similarly, a false-negative result of a test for plasma catecholamines was defined as plasma concentrations of norepinephrines and epinephrines that were below their respective upper reference limits. A false-positive result of a test for plasma metanephrines in patients without pheochromocytoma was defined as a plasma concentration of either normetanephrine or metanephrine that was equal to or above the upper reference limits. Similarly, a false-positive result of a test for plasma catecholamines was defined as a plasma concentration of either norepinephrine or epinephrine that was equal to or greater than the upper reference limits. We calculated the sensitivity and specificity (with 95% CIs), pretest and post-test probabilities, and positive and negative predictive values for each analyte (24).

Differences in tumor-associated elevations in plasma catecholamine concentrations and free and total metanephrine concentrations were assessed from the fold-increases in plasma concentrations of compounds in patients with pheochromocytoma that were greater than median values in the normotension and essential hypertension reference group. We computed mean ± SE fold-increases after logarithmic transformation of individual fold-increases. We estimated differences among fold-increases by analysis of variance; post hoc tests were done with the Scheffé F-test.

Receiver-operating characteristic curves were constructed from the relation between the rates of true-positive and false-positive results (that is, sensitivity compared with 1 minus the specificity) for diagnosis of pheochromocytoma that are based on different upper reference limits for each analyte (25). These curves enabled us to compare the sensitivity and specificity of tests for plasma metanephrines for diagnosing pheochromocytoma with those of tests for plasma catecholamines, as a function of different upper reference limits for each analyte. The areas under the receiver-operating characteristic curves for plasma catecholamines and metanephrines were calculated as summary measures of the diagnostic power that were independent of upper reference limits. We calculated the difference between the two areas and tested them according to the method of Hanley and McNeil (26).

## Results

### Plasma Concentrations of Catecholamines and Free and Total Metanephrines

Plasma concentrations of free normetanephrine and metanephrine in the normotension and hypertension reference groups were not normally distributed until the data were logarithmically transformed (Figure 1). Ranges of plasma concentrations of normetanephrine and metanephrine were wider and the values were considerably higher ($P < 0.001$) in patients with pheochromocytoma than in any other patient group (Table 2).

In each group, plasma concentrations of total meta-



**Figure 1. The distributions for plasma concentrations of free normetanephrine (*top*) and metanephrine (*bottom*) are logarithmic transformations of the observed data.** The upper reference limits, determined from the mean plus 2 standard deviations for the combined data from normotensive (*NT*) patients ($n = 67$) and those with essential hypertension (*EHT*) ($n = 51$) are shown by the dashed horizontal lines. CARD = patients with heart failure or angina pectoris ($n = 50$); PHEO = patients with pheochromocytoma ($n = 52$); SHT = patients with secondary hypertension ($n = 23$).

nephrines were much higher than concentrations of free metanephrines; only a small proportion (<7%) of the normetanephrine or metanephrine in plasma was in the free form (Table 2). Like the free metanephrines, ranges of plasma concentrations of total metanephrines were much wider and the values much higher ($P < 0.001$) in patients with pheochromocytoma than in any other patient group. Similarly, ranges of plasma concentrations of norepinephrine and epinephrine were wider in patients with pheochromocytoma than in other groups, but only norepinephrine concentrations were consistently higher ($P < 0.001$) in patients with pheochromocytoma than in other groups.

### Accuracy of Tests for Plasma Metanephrines

The upper reference limits were 0.66 nmol/L for plasma normetanephrine and 0.30 nmol/L for metanephrine. Only 1 of the 52 patients with pheochromocytoma had a plasma concentration of normetanephrine within the normal range (Figure 2, *top*), that is, a false-negative result.

Table 2. Plasma Concentrations of Catecholamines and Metanephrines*

| Variable | Study Group | | | | |
|---|---|---|---|---|---|
| | Normotension (n = 67) | Essential Hypertension (n = 51) | Secondary Hypertension (n = 23) | Heart Failure or Angina Pectoris (n = 50) | Pheochromocytoma (n = 52) |
| Normetanephrine, nmol/L | 0.27 (0.09–0.70) | 0.28 (0.10–0.78) | 0.26 (0.11–2.24) | 0.32 (0.14–22.47) | 5.56 (0.48–172) |
| Metanephrine, nmol/L | 0.15 (0.04–0.34) | 0.14 (0.06–0.38) | 0.21 (0.05–0.93) | 0.22 (0.08–0.51) | 0.47 (0.04–382) |
| Total normetanephrine, nmol/L | 6.80 (2.90–24.7) | 9.65 (2.90–16.50) | 13.71 (3.24–318) | 15.46 (4.10–332) | 98.9 (14.5–1684) |
| Total metanephrine, nmol/L | 3.03 (1.25–6.46) | 3.98 (0.84–10.90) | 4.96 (0.89–69.6) | 5.03 (2.42–126) | 7.50 (1.94–329) |
| Norepinephrine, nmol/L | 1.15 (0.42–3.38) | 1.38 (0.41–3.58) | 1.90 (0.77–16.2) | 1.98 (0.29–45.0) | 11.17 (0.69–1360) |
| Epinephrine, nmol/L | 0.09 (0.01–0.36) | 0.16 (0.02–0.58) | 0.34 (0.04–1.48) | 0.36 (0.04–2.93) | 0.23 (0.03–1111) |

* Values are expressed as the median (range).

However, this patient (patient 42; Table 3) also had an elevated plasma metanephrine concentration. Thus, when both metabolites were considered in the diagnosis rather than plasma normetanephrine alone, the number of false-





Figure 2. Relation between plasma concentrations of normetanephrine and norepinephrine (top) and between those of metanephrine and epinephrine (bottom) in individual patients with pheochromocytoma (○) and in patients without pheochromocytoma but with false-positive normetanephrine or norepinephrine test results (●). The dashed lines represent the upper reference limits for normetanephrine or metanephrine concentrations (horizontal lines) and norepinephrine or epinephrine concentrations (vertical lines), and the gray square bounded by these lines represents the normal reference range for concentrations of metanephrines and catecholamines.

negative results was reduced from 1 to 0, yielding a sensitivity and negative predictive value of 100% (Table 4). In 29 of the 191 patients (15%) without pheochromocytoma, a test for plasma normetanephrine or metanephrine yielded a false-positive result (Figure 2). Six of these 29 false-positive results were obtained in patients with renal artery stenosis or renal failure, and 16 were obtained in patients with heart failure.

### Accuracy of Tests for Plasma Catecholamines

The upper reference limits were 3.00 nmol/L for norepinephrine and 0.54 nmol/L for epinephrine. In contrast to the one patient with pheochromocytoma and a false-negative result of the plasma normetanephrine test, 10 patients had false-negative plasma norepinephrine test results (Figure 2, top). Of these 10 patients, 2 had elevated plasma epinephrine concentrations (patients 32 and 34; Table 3); thus, the number of false-negative results was reduced from 10 to 8 when the diagnosis was based on plasma concentrations of both norepinephrine and epinephrine rather than on norepinephrine concentrations alone. This resulted in a sensitivity of 85% (Table 4). Tests of plasma catecholamines yielded false-positive results in 35 (18%) of the 191 patients without pheochromocytoma (Figure 2). In 19 of these 35 patients, results of tests for plasma metanephrines were also false-positive. Seven of these 35 false-positive results were obtained in patients with renal artery stenosis or renal failure, and 21 were obtained in patients with heart failure.

### Accuracy of Tests for Urinary Metanephrines

Twenty-four-hour urine specimens were obtained from 46 of the 52 patients with pheochromocytoma and were not obtained from patients in any other group. The median urinary excretion rate of metanephrines in these patients was 24.2 μmol/d (range, 2.1 to 242 μmol/d). Use of an upper reference limit of 6.8 μmol/d for the urinary excretion of metanephrines in normotensive persons (23) yielded false-negative results in 5 of the 46 patients and a sensitivity of 89% (95% CI, 76% to 96%); all 5 patients had increased plasma concentrations of metanephrines, but only 3 had increased plasma concentrations of catecholamines. Creatinine excretion among the 5 patients with normal urinary excretion of metanephrine was within the normal range (1 to 2.5 g/d). Use of an upper reference limit of 9.5 μmol/d in hypertensive patients (4)

Table 3. Neurochemical Characteristics of 11 Patients with Pheochromocytoma and Normal (False-Negative) Plasma Concentrations of Norepinephrine or Normetanephrine

| Patient | Clinical Syndrome | Catecholamines | | Metanephrines | |
| | | Norepinephrine | Epinephrine | Normetanephrine | Metanephrine |
| | | nmol/L | | | |
|---|---|---|---|---|---|
| 14 | Sporadic | 2.80 | 0.20 | 1.03* | 0.28 |
| 21 | Sporadic | 2.90 | 0.36 | 3.39*† | 1.13*† |
| 27 | Sporadic | 0.69 | 0.53 | 1.98*† | 9.37*† |
| 32 | Sporadic | 2.93 | 0.93* | 4.38*† | 2.31*† |
| 34 | Sporadic | 1.73 | 1.26* | 17.19*† | 16.52*† |
| 38 | Sporadic | 2.42 | 0.17 | 9.44*† | 0.21 |
| 42 | Cushing | 4.21* | 1.61* | 0.48 | 0.55* |
| 43 | von Hippel–Lindau | 2.08 | 0.03 | 1.69* | 0.06 |
| 48 | Multiple endocrine neoplasia | 1.83 | 0.21 | 4.10*† | 1.40*† |
| 49 | Multiple endocrine neoplasia | 1.74 | 0.32 | 1.28* | 3.85*† |
| 50 | von Hippel–Lindau | 2.43 | 0.04 | 1.71* | 0.18 |
| Upper reference limit | | 3.00 | 0.54 | 0.66 | 0.30 |

* Denotes a concentration above the upper reference limits.
† Denotes a concentration more than threefold above the upper reference limits.

yielded 10 false-negative results and a sensitivity of 78% (CI, 64% to 89%).

Accuracy of Tests for Plasma Metanephrines Compared with Tests for Catecholamines

Tumor-associated elevations in plasma normetanephrine concentrations were 153% greater than those in plasma norepinephrine and 64% greater than those in plasma concentrations of total normetanephrine (Figure 3, top). Tumor-associated elevations in plasma metanephrine concentrations were 70% greater than those in epinephrine concentrations but did not differ from those in total metanephrine concentrations (Figure 3, bottom). Increases in plasma concentrations of total normetanephrine were 54% greater than increases in plasma concentrations of norepinephrine, whereas increases in total metanephrine concentrations were 46% greater than increases in epinephrine concentrations.

Among the 11 patients with pheochromocytoma and equivocal results of tests for normetanephrine or norepinephrine (Table 3), 17 positive results were obtained for tests for metanephrines (normetanephrine, 10 results; metanephrine, 7 results); only 4 positive results were obtained for tests for catecholamines (norepinephrine, 1 result; epinephrine, 3 results). In 7 of these 11 patients, plasma normetanephrine or metanephrine concentrations

were elevated more than three times the upper reference limits for metanephrines; no patients had elevations in plasma norepinephrine or epinephrine concentrations greater than three times the respective upper reference limits.

Receiver-operating characteristic curves, which show the relation between rates of true-positive and false-positive results at different decision thresholds (that is, at different upper reference limits of plasma concentrations of metanephrines and catecholamines), confirmed the superiority of tests for plasma metanephrines over tests for plasma catecholamines for the diagnosis of pheochromocytoma, regardless of the reference limits used to define an abnormal test result (Figure 4, top). The area under the curve for plasma metanephrines (0.977 ± 0.015) was greater than that for plasma catecholamines (0.917 ± 0.027) (P = 0.03).

The relation between pretest and post-test probabilities—estimated from the sensitivity and specificity values listed in Table 4—show that as the prevalence rate (that is, the pretest probabilities) increases, the post-test probabilities similarly increase for diagnoses that are based on plasma concentrations of metanephrines and catecholamines (Figure 4, bottom). The negative predictive value of tests for plasma metanephrines for the diagnosis of pheochromocytoma remained constant at 100% for all prevalence rates, whereas the negative predictive value of

Table 4. Characteristics of Tests for Plasma Metanephrines and Catecholamines

| Variable | Sensitivity (95% CI) | Specificity (95% CI) | Positive Predictive Value | Negative Predictive Value |
| | % (n/n) | | | |
|---|---|---|---|---|
| Metanephrines* | 100 (52/52) (94 to 100) | 85 (162/191) (79 to 90) | 64 (52/81) | 100 (162/162) |
| Total metanephrines | 98 (42/43) (88 to 100) | 82 (112/137) (74 to 88) | 63 (42/67) | 99 (112/113) |
| Catecholamines | 85 (44/52) (72 to 93) | 82 (156/191) (75 to 87) | 56 (44/79) | 95 (156/164) |

* "Metanephrines" refers to free normetanephrine and metanephrine. "Total metanephrines" refers to sulfoconjugated and free normetanephrine and metanephrine. The sensitivity of (total) metanephrines for diagnosis of pheochromocytoma was calculated from patients with both a false-negative plasma (total) normetanephrine test result and a false-negative (total) metanephrine test result. The sensitivity of catecholamines was calculated from patients with both a false-negative plasma norepinephrine test result and a false-negative epinephrine test result. The specificity of (total) metanephrines was calculated from patients with either a false-positive plasma (total) normetanephrine test result or a false-positive (total) metanephrine test result. The specificity of catecholamines was calculated from patients with either a false-positive plasma norepinephrine test result or a false-positive plasma epinephrine test result.



Figure 3. Differences among fold-increases in plasma concentrations of norepinephrine (NE), normetanephrine (NMN), and total normetanephrine (top) and differences among fold-increases in plasma epinephrine (EPI), metanephrine (MN), and total metanephrine (bottom) in patients with pheochromocytoma. Fold-increases were estimated from ratios of plasma concentrations of each compound in patients with pheochromocytoma to the respective median value for each compound in the reference group. Results represent mean ± SE values determined from logarithmically transformed values. * = significant difference ($P < 0.05$).

tests for plasma catecholamines decreased with increasing prevalence rates.

In terms of positive and negative predictive values, measurement of plasma concentrations of total normetanephrine and metanephrine provided no advantage over measurement of free metanephrine concentrations (Table 4). However, measurements of plasma concentrations of total metanephrines provided greater sensitivity for the diagnosis of pheochromocytoma than measurements of plasma concentrations of catecholamines.

Patient and Tumor Characteristics in Relation to Neurochemical Indices

Four patients with pheochromocytoma had von Hippel–Lindau disease, and six had multiple endocrine neoplasia. Two of the patients with von Hippel–Lindau disease had normal plasma concentrations of catecholamines but elevated plasma normetanephrine concentrations (patients 43 and 50; Table 3). One of these patients was asymptomatic; initial testing was done after an adrenal mass was noted during computed tomography for an unrelated condition. In this patient, an elevated plasma normetanephrine concentration provided the only other indication for a tumor; results of all other neurochemical tests (those for plasma catecholamines, urinary metanephrines, clonidine suppression, and glucagon stimulation) were negative. Because of these negative results and for personal reasons, the patient did not have surgery until 11 months later. At this time, she became symptomatic and had elevated plasma concentrations of catecholamines and urinary metanephrines in addition to consistently elevated plasma concentrations of metanephrines. All patients with multiple endocrine neoplasia were symptomatic, but two had normal plasma concentrations of catecholamines (patients 48 and 49; Table 3). Both these patients had grossly elevated plasma concentrations of metanephrines.

In only one patient (patient 42; Table 3) did plasma concentrations of metanephrines provide a tumor marker that was inferior to that provided by plasma catecholamine concentrations. This patient was unusual, presenting with Cushing disease secondary to an adrenocorticotropin-secreting pheochromocytoma.

Thirty-two pheochromocytomas were located in the adrenal glands, and 19 were located at extra-adrenal sites. Patients with the adrenal tumors had higher plasma concentrations of metanephrine than patients with extra-adrenal tumors (0.61 nmol/L compared with 0.27 nmol/L; $P = 0.03$). Similarly, plasma concentrations of epinephrine were higher in patients with adrenal tumors than in those with extra-adrenal tumors (0.34 nmol/L compared with 0.14 nmol/L; $P = 0.01$). In contrast, plasma concentrations of norepinephrine were higher in patients with extra-adrenal tumors than in those with adrenal tumors (22.3 nmol/L compared with 8.40 nmol/L; $P = 0.009$). Plasma normetanephrine concentrations did not differ among patients with adrenal and extra-adrenal tumors (5.83 nmol/L compared with 5.44 nmol/L; $P = 0.30$).

We found strong positive relations between the size of the tumor and plasma concentrations of normetanephrine ($r = 0.61$; $P < 0.001$), plasma concentrations of metanephrine ($r = 0.45$; $P = 0.007$), and urinary excretion of metanephrines ($r = 0.64$; $P < 0.001$). No association was seen between tumor size and plasma concentrations of norepinephrine ($r = 0.12$; $P = 0.48$) or epinephrine ($r = 0.14$; $P = 0.42$).

Discussion

Because a pheochromocytoma secretes catecholamines directly into the circulation, any of several means to detect the tumor by assays of plasma or urinary catecholamines and their metabolites should theoretically prove adequate. However, the occurrence of false-nega-



Figure 4. Receiver-operating characteristic curves (*top*) and the relation between pretest probability (that is, prevalence) and post-test probability (*bottom*). Receiver-operating characteristic curves show the relative changes in rates of true-positive and false-positive results for the diagnosis of pheochromocytoma as a function of different upper reference limits for plasma metanephrines (○) and catecholamines (●). Curves were constructed from estimates of the true-positive (sensitivity) and false-positive (1 − specificity) rates obtained using upper reference limits determined from the mean plus 1, 1.5, 2.0, 2.5, 3.0, or 3.5 SDs. The different upper reference limits (nmol/L) for plasma catecholamines and metanephrines are tabulated below:

|  | Catecholamines | | Metanephrines | |
|---|---|---|---|---|
|  | Norepineph-rine | Epineph-rine | Normetaneph-rine | Metaneph-rine |
| 1.0 SD | 1.93 | 0.24 | 0.43 | 0.21 |
| 1.5 SD | 2.41 | 0.36 | 0.53 | 0.25 |
| 2.0 SD | 3.00 | 0.54 | 0.66 | 0.30 |
| 2.5 SD | 3.75 | 0.79 | 0.84 | 0.37 |
| 3.0 SD | 4.66 | 1.18 | 1.05 | 0.44 |
| 3.5 SD | 5.85 | 1.76 | 1.32 | 0.54 |

The relation between pretest probability (that is, prevalence) and post-test probability shows the effect of prevalence of pheochromocytoma on positive (*upper curves*) and negative (*lower curves*) predictive values for given test results of plasma metanephrines (○) and plasma catecholamines (●).

tive results—normal values in patients with the tumor—besets most methods for diagnosing pheochromocytoma. In particular, reported sensitivities of tests for plasma catecholamines have ranged from 67% to 94% (11). In our study, 8 of 52 patients with pheochromocytoma had normal plasma concentrations of catecholamines, but all had elevated concentrations of plasma metanephrines. This finding indicates that tests for the latter are more sensitive for diagnosis of the tumor than tests for plasma catecholamines.

Because no test can be completely sensitive, one may ask what our findings of 100% sensitivity and 100% negative predictive value for tests for plasma metanephrines actually mean and in which clinical settings they would apply. In our study, 100% sensitivity resulted from the consideration of normotensive persons and those with essential hypertension as a single reference group. When we considered only persons with essential hypertension as the reference group, one false-negative result occurred, and the sensitivity decreased to 98% (CI, 90% to 100%). However, as shown by the receiver-operating characteristic curves, the sensitivity of tests for metanephrines for the diagnosis of pheochromocytoma remained higher than that of tests for catecholamines, regardless of changes in the upper reference limits. For a disease such as pheochromocytoma, in which a missed diagnosis could have life-threatening consequences for a patient, the diagnostic test should exclude false-negative results as efficiently as possible. The results show that measurements of plasma concentrations of metanephrines provide a method of excluding the presence of a tumor that is superior to measurements of plasma catecholamines.

Although pheochromocytoma may be excluded by normal plasma concentrations of metanephrines, an abnormal test result does not always positively confirm the presence of a tumor. We found elevated plasma concentrations of metanephrines in a few patients with secondary hypertension or cardiac failure. Elevated concentrations of total metanephrines have also been reported in patients with renal failure (27). When plasma concentrations of metanephrines are increased in the presence of either heart failure or kidney disease, additional diagnostic techniques, including imaging studies, are necessary.

Positive and negative predictive values depend on the prevalence or pretest probability of a disease. The predictive values reported here correspond to a 21% prevalence rate of pheochromocytoma—a much higher rate than that in the overall population of patients with hypertension and probably higher than the rate in the hypertensive patients referred to most specialist centers. The negative predictive value of normal plasma concentrations of metanephrines was superior to that of normal plasma catecholamines regardless of prevalence rates (Figure 3, *bottom*), a disparity that increased with increasing prevalence. Even at the highest prevalence rates, normal plasma concentrations of metanephrines almost exclude diagnosis of pheochromocytoma. This means that in a general practice setting or in patients in whom pheochromocytoma is strongly suspected (for example, patients at a referral center who have hypertension, headache, and adrenal mass), normal plasma concentrations of metanephrines may exclude the diagnosis of pheochromocy-

toma, whereas normal plasma concentrations of catecholamines may not.

The additional sensitivity that tests for plasma metanephrines provide over tests for catecholamines for the detection of a pheochromocytoma may be particularly relevant for persons at increased risk for the tumor because of a family history of multiple endocrine neoplasia or von Hippel–Lindau disease. This is shown by the two patients with multiple endocrine neoplasia and the two patients with von Hippel–Lindau disease in whom plasma concentrations of metanephrines, not catecholamines, provided evidence for a tumor. In one of the latter patients, elevated plasma concentrations of metanephrines provided the initial diagnosis 11 months before any presenting symptom. Although this finding is promising, the helpfulness of plasma concentrations of metanephrines in screening asymptomatic persons with hereditary endocrine syndromes remains to be established by studies with larger samples of such patients.

A limitation of our study is the lack of a reference group of patients with a panic disorder syndrome; a diagnosis of pheochromocytoma in these patients must sometimes be excluded (28). Stress-induced elevations of plasma catecholamines in these patients may present a diagnostic challenge. Because mild mental stress causes little change in plasma concentrations of metanephrines despite significant increases in plasma catecholamine concentrations (18), measurements of plasma concentrations of metanephrines may be particularly useful for excluding pheochromocytoma in patients with a panic disorder.

Greater and more consistent tumor-associated increases in plasma concentrations of metanephrines than in catecholamine concentrations explain the better sensitivity of the test for the former for diagnosing pheochromocytoma. Intravenous infusion of catecholamines results in increases in plasma concentrations of metanephrines that are less than 6% of those of the precursor amines (18). Thus, metabolism of catecholamines after they are released by a tumor into the circulation is not responsible for the greater and more consistent increases in plasma concentrations of metanephrines compared with those in catecholamine concentrations in patients with a pheochromocytoma. The production of 90% of plasma metanephrine and as much as 40% of plasma normetanephrine from metabolism of catecholamines within the adrenal glands (18, 29) suggests that metanephrines are produced within the tumor itself. This conclusion is supported by observations of high tumor-tissue concentrations of metanephrines (30, 31) and high plasma normetanephrine concentrations in the venous effluent of pheochromocytomas (32). The conclusion is also supported by our findings reported here and elsewhere (33) that tumor size is a determinant of metabolite production but not of catecholamine release. Thus, even when pheochromocytomas are quiescent and are not releasing catecholamines, they appear to be actively metabolizing catecholamines to metanephrines.

Our results confirm the high sensitivity and specificity of tests for plasma total metanephrines for the diagnosis of pheochromocytoma that has been shown previously (34); however, only concentrations of total metanephrines were considered in that study. We found that measurement of total (unconjugated and conjugated) metaneph-

rines had no advantage over measurement of free (unconjugated) metanephrines. Rather, the presence of a tumor causes relatively larger increases in free normetanephrine concentrations than in total normetanephrine concentrations. It is the free, not the conjugated, metanephrines that are produced within chromaffin tissue (unpublished observations). Thus, although plasma concentrations of total metanephrines are technically easier to measure than plasma concentrations of free metanephrines, the latter yield superior results.

Consistent with findings in previous studies (2, 11), measurement of urinary metanephrines yielded false-negative results in a few patients. Why would a test for urinary metanephrines be less sensitive than a test for plasma concentrations of the same compounds? One explanation is that a small percentage of patients in any large-scale study would be expected to provide an incomplete urine collection; this would yield false-negative results. However, the normal creatinine excretion in the patients with false-negative results of tests for urinary metanephrines rules out this explanation. Another possible explanation is that the assay technique used (23) is a colorimetric method. An assay for urinary metanephrines that uses the high-performance liquid chromatography technique might be superior to the colorimetric technique. Finally, individual differences in the renal conversion of metanephrines to methoxyhydroxyphenylglycol and vanillylmandelic acid might be responsible for some of the false-negative results.

Plasma catecholamines were assayed at two centers, whereas plasma metanephrines were assayed at one center. The involvement of different laboratories in our study could have resulted in wider distributions and higher upper reference limits for plasma catecholamines than might have been obtained had measurements been done in one laboratory. This in turn could have resulted in more false-negative results for plasma catecholamines determined in two laboratories than would have occurred in one. However, separate analysis of the data for the two centers indicated a 14.6% rate of false-negative results for catecholamines assayed at St. Radboud University Hospital compared with 18.2% for those assayed at NIH. In addition, the reference limits of 3.00 nmol/L for norepinephrine and 0.54 nmol/L for epinephrine obtained in our study were substantially lower than those of other studies (4, 6, 10). Because many of the patients with equivocal catecholamine test results had plasma concentrations of catecholamines well below the upper reference limits, a substantial reduction in these limits would be required to influence the results.

In conclusion, normal plasma concentrations of metanephrines exclude a diagnosis of pheochromocytoma, and normal plasma catecholamines or urinary metanephrines do not. Tests for plasma metanephrines are more sensitive than tests for plasma catecholamines or urinary metanephrines for the diagnosis of pheochromocytoma.

*Acknowledgments:* The authors thank Dr. Irwin J. Kopin for his support and critical review of the manuscript and Dr. André Verbeek for his assistance in the statistical analysis.

*Requests for Reprints:* Jacques W.M. Lenders, MD, Division of General Internal Medicine, Department of Internal Medicine, St. Radboud University Hospital, Geert Grooteplein Zuid 8, 6525 GA, Nijmegen, the Netherlands.

*Current Author Addresses:* Drs. Lenders, Jacobs, and Thien: Division of General Internal Medicine, Department of Internal Medicine, St. Radboud University Hospital, Geert Grooteplein Zuid 8, 6525 GA, Nijmegen, the Netherlands.

Dr. Kloppenborg: Division of Endocrinology, Department of Internal Medicine, St. Radboud University Hospital, Geert Grooteplein Zuid 8, 6525 GA, Nijmegen, the Netherlands.

Mr. Willemsen: Laboratory of Experimental and Chemical Endocrinology, St. Radboud University Hospital, Geert Grooteplein Zuid 8, 6500 HB, Nijmegen, the Netherlands.

Drs. Eisenhofer and Goldstein: Clinical Neuroscience Branch, National Institute of Neurological Disorders and Stroke, National Institutes of Health, Building 10, Room 5N214, Bethesda, MD 20892.

Dr. Keiser: Hypertension-Endocrine Branch, National Heart, Lung and Blood Institute, National Institutes of Health, Building 10, Room 8C103, Bethesda, MD 20892.

Dr. Friberg: Department of Heart and Lung Disease, Division of Clinical Physiology, Sahlgrens Hospital, University of Göteborg, Göteborg, Sweden.

## References

1. Manger WM, Gifford RW Jr. Pheochromocytoma. New York: Springer-Verlag; 1977.
2. Bravo EL, Tarazi RC, Gifford RW, Stewart BH. Circulating and urinary catecholamines in pheochromocytoma: Diagnostic and pathophysiologic implications. N Engl J Med. 1979;301:682-6.
3. Pheochromocytoma: current concepts of diagnosis and treatment. Combined clinical staff conference at the National Institutes of Health. Ann Intern Med. 1966;65:1302-26.
4. Bravo EL, Gifford RW Jr. Current concepts. Pheochromocytoma: diagnosis, localization and management. N Engl J Med. 1984;311:1298-303.
5. Lenders JW, Willemsen JJ, Beissel T, Kloppenborg PW, Thien T, Benraad TJ. Value of the plasma norepinephrine/3,4-dihydroxyphenylglycol ratio for the diagnosis of pheochromocytoma. Am J Med. 1992;92:147-52.
6. Duncan MW, Compton P, Lazarus L, Smythe GA. Measurement of norepinephrine and 3,4-dihydroxyphenylglycol in urine and plasma for the diagnosis of pheochromocytoma. N Engl J Med. 1988;319:136-42.
7. Thomas JA, Marks BH. Plasma norepinephrine in congestive heart failure. Am J Cardiol. 1978;41:233-43.
8. Cryer PE. Physiology and pathophysiology of the human sympathoadrenal neuroendocrine system. N Engl J Med. 1980;303:436-44.
9. Bravo EL, Tarazi RC, Fouad FM, Vidt DG, Gifford RW Jr. Clonidine-suppression test: a useful aid in the diagnosis of pheochromocytoma. N Engl J Med. 1981;305:623-6.
10. Grossman E, Goldstein DS, Hoffman A, Keiser HR. Glucagon and clonidine testing in the diagnosis of pheochromocytoma. Hypertension. 1991;17:733-41.
11. Stein PP, Black HR. A simplified diagnostic approach to pheochromocytoma. A review of the literature and report of one institution's experience. Medicine (Baltimore). 1991;70:46-66.
12. Graefe KH, Henseling M. Neuronal and extraneuronal uptake and metabolism of catecholamines. Gen Pharmacol. 1983;14:27-33.
13. Goldstein DS, Eisenhofer G, Stull R, Folio CJ, Keiser HR, Kopin IJ. Plasma dihydroxyphenylglycol and the intraneuronal disposition of norepinephrine in humans. J Clin Invest. 1988;81:213-20.
14. Eisenhofer G, Pecorella W, Pacak K, Hooper D, Kopin IJ, Goldstein DS. The neuronal and extraneuronal origins of plasma 3-methoxy-4-hydroxyphenylglycol in rats. J Auton Nerv Sys. 1994;50:93-107.
15. Brown MJ. Simultaneous assay of noradrenaline and its deaminated metabolite, dihydroxyphenylglycol, in plasma: a simplified approach to the exclusion of pheochromocytoma in patients with borderline elevation of plasma noradrenaline concentration. Eur J Clin Invest. 1984; 14:67-72.
16. Eisenhofer G, Åneman A, Hooper D, Holmes C, Goldstein DS, Friberg P. Production and metabolism of dopamine and norepinephrine in mesenteric organs and liver of swine. Am J Physiol. 1995;268:G641-9.
17. Peaston RT, Lai LC. Biochemical detection of phaeochromocytoma: should we still be measuring urinary HMMA? J Clin Pathol. 1993;46:734-7.
18. Eisenhofer G, Friberg P, Pacak K, Goldstein DS, Murphy DL, Tsigos C, et al. Plasma metanephrines: do they provide useful information about sympatho-adrenal function and catecholamine metabolism? Clin Sci. 1995;88:533-42.
19. Rosano TG, Swift TA, Hayes LW. Advances in catecholamine and metabolite measurements for diagnosis of pheochromocytoma. Clin Chem. 1991;37:1854-67.
20. Lenders JW, Eisenhofer G, Armando I, Keiser HR, Goldstein DS, Kopin IJ. Determination of metanephrines in plasma by liquid chromatography with electrochemical detection. Clin Chem. 1993;39:97-103.
21. Eisenhofer G, Goldstein DS, Stull R, Keiser HR, Sunderland T, Murphy DL, et al. Simultaneous liquid chromatographic determination of 3,4-dihydroxyphenylglycol, catecholamines, and 3,4-dihydroxyphenylalanine in plasma and their responses to inhibition of monoamine oxidase. Clin Chem. 1986;32:2030-3.
22. van der Hoorn FA, Boomsma F, Man in't Veld AJ, Schalekamp MA. Determination of catecholamines in human plasma by high-performance liquid chromatography: comparison between a new method with fluorescence detection and an established method with electrochemical detection. J Chromatogr. 1989;487:17-28.
23. Pisano JJ. A simple analysis of normetanephrine and metanephrine in urine. Clin Chim Acta. 1960;5:406-14.
24. Sackett DL, Haynes RB, Guyatt GH, Tugwell P. Clinical Epidemiology: A Basic Science for Clinical Medicine. Boston: Little, Brown; 1991.
25. Beck JR, Shultz EK. The use of relative operating characteristic (ROC) curves in test performance evaluation. Arch Pathol Lab Med. 1986;110:13-20.
26. Hanley JA, McNeil BJ. A method of comparing the areas under receiver operating characteristic curves derived from the same cases. Radiology. 1983;148:839-43.
27. Marini M, Fathi M, Valloton M. Dosage des métanéphrines sériques pour le diagnostic du phéochromocytome. Ann d'Endocrinol (Paris). 1993;54:337-42.
28. Fogarty J, Engel CC Jr, Russo J, Simon G, Katon W. Hypertension and pheochromocytoma testing. Arch Fam Med. 1994;3:55-60.
29. Eisenhofer G, Rundquist B, Åneman A, Friberg P, Dakak N, Kopin IJ, et al. Regional release and removal of catecholamines and extraneuronal metabolism to metanephrines. J Clin Endocrinol Metab. 1995; [In press].
30. Sjoerdsma A, King WM, Leeper LC, Undenfriend S. Demonstration of the 3-methoxy analog of norepinephrine in man. Science. 1957;127:876.
31. Kopin IJ, Axelrod J. Presence of 3-methoxy-4-hydroxyphenylglycol and metanephrine in phaeochromocytoma tissue. Nature. 1960;185:788.
32. DeQuattro V, Sullivan P, Foti A, Bornheimer J, Schoenigen S, Versales G, et al. Central and peripheral normetadrenaline in evaluation of neurogenic aspects of hypertension: aid to diagnosis of pheochromocytoma. Clin Sci. 1980;59(Suppl 6):275s-7s.
33. Crout J, Sjoerdsma A. Turnover and metabolism of catecholamines in patients with pheochromocytoma. J Clin Invest. 1964;43:94-102.
34. Mornex R, Peyrin L, Pagliari R, Cottet-Emard JM. Measurement of plasma methoxyamines for the diagnosis of pheochromocytoma. Horm Res. 1991;36:220-6.

# EXHIBIT F

# EXHIBIT G

Extractive Acylation and Mass Spectrmetric Assay of 3-
Methoxytyramine, Normetanephrine, and Metanephrine in Cere-
brospinal Fluid (1985)

In this peer-reviewed article in the Journal of Analytical
Biochemistry, the authors studied the use of the MS
detection system when coupled with gas chromatography to
detect and measure normetanephrine and metanephrine in
cerebrospinal fluid.[3]   The authors concluded that GC-MS was
an accurate and reliable means  of detecting and measuring
normetanephrine and metanephrine levels and excluding other
similar compounds in cerebrospinal fluid.

_____

[3] Gas chromatography is the same as liquid chromatography
except that it converts the sample into its gas form rather than
its liquid form.

ANALYTICAL BIOCHEMISTRY 149, 492-500 (1985)

# Extractive Acylation and Mass Spectrometric Assay of 3-Methoxytyramine, Normetanephrine, and Metanephrine in Cerebrospinal Fluid[1]

## OLOF BECK[2] AND KYM F. FAULL

*Pasarow Analytical Neurochemical Facility, Nancy Pritzker Laboratory of Behavioral Neurochemistry, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, California 94305*

Received March 13, 1985

The chemical analysis of 3-methoxytyramine, normetanephrine, and metanephrine in tissues, blood, and cerebrospinal fluid is complicated by the low levels in which they occur and the amphoteric nature of the functional groups, which hampers their isolation from aqueous media. In the present report, we describe a practical and simple method for the routine isolation and derivatization of 3-methoxytyramine, normetanephrine, and metanephrine in high yield from aqueous samples like cerebrospinal fluid. The metabolites are simultaneously derivatized with pentafluoropropionic anhydride and extracted into an organic solvent. After further treatment with pentafluoropropionic anhydride under anhydrous conditions, the samples are ready for GC/MS analysis. The method is able to exploit the theoretical maximal sensitivity available in the electron capture negative-ion chemical ionization mode without any apparent losses during extraction and derivatization, giving limits of detection in the low picogram range. Mean levels of free 3-methoxytyramine, normetanephrine, and metanephrine in human cerebrospinal fluid were 3.77, 5.20, and 0.40 pmol/ml. Assay of pools of squirrel monkey, human, and canine cerebrospinal fluid with and without previous enzymatic hydrolysis demonstrated that the three metabolites occur predominantly in a conjugated form. © 1985 Academic Press, Inc.

KEY WORDS: gas chromatography-mass spectrometry; catecholamine metabolites; neurochemistry.

A recent goal of analytical neurochemistry has been to develop methods for assessing the functional activity of the biogenic amine neurotransmitters in the central nervous system (CNS)[3] of experimental animals and human

[1] Work supported by grants to Jack D. Barchas, M.D. from the Scottish Rite Schizophrenia Research Program, the National Institute of Alcohol Abuse and Alcoholism (AA 05972), and the National Institute of Mental Health (MH 23861). We also acknowledge a Fulbright Supplementary Travel Grant to Olof Beck.

[2] Present address: Department of Toxicology, Karolinska Institute, S-104 01 Stockholm, Sweden.

[3] Abbreviations used: CNS, central nervous system; CSF, cerebrospinal fluid; COMT, catechol-O-methyltransferase; 3MT, 3-methoxytyramine; NMN, normetanephrine; MN, metanephrine; MAO, monoamine oxidase; ECNCI, electron capture negative-ion chemical ionization; PCI, positive-ion chemical ionization; EI, electron impact; PFP, pentafluoropropionyl; PFPA, pentafluoropropionic anhydride; $3MT-^2H_4$, 3-methoxy[$\alpha,\alpha,\beta,\beta-^2H_4$]tyramine-HCl.

subjects. One commonly adopted approach to this problem is to measure the concentrations of the biogenic amine metabolites in tissues and body fluids like cerebrospinal fluid (CSF), plasma, and urine, and to use these measurements as indices of CNS amine activity. The justification for this approach stems from the knowledge that the metabolites are formed from neurotransmitter which is released from nerve terminals following electrical excitation of the nerve fiber.

One pathway of metabolic inactivation of the catecholamine neurotransmitters dopamine (I, Fig. 1), norepinephrine (IV), and epinephrine (VIII) involves O-methylation by catechol-O-methyltransferase (COMT). The products, 3-methoxytyramine (3MT, II), normetanephrine (NMN, V) and metanephrine (MN, IX) respectively, are further transformed

0003-2697/85 $3.00
Copyright © 1985 by Academic Press, Inc.
All rights of reproduction in any form reserved.

ity) were from Sigma Chemical Company (St. Louis, Mo.); 3-methoxy[$\alpha,\alpha,\beta,\beta$-$^2$H$_4$]tyramine-HCl (3MT-$^2$H$_4$) was from MSD Isotopes (Montreal, Canada); pentafluoropropionic anhydride (PFPA) from Regis Chemical Company (Morton Grove, Ill.). Other chemicals used were of analytical purity.

Deuterium-labeled NMN and MN was prepared by a procedure involving platinum-catalyzed exchange labeling. Details of this procedure have been presented elsewhere (8). Briefly, NMN–HCl or MN–HCl (10 mg) was incubated for 1 month at room temperature in $^2$H$_2$O (1 ml) and freshly prepared platinum catalyst (prepared from reduction of 33 mg PtO$_2$ with NaBH$_4$) in an evacuated sealed-glass container. Deuterium-labeled NMN and MN were then isolated from the reaction mixtures using reverse-phase liquid chromatography. Solutions of the deuterium labeled NMN and MN were made in $^2$H$_2$O and the concentration was determined by comparing responses to the nondeuterated analogs in selected ion-monitoring assays.

*Cerebrospinal fluid samples.* Human lumbar CSF samples were obtained using a standard protocol (9) in which fluid was obtained from drug-free subjects. Subjects fasted and remained in bed overnight before each lumbar puncture. The CSF was collected in 6-ml aliquots, and the second 6-ml aliquot was used in this work. No CSF specimens were used that contained blood. Immediately after collection of the CSF, ascorbic acid was added as an antioxidant (1.0 mM) and the samples were frozen and stored at −70°C until analyzed.

Canine cisternal CSF was collected by anesthetizing the animals with sodium thiopental (iv) (10). After intubating the trachea, a 22-gauge spinal needle was inserted to a depth sufficient to penetrate the cisternal membrane, permitting CSF to flow into a tube without the application of suction. Volumes of approximately 1 ml, containing no visible trace of blood, were centrifuged (15,000g, 15 min, 4°C) after ascorbic acid had been added to a final concentration of 1.0 mM. The supernatant was stored frozen at −70°C until assayed.

Squirrel monkey cisternal CSF was collected in a similar manner except diethyl ether was used as anesthetic and a 20-gauge needle was carefully inserted from the dorsal surface between vertebrae C$_1$ and C$_2$. Volumes of approximately 200 µl were collected and immediately centrifuged. The pooled samples of human, canine, and squirrel monkey CSF that were used had been thawed and frozen several times prior to the experiments described herein.

*Sample preparation.* Aliquots of CSF (1.0 ml) were pipetted into 15-ml acid-washed (dichromate–sulfuric acid) glass test tubes containing 3MT-$^2$H$_4$, NMN-$^2$H$_5$, and MN-$^2$H$_5$ (5.25, 6.60, and 1.55 pmol, respectively, in 50 µl of $^2$H$_2$O). Solid NaHCO$_3$ (150 mg) and 3 ml of CH$_2$Cl$_2$ were then added. After the mixture was cooled to 0°C on an ice bath, 100 µl of PFPA was added and the samples were vigorously mixed for 10 min, during which time they were allowed to warm up to ambient temperature. Additional solid NaHCO$_3$ was added so that an excess of crystals remained on the bottom of the tubes. The samples were allowed to stand for an additional 10 min to complete hydrolysis of excess PFPA. Thereafter they were centrifuged at 1000g for 5 min, the water layers were discarded and an additional 1 ml of water was added. The samples were again shaken and centrifuged and the organic layers were transferred to new tubes with care taken to exclude any solid NaHCO$_3$, which was left at the bottom. The samples were then evaporated to dryness under a stream of nitrogen. The residues were treated with 100 µl of PFPA at 75°C for 30 min. The excess reagent was evaporated under a stream of nitrogen and the residues finally redissolved in 30 µl of ethyl acetate. Standard samples containing 3MT (0–9.03 pmol), NMN (0–9.74 pmol), and MN (0–0.80 pmol) were prepared in 1 ml of "artificial" CSF and prepared for analysis as described above. The artificial CSF solution contained concentrations (mM) of NaCl (140), KCl (3.4), CaCl$_2$ (1.3), MgCl$_2$ (0.54), urea (0.22), NaH$_2$PO$_4$ (0.25), Na$_2$HPO$_4$ (0.25), glucose (3.33), and NaHCO$_3$ (3.57).

cisternal CSF was co...
er except diethyl eth...
and a 20-gauge needle...
rom the dorsal surfac...
, and $C_2$. Volumes of...
, and $C_2$. Volumes of...
l were collected and...
ed. The pooled samp...
l squirrel monkey CSF...
thawed and frozen se...
e experiments describ...

*ion.* Aliquots of CSF (1...
nto 15-ml acid-washed (...
acid) glass test tubes co...
NMN-$^2H_5$, and MN...
5 pmol, respectively; in...
NaHCO$_3$ (150 mg) an...
hen added. After the m...
°C on an ice bath, 100...
and the samples were...
0 min, during which ti...
to warm up to ambien...
ional solid NaHCO$_3$ w...
cess of crystals remain...
e tubes. The samples we...
an additional 10 min to...
of excess PFPA. The...
fuged at 1000$g$ for 5 min...
e discarded and an add...
was added. The sampl...
d centrifuged and the o...
sferred to new tubes with...
de any solid NaHCO$_3$...
bottom. The samples were...
ryness under a stream of...
es were treated with 100...
for 30 min. The excess...
ed under a stream of ni-...
ues finally redissolved in...
. Standard samples con-...
3 pmol), NMN (0–9.74...
.80 pmol) were prepared...
" CSF and prepared for...
above. The artificial CSF...
concentrations (mM) of...
4), CaCl$_2$ (1.3), MgCl$_2$...
H$_2$PO$_4$ (0.25), Na$_2$HPO$_4$...
, and NaHCO$_3$ (3.57).

*...matic hydrolysis.* Aliquots of 0.5 ml of
...were pipetted into glass test tubes con-
...ng 3MT-$^2H_4$, NMN-$^2H_5$ and MN-$^2H_5$
..., 6.60, and 1.55 pmol, respectively, in 50
...$^2H_2$O), 0.5 ml of a 0.2 M citrate buffer
...6.0), and sulfatase (1.0 mg of lyophilized
...der). The samples were incubated at 37°C
...6 h and prepared for analysis as described
...ve.

*Gas chromatography–mass spectrometry.* A
...dified Hewlett–Packard 5985B gas chro-
...iograph–mass spectrometer was used for
...recording of mass spectra and multiple ion
...ection. The gas chromatographic separa-
...ns were achieved with a solvent-free injector
...opping-needle type, Ray Allen Assoc.,
...ulder, Colo.) connected to a DB-5 fused-
...ica capillary column (30 m, 0.26 mm i.d.,
...film thickness 0.25 $\mu$m, J and W Scientific,
...Rancho Cordova, Calif.) using helium as a
...carrier gas. The end of the column was inserted
...directly into the ion source of the mass spec-
...trometer. A pressure of 1.5 psi of helium was
...maintained in the injector port, which resulted
...in a flow rate of 1–2 ml/min at 20°C. The
...injector port and transfer line were maintained
...at 250 and 240°C, respectively. The GC oven
...was kept at 130°C for 1 min following injec-
...tion, and then increased at 20°C per min to a
...final temperature of 220°C.

The mass spectrometer was operated in the
negative-ion chemical ionization mode with
methane as the reagent gas. The reagent gas
was delivered to the source of the mass spec-
trometer coaxially with the capillary column
in the transfer line, and a pressure of approx-
imately 1 Torr was maintained in the ioniza-
tion chamber. The ion source and analyzer
sections of the instrument were maintained at
100 and 210°C, respectively, and an emission
current of 300 $\mu$A was used with an electron
energy of 230 eV.

*Quantitation.* Quantitative data were ob-
tained in the multiple-ion-detection mode by
recording the relative intensities of the pairs
of ions at $m/z$ 311/315, 621/626, and 635/
640, corresponding to ions derived from the
PFP derivatives of the unlabeled and deuter-

ated 3MT, NMN, and MN, respectively. Cal-
culation of the quantity of each compound in
each sample was made by interpolation from
calibration curves constructed from standard
samples. These curves were constructed by
plotting the ion current ratios ($m/z$ 311/315,
621/626, and 635/640) against the concentra-
tion of the unlabeled isomers in each sample.

## RESULTS

*Mass spectra.* The ECNCI mass spectra of
the PFPA-treated 3MT, NMN, and MN, and
their deuterium labeled analogs, revealed the
presence of two PFP groups per molecule of
3MT (III) and three PFP groups per molecule
of NMN (VII) and MN (XI) (Fig. 2).

The mass spectra of 3MT and 3MT-$^2H_4$
showed base peaks at $m/z$ 311 and 315, rep-
resenting loss of a CF$_3$CF$_2$COH group from
the molecular ions (Fig. 2A). Other peaks rep-
resenting the molecular ions ($m/z$ 459 and
463) and the (M-HF)$^-$ fragment ion ($m/z$ 439
and 443) were also observed. The mass spectra
of NMN and NMN-$^2H_5$ (Fig. 2B) showed base
peaks corresponding to the molecular ions ($m/z$ 621 and 626) with fragment ions corre-
sponding to loss of HF from the molecular
species. The mass spectra of MN (Fig. 2C)
showed peaks corresponding to the molecular
ion at $m/z$ 635 and high-mass fragment ions
representing loss of one and two HF groups
from the molecular ion. The mass spectra of
labeled MN (Fig. 2C) revealed the presence of
three predominant species containing three,
four, and five deuterium atoms per molecule
and a small amount of $^2H_2$-MN, but no sig-
nificant amount of $^2H_0$-MN. The common
fragment ions at $m/z$ 128, 144, and 163
seen in the spectra of all six compounds are
attributed the C$_2$F$_4$CO$^-$, C$_2$F$_4$COO$^-$, and
C$_2$F$_5$COO$^-$ fragments, respectively, derived
from the derivatizing groups.

*Methodology.* The yield of the initial deriv-
atization/extraction step was estimated by an-
alyzing for underivatized 3MT, NMN, and
MN remaining in the aqueous phase. The
analysis was accomplished using HPLC on a

reversed-phase octadecylsilane column (Altex 3 $\mu$m Ultrasphere, 7.5 cm $\times$ 6 mm) with acetate/citrate buffer (0.1 M, pH 3.5) containing 7% methanol at a flow rate of 1 ml/minute. Detection of the O-methylated catecholamines in the eluate was accomplished amperometrically (LC-3 amperometric detector, Bio-Analytical Systems, Inc.) with a glassy carbon detector electrode using an applied potential of +0.75 V (vs Ag/AgCl). The result indicated that less than 5% of the parent compounds remained in the aqueous phase following treatment with PFPA and $CH_2Cl_2$ extraction. This result was in agreement with recovery estimates of the complete work-up procedure made using GC/MS by comparing peak areas of standard samples that were treated directly with PFPA with those of samples run through the entire procedure. The result suggested a recovery of 90–100% for each compound.

The products formed in the initial derivatization/extraction step were identified, using mass spectrometry, as being the dipentafluoropropionyl derivatives III, VI, and X (Fig. 1). The electron impact mass spectra of the NMN and MN products contained abundant [M-18]$^+$ fragment ions, indicating that the $\beta$-hydroxyl groups on these metabolites were unchanged and that the PFP groups must be located on the amine and phenol moieties of the molecules.

The accuracy and precision of the method was determined by analyzing eight samples individually from a pool of "artificial" CSF which had been spiked with 3MT, NMN, and MN in amounts similar to those occurring in human CSF. The result is shown in Table 1 and indicates that the added amounts are measured accurately and with good precision. The calibration curves showed a linear relationship between the peak height ratios (authentic/internal standard) and the concentrations of 3MT, NMN, and MN over a range (see Experimental) covering their natural levels in CSF.

*Assay of CSF samples.* When the method was applied to human lumbar CSF and dog and squirrel monkey cisternal CSF samples, ion trace chromatograms were obtained (Fig. 3) in which the peaks at the retention times of authentic 3MT, NMN, and MN dominated.



| Catecholamine | O-Methylated metabolite | Chemical derivative | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $R_5$ |
|---|---|---|---|---|---|---|---|
| I Dopamine | — | — | H | H | H | H | H |
| II | 3-Methoxytyramine | — | H | $CH_3$ | H | H | H |
| III | | A | $COC_2F_5$ | $CH_3$ | H | $COC_2F_5$ | H |
| IV Norepinephrine | — | — | H | H | OH | H | H |
| V | Normetanephrine | — | H | $CH_3$ | OH | H | H |
| VI | | A | $COC_2F_5$ | $CH_3$ | OH | $COC_2F_5$ | H |
| VII | | B | $COC_2F_5$ | $CH_3$ | $COC_2F_5$ | $COC_2F_5$ | H |
| VIII Epinephrine | — | — | H | H | OH | H | $CH_3$ |
| IX | Metanephrine | — | H | $CH_3$ | OH | H | $CH_3$ |
| X | | A | $COC_2F_5$ | $CH_3$ | OH | $COC_2F_5$ | $CH_3$ |
| XI | | B | $COC_2F_5$ | $CH_3$ | $COC_2F_5$ | $COC_2F_5$ | $CH_3$ |

A. Formed during the extractive acylation step.

B. Formed by treatment with pentafluoropropionic anhydride under anhydrous conditions.

FIG. 1. Structures of the catecholamines, and their O-methylated metabolites and pentafluoropropionyl derivatives.

atives III, VI, and X (...)
act mass spectra of the NM(...)
ts contained abundant (...)
ns, indicating that the β-(...)
these metabolites were (...)
the PFP groups must be (...)
e and phenol moieties of (...)

nd precision of the me(...)
by analyzing eight sam(...)
a pool of "artificial" CS(...)
iked with 3MT, NMN, and(...)
milar to those occurring(...)
result is shown in Tab(...)
t the added amounts (...)
ly and with good precis(...)
rves showed a linear re(...)
he peak height ratios (a(...)
ndard) and the concentr(...)
N, and MN over a rang(...)
covering their natural lev(...)

*mples.* When the metho(...)
han lumbar CSF and dog(...)
y cisternal CSF sample(...)
grams were obtained (Fi(...)
ks at the retention time(...)
MN, and MN dominated.(...)



FIG. 2. Electron capture negative-ion chemical ionization mass spectra of the pentafluoropropionyl derivatives of authentic and deuterium-labeled 3MT (A), NMN (B), and MN (C).

| | $R_3$ | $R_4$ | $R_5$ |
|---|---|---|---|
| | H | H | H |
| | H | H | H |
| | H | $COC_2F_5$ | H |
| | OH | H | H |
| | OH | H | H |
| | OH | $COC_2F_5$ | H |
| | $COC_2F_5$ | $COC_2F_5$ | H |
| | OH | H | $CH_3$ |
| | OH | H | $CH_3$ |
| | OH | $COC_2F_5$ | $CH_3$ |
| | $COC_2F_5$ | $COC_2F_5$ | $CH_3$ |

ditions.

nd pentafluoropropionyl

The three compounds eluted close to each other but were separated by retention time and mass (Fig. 3). No interfering peaks were observed when a series of CSF samples were analyzed, demonstrating that the assay was reliable and suitable for routine measurement of CSF samples. The result from the quantitation of six individual human CSF samples is given in Table 2. The mean levels of free 3MT, NMN, and MN were 3.77, 5.20, and 0.40 pmol/ml.

*Conjugation.* When samples of human CSF were incubated with sulfatase containing β-glucuronidase activity, a time-dependent increase in the amounts of 3MT, NMN, and MN was observed. The results indicated that, under the conditions used, the hydrolysis was essentially completed after 4 h of incubation. However, an incubation time of 16 h was used routinely to assure complete hydrolysis. The

TABLE 1

REPRODUCIBILITY OF INDIVIDUAL DETERMINATIONS OF 3MT, NMN, AND MN IN ARTIFICIAL CSF

| | Added amount[a] | Measured amount[a] | SD | CV[b] | n |
|---|---|---|---|---|---|
| 3MT | 5.25 | 5.20 | 0.32 | 6.2 | 8 |
| NMN | 5.69 | 5.96 | 0.22 | 3.7 | 8 |
| NM | 0.464 | 0.462 | 0.034 | 7.4 | 8 |

[a] Picomoles/milliliter.
[b] Coefficient of variation calculated from the ratio of SD/mean as a percentage.



FIG. 3. Ion traces obtained from the mass spectrometric assay of a human cerebrospinal fluid extract showing the peaks attributed to 3MT, NMN, and MN and their respective deuterated analogs.

analysis of free and total (after hydrolysis) 3MT, NMN, and MN in pooled human lumbar CSF and dog and squirrel monkey cisternal CSF (Table 3) demonstrated that the compounds predominantly occur in a conjugated form.

TABLE 2

LEVELS OF FREE 3MT, NMN, AND MN IN INDIVIDUAL HUMAN CSF SAMPLES[a]

| Subject | 3MT | NMN | MN |
|---------|------|------|------|
| A | 2.70 | 2.37 | 0.26 |
| B | 2.16 | 8.14 | 0.58 |
| C | 3.34 | 2.46 | 0.24 |
| D | 8.99 | 9.42 | 0.73 |
| E | 3.39 | 7.28 | 0.42 |
| F | 2.01 | 1.50 | 0.19 |

[a] Picomoles/milliliter.

## DISCUSSION

The goal of this study was to develop a convenient work-up procedure for 3MT, NMN, and MN from biological samples which produces derivatives that maximally exploit the potential sensitivity of the ECNCI mass spectrometry technique. We were attracted to make use of the procedure of acylation in aqueous media which has been developed for the work-up of these compounds from dilute solutions and biological samples (11). How-

TABLE 3

CONCENTRATIONS[a] OF FREE AND TOTAL (FREE + CONJUGATED) 3MT, NMN, AND MN IN POOLED CSF

|  | 3MT | | NMN | | MN | |
|---|---|---|---|---|---|---|
|  | Free | Total | Free | Total | Free | Total |
| rrel monkey | 1.18 | 13.80 | 4.69 | 9.78 | 0.37 | 0.59 |
| (pool A) | 0.49 | 1.28 | 0.36 | 1.37 | 0.15 | 0.59 |
| (pool B) | 0.20 | 1.87 | 0.14 | 3.55 | 0.06 | 0.84 |
| man (pool A) | 1.13 | 11.6 | 0.86 | 11.1 | 0.13 | 1.90 |
| man (pool B) | 0.15 | 7.91 | 0.59 | 8.33 | 0.24 | 1.31 |

[a] Picomoles/milliliter.

er, the previously used reagents, acetic and propionic anhydride, yield products that are ot suitable for the ECNCI technique. Efforts convert the products of 3MT, NMN, and N obtained by acetic anhydride extraction to suitable derivatives by transacylation or ifferent hydrolysis procedures were unsuccessful. An effort to use PFPA instead of acetic anhydride demonstrated that the desirable derivative could be recovered, however, in low yields. By incorporating an organic solvent in the mixture and by vigorously mixing the two layers, the yield of product was dramatically improved. The best solvent was found to be dichloromethane, probably because it formed a semistable gel which gave ultimate mixing of the two layers. Accordingly, the procedure appears to be best described as an extractive acylation rather than acylation in aqueous media. The products formed during the extractive acylation step were identified as those acylated on the amine and phenolic functions (III, VI, X). The alcoholic hydroxyl groups of NMN and MN were acylated only during the second treatment with PFPA under anhydrous conditions. This result is in accordance with the result reported for acetic anhydride (11). The step of washing the dichloromethane with water was necessary in order to remove traces of pentafluoropropionic acid which otherwise interfered with the analysis.

This work-up procedure and subsequent analysis using capillary column gas chromatography–ECNCI mass spectrometry were successfully applied for the identification and quantitation of trace levels of 3MT, NMN, and MN in human CSF. The analytical procedure proved to be reliable and suitable for routine work. Endogenous levels of NMN in human CSF have previously been reported and the levels reported here are in good agreement with that report (7). To our knowledge, levels of 3MT and MN have previously not been reported in mammalian CSF, but the lower levels of MN are consistent with the fact that epinephrine is much less abundant in the central nervous system than dopamine and norepinephrine.

Preliminary work has demonstrated that this method is applicable also to analysis of brain homogenates. In addition, it may be noted that the work-up procedure might be suitable also for GC–MS determination of dopamine, norepinephrine, epinephrine, and serotonin.

In conclusion, a practical and convenient method has been developed based on extractive acylation with PFPA and analysis by capillary column GC–ECNCI MS for the determination of 3MT, NMN, and MN in CSF. In addition to the possibility that these catecholamine metabolites may be reliable indicators of central neurotransmitter turnover, measurement of NMN and MN provides a method of distinguishing between norepinephrine and epinephrine turnover, which is not possible by measuring their common metabolite 3-methoxy-4-hydroxyphenylethylene glycol.

## REFERENCES

1. Creveling, C. R., and Hartman, B. K. (1982) *in* Biochemistry of S-Adenosylmethionine and Related Compounds (Usdin, E., Borchardt, R. T., and Creveling, C. R., eds.), pp. 479–486, Macmillan & Co., London.

2. Kehr, W. (1981) *J. Neural Transm.* 50, 165–178.

3. Cattabeni, F., Algeri, S., Coen, E., DiGiulio, A. M., Galli, C. L., Groppetti, A., Mochetti, I., Parenti, M., and Racagni, G. (1984) *in* Dynamics of Neurotransmitter Function (Hanin, I., ed.), pp. 11–19, Raven Press, New York.

4. Ponzio, F., Achilli, G., Perego, C., and Algeri, S. (1981) *Neurosci. Lett.* 27, 61–67.

5. Westerink, B. H. C., and Spaan, S. J. (1982) *J. Neurochem.* 38, 680–686.

6. Hunt, D. F., Stafford, G. C., Jr., Crow, F., and Russell, J. W. (1976) *Anal. Chem.* 48, 2098–2105.

7. Martin, J. T., Barchas, J. D., and Faull, K. F. (1982) *Anal. Chem.* 54, 1806–1811.

8. Faull, K. F., Anderson, P. J., and Barchas, J. D. (1981) *J. Labelled Compd. Radiopharm.* 18, 1075–1079.

9. Berger, P. A., Faull, K. F., Kilkowski, J., Anderson, P. J., Kraemer, H., Davis, K. L., and Barchas, J. D. (1980) *Amer. J. Psychiatry* 137, 174–180.

10. Faull, K. F., Barchas, J. D., Foutz, A. S., Dement, W. C., and Holman, R. B. (1982) *Brain Res.* 242, 137–143.

11. Baker, G. B., Coutts, R. T., and Martin, I. L. (1981) *Progr. Neurobiol.* 17, 1–24.

Analysis of Biogenic Amines in Plasma of Hypertensive
Patients and a Control Group (1993)

In this peer-reviewed article in the Journal of
Neurochemical Research, the authors studied the use of the
MS detection system when coupled with gas chromatography to
detect and measure normetanephrine, metanephrine and other
substances in human plasma for individuals with normal blood
pressure and individuals suffering from hypertension.  The
authors concluded that GC-MS was an accurate and reliable
means of detecting and measuring normetanephrine and
metanephrine levels in human plasma.

*Neurochemical Research, Vol. 18, No. 11, 1993, pp. 1179–1182*

THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17, U.S. CODE)

# Analysis of Biogenic Amines in Plasma of Hypertensive Patients and a Control Group

R. Andrew,[1] S. A. Best,[1] D. G. Watson,[1,3] J. M. Midgley,[1] J. L. Reid,[2] and I. B. Squire[2]

*(Accepted February 2, 1993)*

Procedures were developed for the determination of 17 circulating amines using gas chromatography-negative ion chemical ionisation mass spectrometry. The amines were quantified against their appropriate deuterated isotopomers. The mean concentrations and ranges of catecholamines and trace amines were high compared with previous studies. In comparison with nonhypertensives, plasma from hypertensives had higher concentrations of the following amines: noradrenaline ($t = 4.0\%$); normetanephrine ($t = 6.1\%$) and metanephrine ($t = 1.9\%$). There were no significant differences between 5HT levels in plasma from hypertensives and controls. The following trace amines could be detected in variable amounts in plasma: *p*-tyramine, *m*-tyramine, *p*-octopamine, *m*-octopamine, *p*-synephrine, *m*-synephrine, and salsolinol. The trace amines melatonin, *N*-acetyl 5HT, tryptamine, 6-hydroxymelatonin and 5-methoxytryptamine could not be detected in plasma with limits of detection lying in the range 20-100 pg ml$^{-1}$.

KEY WORDS: Trace amines; catecholamines; 5HT; plasma; hypertensives; GC-MS.

## INTRODUCTION

The underlying biochemical causes of essential hypertension are unknown. One possibility is that it is caused by overactivity of the sympathetic nerves leading to an increase in vascular resistance. Correlation between blood pressure and concentrations of circulating amines has not been conclusively established although there are reports of links between hypertension and catecholamine levels (1,2). It has not been established if monophenolic trace amines have a role in the pathology of essential hypertension and many of these compounds have been only determined in human plasma in a few instances, if at all (3-5). Previous methods for analysis of circulating amines

have tended to rely of the less specific technique of radiochemical assay or on HPLC with electrochemical detection which also lacks the specificity of GC-MS. We report the analysis of 17 circulating amines in human plasma using GC-NICIMS with stable isotope dilution.

## EXPERIMENTAL PROCEDURE

*Chemicals.* Chemicals were obtained from the sources indicated in brackets: *p*-Tyramine, *m*- and *p*-octopamine, noradrenaline, adrenaline, normetanephrine, metanephrine, salsolinol, tryptamine, N-acetyl 5HT, melatonin and ascorbic acid (Aldrich Chemical Co., Dorset, U.K.) *m* and *p*-synephrine, 5-methoxymelatonin, 6-hydroxymelatonin and trisodium EDTA (Sigma Chemical Co. Dorset, U.K.), analytical grade methanol, acetonitrile, ethylacetate and water (Rathburn Chemical Co., Peebleshire, U.K.), 3,5 ditrifluoromethylbenzoyl chloride (Fluorochem, Derbyshire, U.K.), *N,O* bistrimethylsilylacetamide (BSA) (Fluka Chemical Co., Derbyshire, U.K.).

*Synthesized Standards and Deuterated Standards.* *m*-Tyramine was synthesized from m-methoxybenzaldehyde by a standard procedure via formation of the nitrostyrene, reduction and demethylation of the product. Deuterated isotopomers of *m*- and *p*-octopamine, *m* and

[1] Department of Pharmaceutical Sciences, University of Strathclyde, Glasgow G1 1XW, U.K.
[2] Department of Medicine and Therapeutics, Western Infirmary, Glasgow G11, U.K.
[3] Address reprint requests to: Dr. D.G. Watson, Department of Pharmaceutical Sciences, University of Strathclyde, Glasgow G1 1XW. Tel: 041-552-4400 Ext 2865 Fax: 041-552-6443.

0364-3190/93/1100-1179S07.00/0 © 1993 Plenum Publishing Corporation

*p*-synephrine, *p*-tyramine and dopamine were synthesized in our previous work (6,7). Deuterated *m*-tyramine, salsolinol, tryptamine and 5 HT were synthesised using methods previously described (8,9). Deuterated adrenaline, noradrenaline and normetanephrine were obtained from MSD, Croydon, U.K. Deuterated methoxytryptamine was obtained from Sigma Chemical Co. and some of this was converted into deuterated melatonin by *N*-acylation.

*Collection of Samples.* For the purposes of this preliminary study blood was obtained from seated hypertensive patients both untreated and on a variety of medications and normotensive subjects by antecubital venipuncture. The blood was transferred into heparinised tubes and centrifuged immediately. The resultant plasma was stored at $-20°C$ until analysis which was carried out within two weeks of sampling.

*Procedure for Extraction and Derivatization.* For analysis of catecholamines and phenylethanolamines deuterated standards (4 ng, Table I) were added to 2 ml of plasma and also ascorbic acid (1 mg in 20 $\mu$l of methanol) was added. Perchloric acid (2 ml, 0.3 M with 1 mg $ml^{-1}$ of added EDTA) was added and the sample sonicated for 1 min. The sample was then centrifuged (800 $g$, 15 min) to remove the precipitated protein and the supernatant was buffered using potassium phosphate buffer (1 ml, 1 M, pH 7.5). Ditrifluoromethylbenzoyl chloride (DTFMBCl, 4 $\mu$l) was added and the sample was shaken at room temperature (10 min). Extraction with ethylacetate (6 ml) was carried out and the ethyl acetate layer was then shaken with ammonium hydroxide (1 ml, 10M) at room temperature for 5 min thus hydrolysing phenolic ester groups and leaving the DTFMB amide formed intact. The organic layer was dried by passage through anhydrous sodium sulphate and the ethyl acetate was removed under a stream of nitrogen. The residue was reacted with BSA (30 $\mu$l, 60°C, 10 min). The BSA was not removed and 50 $\mu$l of methyl acetate was added immediated prior to injection of 4 $\mu$l into the GC-MS.

The indole alkylamines were analysed using a method based on an established procedure (10) analyses were carried out on 1 ml of plasma. We have recently described the application of our procedure to the analysis of 5 HT in aqueous and vitreous humour (11).

## INSTRUMENTATION

The GC-MS parameters and column conditions have been described previously (7, 12).

**Table I. Undeuterated and Deuterated Standards Used in Quantitation of Amines in Plasma With the Ions Used for Quantitation**

| Biogenic amine | (m/z) | Deuterated int. std. (m/z). | |
|---|---|---|---|
| *m*-tyramine | 449 | [²H₁] *m*-tyramine | 452 |
| *p*-tyramine | 449 | [²H₂] *p*-tyramine | 451 |
| *m*-octopamine | 537 | [²H₃] *m*-octopamine | 540 |
| *p*-octopamine | 537 | [²H₃] *p*-octopamine | 540 |
| dopamine | 537 | [²H₃] dopamine | 540 |
| *m*-synephrine | 551 | [²H₃] *m*-synephrine | 554 |
| *p*-synephrine | 551 | [²H₃] *p*-synephrine | 554 |
| normetanephrine | 567 | [²H₃] normetanephrine | 570 |
| metanephrine | 581 | [²H₃] normetanephrine | 570 |
| salsolinol | 563 | [²H₂] salsolinol | 565 |
| noradrenaline | 625 | [²H₃] noradrenaline | 628 |
| adrenaline | 639 | [²H₃] adrenaline | 642 |
| 5 HT | 396 | [²H₄] 5 HT | 399 |

## QUANTITATION

As described previously the catecholamines (12) and phenylethanolamines gave mass spectra where most of the ion current was carried by the molecular ion. The individual amines were quantified against the ions for their deuterated isotopmers 2-4 a.m.u. higher in mass except for metanephrine which was quantified against [²H₃]normetanephrine. Calibration curves were linear ($r > 0.99$) over the range examined and limits of detection under optimal conditions were *ca* 5-20 pg $ml^{-1}$.

Indolealkylamines gave the mass spectra described previously (10) and were also quantified against corresponding deuterated isotopomers with limits of detection lying in the range 20-100 pg per $ml^{-1}$.

Blanks containing deuterated isotopomers alone were carried through the full analytical procedures to check for contamination of glassware, reagents and solvents.

## RESULTS

Figure 1 shows SIM traces for endogenous noradrenaline m/z 625 and [²H₃] noradrenaline m/z 628 extracted from plasma. A similar trace is shown (Figure 2) for *p*-synephrine extracted from plasma against a SIM trace for the deuterated standards for *m*- and *p*-synephrine. Table II shows and the mean concentrations and ranges for catecholamines and monophenolic amines extracted from plasma of normotensive and hypertensive subjects. The sample numbers are not uniform since in certain cases concentration values for certain amines were discarded where the blank value for a particular analyte exceeded 33% of the sample value.



Fig. 1. SIM trace showing noradrenaline DTFMB-TMS (m/z 625) in comparison with 4 ng of [²H₃]-noradrenaline DTFMB-TMS (m/z 628) internal standard spiked into 2 ml of plasma.



**Fig. 2.** SIM trace showing *p*-synephrine DTFMB-TMS (m/z 551) in comparison with 4 ng of [$^2$H$_3$]*p*-synephrine DTFMB-TMS + 4 ng of [$^2$H$_3$]*m*-synephrine spiked into 2 ml of plasma.

## DISCUSSION

The mean concentration of noradrenaline was high in comparison with previous measurements (the range of literature mean values for recumbent subjects is 147-444 pg pg ml$^{-1}$ (13)) perhaps reflecting the fact that patients were not supine at the time of sampling (14). The measurements correlate more closely with the concentrations of noradrenaline in standing subjects (the range of literature mean values for standing subjects is 270-2210 pg ml$^{-1}$ (13)). Since it is difficult to obtain blood samples from subjects under ideal conditions it might be more appropriate to make a comparison, between control groups and hypertensives, without taking special pre-

cautions to ensure physiological relaxation (14). Noradrenaline concentrations were significantly higher than those in the controls (t = 4.0%). The concentration of the noradrenaline metabolite normetanephrine also varied between hypertensives and normotensives (t = 6.1%) (the range of literature mean values is 64-1725 pg ml$^{-1}$ (15,16)). The adrenaline concentrations determined are at higher end of those reported in the literature (the range of literature mean values is 36-160 pg ml$^{-1}$ for recumbent subjects and 51 - 210 pg ml$^{-1}$ for standing subjects (13)). The differences in adrenaline concentrations between hypertensives and normotensives were not significant although hyptensive samples had a wider range of adrenaline concentrations which may be a consequence of treatment. All but three determinations of dopamine in plasma fell within the range 59-479 pg ml$^{-1}$. The dopamine concentrations determined in plasma were much higher than those previously reported (the range of literature mean values is 36-62 pg ml$^{-1}$ for recumbent subjects and 36-56 pg ml$^{-1}$ for standing subjects (13). Acid hydrolysis of a few samples was carried out and the values for total dopamine circulating in plasma were also found to be higher than literature values. There were no clear differences between unconjugated dopamine concentrations in hypertensives and normotensives. It is possible that our procedure for measuring the unconjugated amines may be producing some hydrolysis of dopamine conjugates. However, the high levels of dopamine are not mirrored by high levels for unconjugated *p*-tyramine which, in preliminary work, we have found to be present in plasma largely in conjugated form. Diet may have a considerable influence on dopamine concentrations in plasma. We have found that consumption of

**Table II.** Concentration of Unconjugated Amines in Plasma From Hypertensive and Normotensive Subjects pg ml$^{-1}$ (Mean ± SEM)

|  | Hypertensive | | | Normotensive | | |
|---|---|---|---|---|---|---|
|  | Mean ± SEM. | Range | (n) | Mean ± SEM. | Range | (n) |
| *m*-Tyr. | 47 ± 12 | ND- 327 | (34) | ND |  | (12) |
| *p*-Tyr. | 238 ± 66 | ND- 1845 | (28) | 59 ± 17 | ND- 183 | (12) |
| *m*-Oct. | 29 ± 4 | ND- 105 | (36) | 21 ± 2 | ND- 36 | (12) |
| *p*-Oct. | 56 ± 10 | ND- 283 | (33) | 53 ± 24 | ND- 300 | (12) |
| Dop. | 921 ± 255 | 80- 6464 | (31) | 402 ± 123 | 59- 1212 | (10) |
| *m*-Syn. | 19 ± 0.4 | ND- 35 | (37) | 33 ± 5 | ND- 68 | (14) |
| *p*-Syn. | 147 ± 59 | ND- 2006 | (37) | 58 ± 17 | ND- 235 | (14) |
| Nmet. | 496 ± 69 | 175- 2018 | (34) | 287 ± 49 | 99- 810 | (13) |
| Met. | 268 ± 37 | 23- 753 | (32) | 132 ± 16 | 55- 225 | (13) |
| Sals. | 185 ± 78 | ND- 1799 | (31) | 77 ± 17 | ND- 230 | (13) |
| Nor. | 1633 ± 197 | 235- 4097 | (35) | 985 ± 68 | 639- 1334 | (12) |
| Adr. | 233 ± 55 | ND- 1494 | (31) | 193 ± 25 | 47- 362 | (13) |
| 5 HT. | 4360 ± 660 | 240- 14610 | (35) | 3660 ± 610 | 310- 12690 | (28) |

ND = not detected; taken as 19 pg for all compounds.

bananas can increase the amount of dopamine present in urine and a number of foodstuffs have been shown to contain dopamine.

$m$- and $p$-octopamine, $m$- and $p$-synephrine $m$- and $p$-tyramine and salsolinol were all detected in plasma usually in small amounts and not consistently. Very few previous measurements of these amines in plasma have been made; two literature references to $p$-tyramine concentration in plasma give mean values of 67 and 680 pg ml$^{-1}$ (5,17), mean values in the literature for $p$-octopamine in plasma are in the range 114-2093 pg ml$^{-1}$ (5,15,18). $p$-Synephrine concentrations were high in a few samples, presumably as a result of orange juice consumption. In earlier work it was established that concentrations of $p$-synephrine in urine were greatly elevated following consumption of orange juice (19).

5 HT was the only indolealkylamine which could be detected in plasma with a limit of detection for these compounds in the range 20-50 pg ml$^{-1}$. There were no clear differences between hypertensives and normotensives in terms of plasma 5 HT concentrations but it seems from some of our results that there may be seasonal fluctuations of this amine with concentrations in plasma being higher in winter. These fluctuations in combination with the possibility of small amounts of platelet leakage may have obscured possible differences between hypertensives and normotensives. It is of interest to note that we have found it very difficult to obtain clinical samples of plasma in which platelet leakage of 5 HT has been avoided; we have not found this problem with plasma prepared from blood samples taken in our own laboratories.

The results presented here are essentially preliminary and a much larger sample number will be required to be completely confident that there are differences between the concentrations of plasma catecholamines found in hypertensives and normotensives. From our preliminary results it would seem unlikely that any of the monophenolic amines contribute to the pathology of essential hypertension although it is not possible to entirely discount $p$-tyramine.

## ACKNOWLEDGMENTS

We thank the Royal Pharmaceutical Society of Great Britain, R.P. Scherer and the SERC for financial support.

## REFERENCES

1. Goldstein, D. S. 1983. Plasma catecholamines and essential hypertension an analytical review. Hypertension. 5:86–99.
2. Ottosson, A. M., and Karlberg, B. E. 1990. Nisoldipine-effects on the renin-angiotensin-aldosterone system and catecholamines. Studies in normotensive and hypertensive subjects. J. Internal Medicine. 228:503–509.
3. Rossi-Fanelli, F., Cangiano, C., Smith, A. R., Bozzi, A., James, J. H., Kay, L. A., Perelle, B. A., and Capocacia, L. 1978. A selective radioenzymatic assay for the determination of octopamine and phenylethanolamine in plasma and cerebrospinal fluid. Preliminary results in human experimental hepatic encephalopathy. Ital. J. Biochem. 27:450–465.
4. Karoum, F., Nasrallah, H., Potkin, S., Chuang, L., Moyer-Schwing, J., Philips, T., and Wyatt, R. J. 1979. Mass fragmentography of phenylethylamine, $m$- and $p$-tyramine and related amines in plasma, cerebrospinal fluid, urine and brain. J. Neurochem. 33:201–212.
5. Yonekura, T., Kamata, S., Wasa, M., Okada, A., Yamatodari, A., Watanabe, T., and Wada, H. 1988. Simultaneous determination of plasma phenylethylamine, phenylethanolamine, tyramine and octopamine by high performance liquid chromatography using derivatisation with fluorescamine. J. Chromatog. 427:320–325.
6. Couch, M. W., Gabrielsen, B. M. and Midgley, J. M. 1983. The synthesis of deuterated hydroxyphenolethanolamines and their metabolites. J. Labelled Cpds. Radiopharm. 20:933–949.
7. Shafi, N., Midgley, J. M., Watson, D. G., Smail, G. A., Strang, R., and MacFarlane, R. G. 1989. The analysis of biogenic amines in the brain of the American cockroach (Periplaneta americana) by gas chromatography-negative ion chemical ionisation mass spectrometry (GC-NICIMS). J. Chromatog. 490:9–19.
8. Matthews, H. R., Matthews, K. S., and Opella, S. J. Biochem. Biophys. Acta. 1977. Selectively deuteriated amino acid analogue synthesis, incorporation into proteins and NMR properties. Biochem. Biophys Acta. 497:1–13.
9. Shaw, G. J., Wright, G. J., and Milne, G. W. A. 1976. The synthesis of $\alpha,\alpha,\beta,\beta$-$d_4$-serotonin. Biomed. Mass Spectrom. 3:146–148.
10. Markey, S. P., Colburn, R. W., and Johannessen, J. N., 1981. Efficient extraction and mass spectrometric assay of serotonin in biological fluids. Biomed. Mass Spectrom. 8:301–304.
11. Best, S. A., Midgley, J. M., Huang, W. and Watson, D. G., J. Pharm. Biomed. Anal. In press.
12. Midgley, J. M., MacLachlan J., and Watson, D. G., 1988. An extraction derivatisation method suitable for the analysis of biogenic amines by gas chromatography-negative ion mass spectrometry. Biomed. Environ. Mass Spectrom. 15:535–539.
13. Davis, B. A. 1989. Biogenic amines and their metabolites in body fluids of normal, psychiatric and neurological subjects. J. Chromatog. 466:89–218.
14. Jones, D. H., Hamilton, C. A., and Reid, J. L. 1979. Choice of control groups in the appraisal of sympathetic nervous activity in essential hypertension. Clinical Science. 57:339–344.
15. Alexander, N., Velasquez, M., and Vlachakis, N. D. 1981. Red blood cells: In vivo site for transport and inactivation of biogenic amines in man and rats. Life Sci. 29:477–482.
16. Yoneda, S., Alexander, N., Vlachakis, N. D. 1984. Conjugated normetanephrine in human plasma and rat plasma and erythrocytes. Biochem. Pharmacol. 33:2029–2032.
17. Karoum, F., Nasrallah, H., Pottein, S., Chuang, L., Moyer-Schwing, J. Phillips, I., and Wyatt, R. J., 1979. Mass fragmentography of phenylethylamine, $m$- and $p$-tyramine and related amines in plasma, CSF, urine and brain. J. Neurochem. 33:201–212.
18. Rossi-Fanelli, F. Cangiano, C., Smith, A. R., Bozzi, A., James, J. H., Kay, L. A., Pevelle, B. A., Capocaccia, L., and Fischer, J. E., 1978. A selective radioenzymatic method for the determination of octopamine and phenylethanolamine in plasma and CSF: Preliminary results in human and experimental hepatic encephalopathy. Hal. J. Biochem. 27:450–465.
19. Ibrahim, K. E., Couch, M. W., Williams, C. M., Fregly, M. J. and Midgley, J. M. 1984. Quantitative measurement of octopamines and synephrines in urine using capillary column gas chromatography-negative ion chemical ionisation mass spectrometry. Anal. Chem. 56:1695–1699.

Evaluation of Urinary Metanephrine and Normetanephrine
Enzyme Immunassay (ELISA) Kits by Comparison with Isotope
Dilution Mass Spectrometry (1997)

In this peer-reviewed article in the Journal of Clinical
Chemistry, the authors studied the use of immunoassays to
detect and measure normetanephrine and metanephrine levels
in urine.  To test the reliability and accuracy of the
immunoassays, the authors compared the results of
immunoassay testing to the results of testing performed by
GC-MS, which the authors recognized as measuring
normetanephrine and metanephrine levels in urine with good
precision and accuracy.  The authors concluded that the
immunoassays, as verified by the GC-MS, reliability and
accurately measure normetanephrine and metanephrine levels
and excluded false positives from similarly structured
compounds.

*Clinical Chemistry* 43:1
114–120 (1997)

Automation and
Analytical Techniques

# Evaluation of urinary metanephrine and normetanephrine enzyme immunoassay (ELISA) kits by comparison with isotope dilution mass spectrometry

Bert G. Wolthers,[1]* Ido P. Kema,[1] Marcel Volmer,[1] Reinhard Wesemann,[2] Jürgen Westermann,[2] and Bernhard Manz[2]

Determination of urinary 3-O-methylated catecholamines (metanephrines) is generally considered a principal test for the clinical chemical diagnosis of pheochromocytoma and is currently performed predominantly with chromatographic techniques such as gas–liquid chromatography and HPLC. Enzyme immunoassays based on microtiter plate technology have recently been developed for the quantitative determination of urinary metanephrine (M) and normetanephrine (NM). We compared the results for urinary M and NM determined by these ELISA methods with those obtained by a recently developed isotope dilution mass spectrometric method. From this comparative study we can conclude that the investigated ELISA methods are applicable in the quantification of urinary M and thus can be successfully used to establish the diagnosis of pheochromocytoma. These relatively simple methods can be executed in any clinical laboratory and in time may replace the present, more complicated, chromatographic techniques.

INDEXING TERMS: gas chromatography · mass spectrometry · pheochromocytoma

Several laboratory tests have been proposed for the detection and follow-up of patients with catecholamine-producing, mostly benign or occasionally malignant tumors called pheochromocytomas: determinations of the catecholamines themselves or one or more of their various metabolites in either plasma or urine. Recently Lenders et

al. [1] reported that measurements in plasma of the 3-O-methylated metabolites normetanephrine (NM) and metanephrine (M) are more sensitive for that purpose than are the usually performed determinations of either plasma catecholamines or urinary total metanephrines.[3] In their comparison, however, they used HPLC with electrochemical detection for the measurement of plasma catecholamines and metanephrines, whereas an insensitive colorimetric method [2] was used for urinary total metanephrines. In studies in which more specific and sensitive methods were used for measurements of urinary metanephrines, significantly higher sensitivities were reported [3]. Thus, determination of plasma metanephrines probably does not produce better results in terms of sensitivity and specificity in the diagnosis of pheochromocytoma than urinary metanephrines.

Pheochromocytomas usually produce free catecholamines, which very likely before entering the circulation are already converted into metanephrines. Eisenhofer et al. [4] showed that after intravenous infusion of [3]H-labeled catecholamine precursors, steady-state plasma concentrations of [3]H-labeled free metanephrines were <6% of steady-state concentrations of the precursor amines, whereas in pheochromocytoma patients plasma concentrations of free metanephrines were ~50% of their precursor amines [1]. Moreover, Eisenhofer et al. [5] demonstrated that >90% of circulating free M is formed by metabolism of adrenaline within the adrenals and thus <10% is formed by metabolism of adrenaline after its release into the circulation. Also, formation of metanephrines within pheochromocytoma tissue is supported by

[1] Central Laboratory for Clinical Chemistry, University Hospital, P.O. Box 30.001, 9700 RB Groningen, The Netherlands.

[2] Reprimed GmbH, Flughafenstraße 52A, D-22335 Hamburg, Germany.

*Author for correspondence. Fax 31-50-3612290.

Received March 5, 1996; revised July 15, 1996; accepted July 16, 1996.

[3] Nonstandard abbreviations: NM, normetanephrine; M, metanephrine; GC, gas chromatography; MS, mass spectrometry; and VMA, vanillylmandelic acid.

*Clinical Chemistry* 43, No. 1, 1997

findings of high concentrations of metanephrines within tumor tissue [6, 7] and a high concentration of free NM in the plasma draining a tumor [8]. Deactivation of circulating 3-O-methylated catecholamines followed by sulfoconjugation and excretion suggests high specificity and sensitivity for urinary total metanephrines, compared with oxidatively deaminated catecholamine metabolites. In addition, unlike urinary total catecholamines, urinary total M concentrations are not significantly influenced by diet [9].

For the reasons stated above, one of the most sensitive and specific methods for the clinical chemical diagnosis and follow-up of patients with pheochromocytoma remains the assay of urinary metanephrines, provided that their analysis is carried out by modern chromatographic techniques [3, 10, 11]. As urinary M and NM are in majority present as sulfoconjugates [12], a deconjugation (hydrolysis) step to determine each of them as the sum of their free and conjugated fractions generally precedes their analysis. The determination of urinary M and NM separately has been reported to be useful to distinguish between tumors located in the adrenal medulla (secreting mainly adrenaline, to be converted into M) and extraadrenal tumors (secreting mainly noradrenaline, to be converted into NM) [13]. Moreover, measuring total metanephrines (sum of M and NM) is less sensitive than measuring M and NM separately [14].

Although chromatographic techniques such as HPLC, gas chromatography (GC), and GC-mass spectrometry (MS) allow the measurement of urinary metanephrines with good precision and accuracy [3], the necessary know-how and the time-consuming analytical procedures (and the restricted availability of some types of equipment, e.g., GC-MS) impede an intensive use of these methods, resulting in relatively few laboratories actually carrying out these assays. In recent years more laboratories introduced M assays, since commercial HPLC equipment along with reagents in kit form as "turn-key instrumentation" became available. Nevertheless, in past years, development of immunoassays for these analytes was also attempted. Thus, papers describing RIA techniques for urinary M and NM were published some years ago [15, 16]. Again, the use of radioactive substances consti-

tutes a disadvantage, not offering an attractive substitute for existing chromatographic methods. Recently, however, enzyme immunoassay kits, based on microtiter plate technology, for the quantitative determination of urinary M and NM have become commercially available. These kits for the first time offer an opportunity to replace chromatographic techniques for methods accessible to common routine clinical laboratories. The principles on which these kits are based will be described here.

We have evaluated these M and NM kits by assaying several urine samples obtained from healthy persons and patients with and without pheochromocytoma by applying the ELISA methods as well as a GC-MS method previously developed in our laboratory, which was recently published [17].

## Materials and Methods

### CHEMICALS

Details on chemicals used in the GC-MS determinations of NM and M are mentioned in ref. 12. All chemicals used for the ELISAs are provided by the manufacturer.

### ELISA KITS FOR DETERMINATION OF METANEPHRINE AND NORMETANEPHRINE

These new kits are available either as RIA or ELISA versions. Although according to the supplier the performance of the RIA and ELISA kits are comparable, we prefer the ELISA version, as no handling of radioactive substances is required. Thus only the ELISA kits were evaluated in this study. The kits are based on the following principle. Since the metanephrines as such do not possess sufficient immunogenic properties, making it difficult to raise specific antibodies against them, use is being made of their N-acetylated derivatives. By reaction with Bolton–Hunter reagent [3-(p-hydroxyphenyl)propionic acid N-hydroxysuccinimide ester], both metanephrines are readily converted to their N-acylhemisuccinates, with excellent immunogenic properties (see Fig. 1). Specific antibodies against these derivatives can be produced in rabbits by coupling the latter to bovine serum albumin as hapten, whereas as tracers (in the ELISA version) these hemisuccinates coupled to biotin are used. In short, the procedure is as follows. Urinary M (or NM) is first

Fig. 1. Reaction between the Bolton–Hunter reagent and normetanephrine.

03/16/00   11:13 FAX 617 638 4233        BU MEDICAL LIBRARY                        ☐ 005/009

116                     Wolthers et al.: Urinary metanephrine and normetanephrine ELISA evaluation

converted to its N-acyl derivative by means of the Bolton-Hunter reagent and then the product transferred to microtiter plates coated with goat anti-rabbit IgG. After addition of a fixed amount of the appropriate tracer and (rabbit) antibody, subsequent incubation overnight, and washing, anti-biotin–alkaline phosphatase conjugate is added. After incubation for some time, plates are washed, followed by addition of alkaline phosphatase substrate (p-nitrophenylphosphate) and measurement of the released p-nitrophenol spectrophotometrically after a fixed incubation time. Maximal enzyme activity is observed when no acylated M (or NM) is present in urine, because in that case all tracer molecules (acylated M or NM coupled to biotin) are bound to the walls of the microtiter plate, which consists of a coating of M-antibody (the goat anti-rabbit IgG:M rabbit-antibody complex) after the first incubation step. On the other hand acylated M (or NM) molecules; if present in urine, compete with tracer molecules in binding to the antibody, resulting in less binding of biotin-containing tracer to the wall and consequently less binding of anti-biotin–alkaline phosphatase conjugate after the final incubation, leading to reduced enzyme activity. Thus, lowest activity is reached at highest urinary M concentration.

The test kits were supplied by Immuno Biological Laboratories (IBL), Hamburg, Germany [cat. no. RE 591 71 (AMICYL-Test® normetanephrine-ELISA) and cat. no. RE 591 81 (AMICYL-Test® metanephrine-ELISA]. They contain all necessary materials and reagents (in total 16 components, among which is one microtiter plate) to carry out 96 assays of either M or NM, including calibration samples. The contents of the kits can be divided in such a way that three separate runs can be performed, each comprising 32 determinations, equivalent to 4 microtiter strips of 8 wells each. Both kits are practically similar in composition and differ only with respect to the tracer (M-biotin or NM-biotin), antiserum (specific for M or NM), and calibrator solutions (M or NM). Included in all kits is a detailed prescription of the analytical procedure to be followed. The kits should be stored in the dark at 2–8 °C. To carry out tests, only appropiate pipettes, a vortex-type mixer, a heating block (set at 90 °C), a temperature-controlled water bath (37 °C), a microtiter washer, and a microtiter plate reader, able to measure at 405 nm, are further required.

ANALYTICAL PROCEDURE FOLLOWED FOR ELISA KITS
For a detailed description of the analytical procedure (both for M and NM) we refer to the booklets (edited in both English and German) supplied by the manufacturer and included in each test kit. Here we present a shortened version describing the different analytical steps in less detail.

Hydrolysis and derivatization. Since urinary metanephrines are predominantly present as sulfated conjugates, a hydrolysis step is necessary, unless one wants to determine

free (unconjugated) metanephrines. In reagent tubes, 200 µL of 0.1 mol/L HCl solution was added to 50 µL of patient urines, 7 calibrators (present in the kits), and 2 control samples, and all mixtures were heated for 1 h at 90 °C. After cooling, the acylation reaction (with Bolton-Hunter reagent) was carried out for 30 min at 37 °C.

Incubation of acylated samples with tracer and antibody. Twenty microliters of the acylated samples was pipetted in duplicate into the appropiate wells, followed by addition of 50 µL of M (or NM)-biotin tracer solution and 50 µL of antiserum solution (specific for M or NM), and allowed to stand at 2–8 °C overnight (at least for 14 h).

Incubation with enzyme conjugate. After three washing cycles, 150 µL of enzyme conjugate solution (alkaline phosphatase–anti-biotin conjugate) was pipetted into the wells and the plate was shaken for 2 h at room temperature.

Enzyme reaction. After three washing cycles 200 µL of substrate solution (p-nitrophenylphosphate) was pipetted into each well, followed by incubation for 20 min at room temperature while shaking. The reaction was stopped by addition of 50 µL of a 1 mol/L NaOH + 0.25 mol/L EDTA solution. Within 60 min extinction coefficients were measured in the wells by means of a microtiter plate reader at a wavelength of 405 nm.

Calculation of results. Calculations were performed with the computer program "Easy Fit" distributed by SLT/Tecan Labinstruments, Grödig, Austria, which converts the absorbance readings acquired by the microtiter plate reader into concentrations ($\mu$mol/L) of M or NM by taking into account absorbance values of seven calibrators (ranging from 0 to 12.7 $\mu$mol/L for M and from 0 to 40.9 $\mu$mol/L for NM). Both for the calibrators and for the patient samples the mean of the obtained duplicate absorbance readings was taken and absorbance as percentage of the absorbance value of the zero calibrator was calculated. To obtain a calibration curve, the absorbance percentages (y-values) of the calibrators were plotted against the logarithms of the concentrations of the calibrators (x-axis, see Fig. 2). From these calibration curves, concentrations, and the calculated absorbance percentages of the patient samples, M or NM concentrations in these samples were derived.

The microtiter equipment (washer and reader) used in the present investigation was from Dynatech Labs., Chantilly, VA. The reader (type MR 400) was linked to an IBM-type AT compatible computer.

CROSS-REACTIVITY MEASUREMENTS IN ELISA KITS
For these measurements, calibrator solutions in water of M or NM (depending on the investigated ELISA kit) were used, to which a known amount of calibrator, containing the potentially cross-reactive substance to be investigated,

03/16/00   11:14 FAX 617 638 4233        BU MEDICAL LIBRARY



**Fig. 2.** Typical calibration curves observed for M (*top*) and NM (*bottom*).
The *abscissa* represents (N)M concentrations of the calibrators, the ordinate the percentage of measured absorbance (OD) of the calibrators, in comparison with the absorbance of the zero calibrator.

was added. The following procedure was used. A 10 000-fold concentration excess of this substance, in comparison with calibration M or NM concentrations needed for a 50% reduction in absorbance, was added in the application of the test procedure instead of urine to see whether or not it could achieve a >50% reduction in absorbance. If so, a 3000-fold concentration excess was added and again checked, to determine if a >50% absorbance reduction could be observed. Likewise, if necessary, a 1000-, 300-, or 100-fold concentration was tried. In this way cross-reactivity could be estimated: An observed 50% absorbance reduction occurring at an added 100-fold concentration excess is equivalent to a cross-reactivity of 1%. No drugs commonly used in treating hypertensive or other patients suspected of having a pheochromocytoma were investigated, because of the observed low cross-reactivity percentages of the tried endogenous compounds with high structural resemblance to metanephrines. Therefore significant cross-reactivity of such substances is highly improbable.

### GC-MS MEASUREMENTS

For the assessment of urinary metanephrines with isotope dilution MS our previously described procedure [17] was used. Essentially the procedure was as follows: To a 300-μL urine sample, deuterated analogs of 3-methoxytyramine, M, and NM were added as internal standards. After evaporation to dryness in a stream of nitrogen, 300 μL of a derivatization mixture consisting of acetonitrile, dimethylformamide, and pentafluoropropionic anhydride was added.

Mixtures were derivatized at 80 °C for 15 min. After cooling, samples were extracted and washed with a mixture of heptane and water. Heptane layers were evaporated to dryness and redissolved in 50 μL of ethyl acetate:pentafluoropropionic anhydride (250:1, by vol). Volumes of 1–5 μL were injected into a gas chromatograph-mass spectrometer combination. Samples were monitored in the ammonia–chemical ionization mode. Quantification was done by use of calibration curves.

### SAMPLE COLLECTION AND PRESERVATION

Urine samples were collected from 47 apparently healthy persons (ages 3–27 years, median 8.8) and 10 patients previously diagnosed as having pheochromocytoma [on the basis of high urinary vanillylmandelic acid (VMA) excretion]. Some patient urine samples were collected after surgical treatment. Samples were collected in 2-L brown polypropylene bottles (Sarsted, Nuembrecht, Germany) containing ~250 mg each of $Na_2S_2O_5$ and EDTA as preservatives. Samples were acidified to pH 4 with acetic acid before freezing at −20 °C. Urinary creatinine concentrations used to quantify excretion in terms of creatinine were measured by a picric acid method on a SMA-2 analyzer (Bayer, Tarrytown, NY). For clinical purposes, concentration values (originally obtained in nmol/L or μmol/L) were either expressed in nmol (or μmol) excreted in 24 h (when 24-h urine portions were collected) or in μmol/mol creatinine (when no 24-h portions were collected).

### STATISTICS

Results of comparisons between measurements by ELISA and GC-MS were obtained by method comparison statistics according to Passing and Bablok [18] [correlation coefficients calculated on the basis of usual least-squares (Pearson) linear regression analysis].

## Results

### PERFORMANCE OF THE TWO ELISA TEST KITS

*Precision.* Intraassay and interassay variation of the two test kits was investigated by assaying a number of urine samples from controls 10 times within a series of measurements and in 10 different runs. For M the CVs within a series of measurements (for samples with mean values of 0.424 and 0.303 μmol/L) varied from 6.42% to 9.47% and the CVs regarding interassay precision (for samples with mean values of 0.366 and 1.541 μmol/L) from 10.1% to 14.3%. For NM these values were 6.76% to 9.22% (mean values 1.479 and 4.958 μmol/L) and 9.19% to 12.5% (mean values 1.087 and 4.728 μmol/L) respectively.

*Linearity.* Three different pathological urine samples were assayed undiluted and after twofold, fourfold, eightfold, 16-fold, and 32-fold dilution. The results, both for M and NM in μmol/L, are shown in Table 1, indicating a satisfactory linearity of both assays.

Wolthers et al.: Urinary metanephrine and normetanephrine ELISA evaluation

### Table 1. Linearity of ELISAs for M and NM.

| | 1/1 | 1/2 | 1/4 | 1/8 | 1/16 | 1/32 | 1/64 |
|---|---|---|---|---|---|---|---|
| **M** | | | | | | | |
| Urine 1 | 9.36 | 9.41 | 10.3 | 11.0 | 10.8 | 12.0 | 12.0 |
| Urine 2 | 11.8 | 12.1 | 13.3 | 12.5 | 11.9 | 13.3 | |
| Urine 3 | 12.5 | 11.4 | 12.8 | 11.4 | 12.1 | | |
| **NM** | | | | | | | |
| Urine 1 | 10.0 | 8.05 | 9.19 | 10.4 | 10.4 | 11.0 | |
| Urine 2 | 11.2 | 11.8 | 11.7 | 11.1 | 12.3 | | |
| Urine 3 | 11.4 | 12.0 | 10.4 | 11.4 | 11.9 | 10.8 | |

Obtained values in μmol/L (multiplied with the dilution factor).

*Recovery measurements.* Four different urine samples in the case of NM and three in the case of M (all samples from control persons) were determined as such and after supplementing with various amounts of NM and M respectively. From the obtained concentrations, recovery percentages were calculated. For NM, recovery ranged from 91% to 117% and for M from 74% to 120%.

*Cross-reactivity.* Several compounds with chemical structures related to M and NM were investigated as to their possible interference in the two test kits. As seen in Table 2, both test kits showed minimal cross-reactivity with other substances.

### COMPARISON OF ELISA WITH GC-MS

To check the accuracy of the ELISA test kits by comparison with GC-MS, two series of urine samples, one comprising samples of a group of 47 apparently healthy control children or young adults, and another comprising samples of a group of 10 adult patients from whom urine

was collected because of previously established pheochromocytoma, were investigated. Results obtained by applying the ELISA and GC-MS procedure were compared and graphically displayed in Fig. 3, in which the two upper panels comprise only the results for the controls and the two lower panels the combined results of controls and patients. The obtained parameters from the statistical analyses are given in Table 3. In the control group (n = 47) the M concentrations obtained from the ELISA method showed a tendency to be slightly higher than those obtained from GC-MS, whereas the reverse held for the NM results; correlation coefficients were 0.911 and 0.928, respectively. The combined results of patients and controls (n = 56) showed correlation coefficients of 0.993 for M and of 0.988 for NM; the slopes of the linear regression curves were 0.984 and 0.988, respectively. From Fig. 3 and Table 3 one can conclude that an acceptable correlation between both methods exists. Passing-Bablok regression analysis, applied to the results obtained from the control group and also the combined control/patient group, further revealed that in the regression lines no significant deviation from zero for intercept and from 1.00 for slope could be observed, both for M and NM (data not shown).

### Discussion

In surveying the data obtained for the two described ELISA kits for urinary M and NM, the following conclusions can be drawn. Cross-reactivity by potentially interfering compounds in urine, such as unmetabolized catecholamines (adrenaline, noradrenaline, and dopamine) and acid catecholamine metabolites such as homovanillic acid and VMA, very likely is minimal to absent, taking into account the data shown in Table 2. Also, no significant interference between each of the two metanephrines (small cross-reactivity of NM in the M test kit and vice versa) has been observed. Reproducibility data, linearity data (Table 1), and recovery data taken together indicate that the precision of an obtained test result for both urinary metanephrines is in the order of 10–20%, which, although less than experienced for chromatographic techniques, is in principle sufficient to discriminate between normal and pathological states. ELISA data demonstrate

### Table 2. Cross-reactivity experienced in the M and NM ELISA kits for substances with related structures.

| Compound | Cross-reactivity, % | |
|---|---|---|
| | M | NM |
| Metanephrine | 100 | 0.6 |
| Normetanephrine | 0.3 | 100 |
| Adrenaline | <0.5 | <0.02 |
| Noradrenaline | <0.01 | <0.02 |
| 3-Methoxytyramine | <0.01 | 0.4 |
| Dopamine | <0.01 | <0.02 |
| L-DOPA | <0.01 | <0.02 |
| 4-hydroxy-3-methoxyphenylglycol | 0.01 | 0.15 |
| VMA | <0.01 | <0.02 |
| Homovanillic acid | <0.01 | <0.05 |
| 4-hydroxy-3-methoxyphenylpyruvic acid | <0.01 | <0.05 |
| 4-hydroxy-3-methoxylactic acid | <0.01 | <0.02 |
| 3-methoxytyrosine | <0.01 | <0.02 |
| L-Tyrosine | <0.01 | <0.02 |
| Tryptophan | <0.01 | <0.02 |
| Caffeic acid | <0.01 | <0.02 |
| Ferulic acid | <0.01 | <0.01 |

120                   Wolthers et al.: Urinary metanephrine and normetanephrine ELISA evaluation

Table 4. Reported reference values (upper limits) in μmol/ 24 h for M and NM.

| Source | M | NM |
|---|---|---|
| Graham et al. [10] (HPLC) | 2.0 | 5.1 |
| Gerlo and Sevens [14] (HPLC) males | 1.8 | 4.4 |
| females | 1.2 | 3.3 |
| Rosano et al. [3] (GC) | 1.31 | 1.86 |
| (HPLC) | 1.51 | 1.94 |
| Kema et al. [17] (GCMS) | 1.3 | 3.4 |
| Present ELISA methods | 1.4 | 1.75 |

urinary samples (see Fig. 3, lower panels), we are justified in stating that the ELISA test kits can be successfully applied in the detection of pheochromocytoma patients. The analytical procedures are relatively simple and require only low-cost instrumentation (microtiter plate washer and reader) generally available in the clinical laboratory. Therefore the present ELISA methods for determining urinary metanephrines can be considered acceptable alternatives for chromatographic methods, allowing any clinical laboratory to extend with ease their arsenal of laboratory tests with a procedure for detection of pheochromocytoma.

For those laboratories that would like to determine plasma metanephrines or urinary *free* (unconjugated) metanephrines, the described test kits do not possess the required sensitivity, since concentrations <1 nmol/L must be measured with sufficient accuracy, which is below the detection limits of these kits. As argued above, there is no valid reason to prefer such determinations over those of urinary *total* metanephrines and, therefore, clinically there is no need for the availability of such sensitive M or NM test kits.

One may speculate that in the near future, apart from catecholamines, other diagnostically important biogenic amines, e.g., serotonin, histamine, and their metabolites in body fluids, will be determined likewise by simple immunoassay, becoming the method of choice for the analysis of these molecules. However, one should realize that, although easier to perform, with immunoassays each analyte (e.g., M and NM) must be determined with separate kits, which might lead to higher costs and in some cases might consume more analytical time in comparison with chromatographic methods, in which several analytes can be quantified together within one assay run (e.g., M and NM).

## References

1. Lenders JWM, Keiser HR, Goldstein DS, Willemsen JJ, Friberg P, Jacobs MC, et al. Plasma metanephrines in the diagnosis of pheochromocytoma. Ann Intern Med 1995;123:101–9.

2. Pisano JJ. A simple analysis for normetanephrine and metanephrine in urine. Clin Chim Acta 1960;5:406–14.

3. Rosano TG, Swift TA, Hayes LW. Advances in catecholamine and metabolite measurements for diagnosis of pheochromocytoma. Clin Chem 1991;37:1854–67.

4. Eisenhofer G, Friberg P, Pacak K, Goldstein DS, Murphy DL, Tsigos C, et al. Plasma metadrenalines: do they provide useful information about sympatho-adrenal function and catecholamine metabolism? Clin Science 1995;88:533–42.

5. Eisenhofer G, Runquist B, Åneman A, Friberg P, Dakak N, Kopin IJ. Regional releases and removal of catecholamines and extraneuronal metabolism to metanephrines. J Clin Endocrinol Metabol 1995;80:3009–17.

6. Kopin IJ, Axelrod J. Presence of 3-methoxy-4-hydroxyphenylglycol and metanephrine in phaeochromocytoma tissue. Nature 1960; 185:788.

7. Sjoerdsma A, King WM, Leeper LC, Udenfriend S. Demonstration of the 3-methoxy analog of norepinephrine in man. Science 1957;127:876.

8. DeQuattro V, Sullivan P, Foti A, Bornheimer J, Schoentgen S, Versales G, et al. Central and regional normetadrenaline in evaluation of neurogenic aspects of hypertension: aid to diagnosis of phaeochromocytoma. Clin Science 1980;59:275s–7s.

9. Moleman JJ. Effect of diet on urinary excretion of unconjugated catecholamines and some of their metabolites in healthy control subjects and depressed patients. Clin Chim Acta 1990;189:19–24.

10. Graham PE, Smythe GA, Edwards GA, Lazarus L. Laboratory diagnosis of phaeochromocytoma: which analytes should we measure? Ann Clin Biochem 1993;30:129–34.

11. Manelli M. Diagnostic problems in pheochromocytoma. J Endocrinol Invest 1989;12:739–57.

12. Buu NT, Angers M, Chevalier D, Kuchel O. A new method for the simultaneous determination of free and sulfoconjugated normetanephrine, metanephrine, and 3-methoxytyramine in human urine by HPLC with electrochemical detection. J Lab Clin Med 1984; 104:492–500.

13. Robinson RR. Tumours that secrete catecholamines: their detection and clinical chemistry. Chichester: John Wiley & Sons, 1980:35–45.

14. Gerlo EAM, Sevens C. Urinary and plasma catecholamines and urinary catecholamine metabolites in pheochromocytoma: diagnostic value in 19 cases. Clin Chem 1994;40:250–6.

15. Linuma K, Ikeda I, Ogihara T, Hashizume K, Kurata K, Kumahara Y. Radioimmunoassay of metanephrine and normetanephrine for diagnosis of pheochromocytoma. Clin Chem 1986;32:1879–83.

16. Oishi K, Sanaki M, Ohno M, Sato T. Urinary normetanephrine and metanephrine measured by radioimmunoassay for the diagnosis of pheochromocytoma: utility of 24-hour and random 1-hour determinations. J Clin Endocrinol Metab 1988;67:614–8.

17. Kema IP, Meiborg G, Nagel GT, Stob GJ, Muskiet FAJ. Isotope dilution ammonia–chemical ionisation mass fragmentographic analysis of urinary 3-O-methylated catecholamine metabolites. Rapid sample clean up by derivatisation and extraction of lyophilised samples. J Chromatogr B Biomed Appl 1993;671:181–9.

18. Passing W, Bablok H. A new procedure for testing the equality of measurements from two methods. J Clin Chem Clin Biochem 1983;21:709–20.

# EXHIBIT H

# EXHIBIT I



# *P*ROCEEDINGS

# *American Academy of Forensic Sciences*



ANNUAL MEETING
RENO, NEVADA
FEBRUARY 21-26, 2000

This paper ~~~~~ ~~~~ ~~~~ ~~~~ anic compounds (butane, toluene, ~~~~~ ~~~~~~... ~ recovered and identified in human blood and viscera samples. Sample preparation, manual fibre assembly manipulation and instrument conditions are given below.

Sample preparation and fibre holder manipulation: Blood (2-5 g), lung, brain or fat tissue samples (5-10g, finely chopped) were placed into a 50mL glass bottle, to which 25 mL of distilled water was added, giving a headspace volume of between 15 and 23 mLs. The glass bottle was then crimped, sealed and placed into an oven at 80°C for 1.5 hours.

The bottle was then removed from the oven. Adsorption of volatiles (volatile organic compounds) onto the fibre (Supelco, manual holder and fibre with polydimethylsiloxane coating, 100mm film thickness) occurred by placing the fibre into the headspace for 30 minutes. After removal from the sample the fibre was inserted into the injection port of the GC and volatiles desorbed for 1 minute at 220°C. Prior to each sample analysis the fibre was blanked by exposure in the injection port of the GC for 5 minutes (purge on).

Instrument Conditions: A Hewlett-Packard 5890 series II, GC coupled to a HP 5972 mass selective detector (MSD) controlled by HP Chemstation and Windows 95 software, was used for analysis of all samples. A 30-m x 0.25-mm DB1701 (J and W Scientific) fused silica capillary column with film thickness of 0.25 mm was used for capillary GC separation of analytes. Helium carrier gas was used at a head pressure of 10psi and a flow of 1 mL/minute. The GC oven temperature was held at 35°C for 1 minute, then ramped at 8°C per minute to a final temperature of 270°C (hold time, 1 minute). The injection port and transfer line temperatures were set at 220°C and 270°C respectively. Volatiles were desorbed from the fibre under splitless GC inlet conditions (purge on 0.41 minutes). The MS was scanned from 28-400 amu. The electron multiplier and threshold were set to 2400 volts and 500 amu respectively.

Results: During the past three years the headspace/SPME technique has been used successfully in assisting the Coroner investigate 34 sudden deaths (27 deaths in the past seventeen months) where solvent abuse was suspected.

Examples of typical casework are given: Case 1. A male (aged 17 years) died after allegedly inhaling butane from a pressure pack can. Toxicological analysis revealed no common drugs or poisons. A subsequent headspace/SPME screen revealed butane in post mortem blood, lung and brain samples.

Case 2. A female (aged 13 years) died due to hanging. It was believed that the deceased had been sniffing solvents immediately prior to death. Toxicological analysis for common drugs and poisons showed the presence of alcohol only. A subsequent headspace/SPME screen revealed toluene in post mortem blood, lung, brain and fat samples.

Case 3. A male (aged 22 years) died during a high-speed chase by police after the vehicle he was driving collided with a power pole. It was believed that the deceased had been sniffing petrol prior to the crash.

Toxicological analysis for common drugs and poisons showed the presence of alcohol only. A subsequent headspace/SPME screen revealed petrol residues in four post mortem blood samples (no lung or brain samples were submitted for analysis).

Case 4. A male (aged 17 years), known drug user died suddenly under suspicious circumstances. Toxicological analysis for common drugs and poisons showed the presence of ketamine, diazepam and THC. Possible chemical burns to the deceased's mouth allowed for consideration of solvent abuse. A subsequent headspace/SPME screen revealed halothane in post mortem blood, lung and brain samples. Halothane levels were determined using a methanol extract of blood with isoflurane [ 2-chloro-2-(difluoromethoxy)-1,1,1-trifluoroethane ] as an internal standard ( 290 ng/uL ). Halothane was quantified at 51 mg/L and 23 mg/L for mortuary admission and femoral blood respectively. These levels are within reported fatal case ranges of 8-650 mg/L [5-6].

The headspace/SPME technique has proved most valuable for the recovery and analysis of volatile organic compounds from blood, lung, brain or fat tissue of deceased persons. Several advantages of the technique over the more traditional headspace technique (gas syringe) include: (1) simplicity of sample preparation and manipulation of the SPME injection needle and fibre; (2) sensitivity (e.g., a detection limit for toluene of 5ng in 2.5 g of blood, using SIM mode) and selectivity for a wide range of volatiles because of the pre-concentration and selectivity effects of the fibre coating; (3) the SPME approach provides for rapid screening of samples for non-routine volatiles, i.e., halothane. This is essential for some toxicological investigations; (4) the avoidance of mass spectral interferences from air due to the absorption selectivity of the polydimethylsiloxane coating.

References:

1. Arthur C.L., Killam L.M., Motlagh S., Lim M., Potter D.W. and Pawliszyn J. Environmental Science and Technology 1992; 26: 979-983.

2. Qiulei Ren and Bertsch W., Journal of Forensic Sciences 1999; 44(3): 504-15.

3. Schubeth J. Journal of Forensic Sciences 1997; 42(1): 144-7.

4. Degel F., Clinical Biochemistry 1996; 29(6): 529-40.

5. Baselt R.C., Cravey R.H.., Disposition of Toxic Drugs and Chemicals in Man, Chemical Toxicology Institute, California, (4th edition, 1995), pages 363-65.

Cohen E. N., Anesthesiology 1971; (35): 193.

**Headspace Analysis, Volatile Organic Compounds, Solid Phase Microextraction**

## K13  Epinephrine Poisoning, Part II: Stability of Metanephrine and Normetanephrine in Exhumed Tissue

*Anthony J. Macherone, Jr., MA\*, Fredric Rieders, PhD, and Carolyn Selenski, The Fredric Rieders Family Renaissance Foundation, 2300 Stratford Avenue, Willow Grove, PA*

By attending this presentation the participant will gain insight into the degradation of metanephrine and normetanephrine in various tissues harvested from exhumed human bodies. Knowledge of what has come to be known as the "burn-rate" of these compounds may aid the forensic toxicologist in identifying a cause of death where the possibility of surreptitious catecholamine administration is considered.

Persons acting out of pseudo-altruistic intent or blatantly committing murder may insidiously administer epinephrine as a means to cause sudden death via ventricular fibrillation in their intended victim. Investigation of some such suspicious deaths has occurred as long as ten years after interment. Therefore, knowledge of catecholamine stability in buried persons may prove invaluable in forensic inquiries where an epinephrine overdose is considered as a possible cause of death.

Epinephrine is derived directly from norepinephrine by the action of phenylethanolamine-N-methyltransferase. Systemic secretion of epinephrine into the blood stream is paramount to stimulating the sympathetic nervous system as part of the fight-or-flight reaction. Epinephrine and norepinephrine are metabolized by catecholamine-O-methyltransferase to form metanephrine and normetanephrine, respectively. In vivo, this enzymatic metabolism occurs quite rapidly and the half-life of epinephrine and norepinephrine has been reported as approximately two minutes [1]. Due to the ephemeral nature of epinephrine and norepinephrine, we focused on their primary biological metabolites, metanephrine and normetanephrine as markers of suspected clandestine epinephrine administration. The present study was designed to evaluate the stability of metanephrine and normetanephrine as a function of concentration, temperature, and tissue in an effort to elicit possible trends that can be used to extrapolate catecholamine concentrations in actual forensic cases back to the time of death.

Brain, heart, and kidney were dissected from an non embalmed specimen whose remains were buried for approximately 4 years in a dirt grave without the benefit of a casket. Surprisingly, the remains were remarkably well preserved. This may be due to the hot and dry climate in which the person was interred. Another brain dissection was obtained from tissue fixed in formalin. One plus three homogenates were prepared with 3% aqueous formic acid for the former and with de-ionized water for the latter. Calibrators were spiked daily into commercial blank serum in a concentration range of 1ng/mL to 50ng/mL of both metanephrine and normetanephrine. Controls were also prepared in this manner at concentrations of 5ng/mL and 25ng/mL from a stock solution separate from that used for the calibrators. Extraction of the homogenates, calibrators and controls was effected in a two-step process described elsewhere [2]. Briefly, it consists of an initial pre-extraction with chloroform to remove lipids, neutrals and decomposition compounds and secondly by robotic solid phase extraction to isolate the compounds of interest. The extracts, calibrators and controls were analyzed by liquid chromatography with electrochemical detection. The mobile phase consisted of 10:90 methanol/water containing sodium phosphate monobasic, citric acid, 1-octanesulfonate sodium and disodium EDTA. The analytical method and conditions are also described in the above referenced abstract [2].

Each specimen was analyzed neat, as well as by standard addition and by standard dilution and compared to the known (spiked) chromatograms to rule out the presence of catecholamines. After screening, the specimens were divided and spiked with metanephrine and normetanephrine at concentrations of 100ng/mL, 40ng/mL and 20ng/mL. The homogenates were further divided for storage at approximately 22°C, 5°C, and -15°C. All specimens were stored in opaque plastic bottles. The samples were analyzed on the day of preparation, and this value was assumed to represent 100% metanephrine and normetanephrine in the sample. They were stored as described and analyzed regularly over the course of one week.

For the brain homogenate prepared in deionized water, an overall rapid decrease in the residual percentage of metanephrine and normetanephrine was noted over the first two days. After two days, the residual catecholamine concentrations stabilize around an average concentration of approximately 15% for all the samples. There appears to be an inflection in all curves after two days. This may illustrate a transition in the order of the degradation reaction. If this is the case, a trend such as this may be the foundation upon which to build a model that can be used to extrapolate catecholamine concentrations found in exhumed bodies back to what may represent the concentration at the time of death.

Although there appears to be an overall significant reduction in catecholamine concentration for all the tissues prepared in aqueous formic acid, the tissue homogenates prepared in the aqueous formic acid do not show the inflection observed in the former case. Unfortunately, due to pump problems in the HPLC, we were not able to obtain data for days 1 through 3 for the aqueous acidic homogenates. We may not have observed the inflection due to the loss of these data points. Furthermore, the data is obtained over the limited time frame of six days and is being continued until there is "none-detected" or a flattening out (to first-order degradation) of the curve occurs.

There is a sharp contrast between the homogenates prepared in water, close to "normal state," to that of the homogenates prepared in aqueous acid, close to embalmed state. Presently, the samples stored at all temperatures show greater than 50% reduction in concentration over the course of one week, after that the rate of decline lessens and is likely to become very small when it falls below the k' of the degradation reaction.

References:

1. Berne, Robert M., Levy, Matthew N. Principles of Physiology 2nd Ed. Mosby-Year Book, Inc., New York, (1996).

2. Rieders, F., Macherone, A., Selenski, C. Epinephrine Poisoning

Part I: Extraction of Metanephrine and Normetanephrine from Exhumed Tissue, In Press.

Catecholamines, Stability, Tissue Homogenate

## K14   Opiate Tissue Distribution in Two Pediatric Fatalities

*Nancy B. Wu Chen, PhD\*, Edmund R. Donoghue, MD, Darinka Mileusnic, MD, Adrienne Segovia, MD, Jennifer Jakalski, BS, Maureen Messina, BS, Mark Bloom, MS, and Ian Hammersmith, BS, Office of the Medical Examiner, Cook County, 2121 West Harrison Street, Chicago, IL*

Learning Objectives: to illustrate the importance of obtaining multiple tissue samples for analysis in pediatric fatalities involving drugs of abuse. Cooperation between the pathology staff and the toxicology laboratory is essential to this process. Opiate tissue distribution of two pediatric fatalities is presented.

Morphine is a narcotic analgesic and also a metabolite of heroin and codeine. Case histories and toxicological findings from two pediatric fatalities due to opiate intoxication are presented. In the first case, a one-month old black male expired in the hospital approximately one day after he was brought to the emergency room. In the second case, a one-year old black female was found unresponsive in bed.

Opiate was detected in the post mortem specimens by radioimmunoassay (RIA) screen. Post mortem specimens were pretreated with an equal amount of pH 7.4 buffer before the RIA procedure. Morphine and codeine were confirmed and quantitated by gas chromatography/mass spectrophotometry (GC/MS) as follows: Two milliliters of specimen was extracted with ethyl acetate at pH 8.7, using a mixture of morphine-N-methyl-$D_3$ and codeine-N-methyl-$D_3$ as dual internal standards. After back extraction with 1 N sulfuric acid and re-extraction with chloroform: isopropanol (4:1) at pH 8.7, the residue was derivatized with pentafluoropropionic anhydride (PFPA). The PFP derivatives were reconstituted with ethyl acetate and injected onto a GC/MS in selective ion monitoring (SIM) and electron impact (EI) mode. A 11 m X 0.2 mm HP-I column was used with temperature programming in the chromatographic analysis. Two ions, m/z 414 and m/z 577, were monitored for morphine-PFP; two ions, m/z 282 and m/z 445, were monitored for codeine-PFP; two ions, m/z 417 and m/z 285, were monitored for the dual internal standards, morphine-N-methyl-$D_3$-PFP and codeine-N-methyl-$D_3$-PFP, respectively. Ions, m/z 414 and m/z 417 were used for the morphine quantitation, while ions, m/z 282 and m/z 285 were used for the codeine quantitation.

The tissue distribution of morphine for the first case was as follows: blood, 11.9 mg/L; pleural fluid, 6.06 mg/L; liver, 0.410 mg/kg; spleen, 0.065 mg/kg; kidney, 0.138 mg/kg. Codeine was negative in liver, spleen and kidney. Quantities of blood and pleural fluid were not sufficient for codeine analysis. The cause of death in this case was opiate intoxication, with sepsis as a contributing factor. Homicide was listed as the manner of death.

The tissue distribution of morphine for the second case was as follows: blood, 0.330 mg/L; liver, 1.80 mg/kg; spleen, 1.48 mg/kg; kidney, 2.43 mg/kg; brain, 0.116 mg/kg; and gastric content, 3.48 mg. Codeine was negative in liver, spleen, kidney and brain. The quantity of blood was not sufficient for codeine analysis. The cause of death for the second case was opiate intoxication. Homicide was, as the first case, listed as the manner of death.

In these pediatric fatalities, multiple tissue specimens were submitted to the toxicology laboratory when the pathologist requested testing for drugs of abuse. In the event that a positive finding occurred, in one specimen from the case, the toxicology staff was then able to analyze multiple tissue specimens in order to provide a tissue distrib-

**Epinephrine Poisoning Part I:**
**Extraction and Analysis of Metanephrine and Normetanephrine from Exhumed Tissue**

Fredric Rieders, Ph.D., *Anthony J. Macherone, Jr., M.A., Carolyn Selenski and William E. Vickery.
The Fredric Rieders Family Renaissance Foundation
2300 Stratford Avenue Willow Grove, PA 19090

**Learning Objectives:** This presentation will outline a method of extraction and analysis for metanephrine and normetanephrine in various exhumed human tissues. The procedures demonstrate an efficient preparative (bulk) extraction followed by automated analytical extraction resulting in a clean extract for analysis by HPLC-EC.

Preparation and extraction of post-mortem tissue, especially in embalmed or non-embalmed, exhumed cases, presents special challenges and interference's to effective analytical separations and analytical finishes. The presence of undesired materials in an extract can wreak havoc with an HPLC system by deposition of unwanted material in injection ports, ruining columns, etc. An analyst may experience one or a combination of the above during any analytical run where solid, etc., tissues are extracted. When sub-ppb sensitivity is required, as it is in the analysis of metanephrine and normetanephrine, "dirty" extracts can completely negate an entire run. To overcome these difficulties, we developed a two-step extraction procedure for tissue homogenates that utilizes a liquid - liquid pre-extraction followed by robotic solid phase extraction.

Tissue homogenates are prepared in 1 + 3 dilutions with 3% aqueous formic acid. To one part tissue homogenate (at least 1mL) is added one part pre-screened commercially prepared blank serum, one part 9% aqueous formic acid and one part chloroform. The mixture is rotated for 30 minutes and centrifuged for 5 minutes at 5000 rpm. To 2mL of the top layer (aqueous) is added 3mL of 1.0M phosphate buffer (pH = 6.0). The samples are mixed for one minute on a vortex and transferred to a Zymark® Rapid Trace™ SPE Workstation using a Varian Bond Elut Certify column for the solid phase extraction. The collected extracts are dried for 15 minutes at 50°C in a Zymark Turbovap® LV under $N_2$ and reconstituted with 200uL of mobile phase. Rapid Trace conditions are given in Table 1.

Table 1.

| Step | Source | Volume (mL) | mL/sec |
|------|--------|-------------|--------|
| Condition | MeOH | 3.00 | 0.1 |
| Condition | DI | 3.00 | 0.1 |
| Condition | PB | 1.00 | 0.1 |
| Load | Sample | 5.80 | 0.075 |
| Purge | DI | 6.00 | 0.4 |
| Rinse | PB | 2.00 | 0.1 |
| Rinse | DI | 2.00 | 0.1 |
| Rinse | HAc | 1.00 | 0.1 |
| Rinse | Vent | 5.00 | 0.5 |
| Rinse | MeOH | 2.00 | 0.1 |
| Rinse | Vent | 5.00 | 0.5 |
| Rinse | MeOH | 2.00 | 0.1 |
| Dry | Time= | 5 min | |
| Rinse | 98/2 | 0.70 | 0.05 |
| Collect | 98/2 | 1.25 | 0.05 |

| Reagent Name | Abbrev |
|--------------|--------|
| DI water | DI |
| Acetic Acid | Hac |
| Methanol | MeOH |
| Phosphate Buff (pH=6) | PB |
| MeOH/NH$_4$OH | 98/2 |

Calibrators are spiked daily into the same lot number of commercial blank serum as that used for the tissue homogenates in a concentration range of 1ng/mL to 50ng/mL of both metanephrine and normetanephrine. Controls are also prepared in this manner at concentrations of 5ng/mL and 40ng/mL from a stock solution separate from that used for the calibrators. The calibrators and controls are also treated to the pre-extraction procedure described above and final extraction is achieved by Rapid Trace™.

The analytical finish used is high performance liquid chromatography with electrochemical detection (HPLC-EC). The liquid chromatograph system uses a ThermoSeparations Autosampler AS 300, a Knauer HPLC Pump with an external pulse dampener, Altech Adsorbosphere C18 HS, 3u particle size column, and an ESA coulochem II 2.01 electrochemical detector equipped with an ESA Model 5011 electrochemical cell containing two tandem analytical flow cells. Electrodes I and II were set at +200mV and +550mV, respectively. The mobile phase is prepared by dissolving 12.0g sodium phosphate monobasic, 4.20g citric acid, 0.27g 1-octanesulfonate sodium and 0.05g disodium EDTA in approximately 1500mL deionized water. The mixture is then diluted to 2000mL with deionized water and mixed well. To 900mL of the buffer is added 100mL HPLC grade methanol and the solution is mixed well. The final pH of the mobile phase is approximately 2.8. The flow rate is set at 0.8 ml/min. Retention times for metanephrine and normetanephrine under these conditions are 9.4 minutes and 6.9 minutes, respectively when the signal from electrode II (+550mV) is monitored.

Using the extraction methods and analytical finish described above, we have observed extraction efficiencies that vary between 50% and 60% and a detection limit of 2.5ng/mL. Although this sensitivity is not low enough to monitor basal levels of metanephrine and normetanephrine (approximately 50 to 100 pg/mL), they are sufficient to detect epinephrine poisonings where many cases have greater than 50ng/mL metanephrine and normetanephrine concentrations and several cases have exceeded 200ng/mL. The liquid - liquid pre-extraction efficiently removes acids, phenolics, lipids, neutrals and decomposition products form the homogenate prior to analytical extraction by automated solid phase extraction. The trade off between lower extraction efficiency and higher detection limits is acceptable when considering the significant reduction of interfering components in the final extract. This approach to extracting solid materials, i.e., by an initial bulk clean up, can be applied to other extractions where interference due to acids, phenolics, lipids, neutrals or decomposition compounds has been noted. (The identity and concentration of normetanephrine and metanephrine in our samples has been confirmed by liquid chromatography - electrospray - tandem MS/MS the discussion of which is being reported elsewhere.)

**Key Words:** Metanephrine, Normetanephrine, Solid phase extraction, Liquid extraction

This research has been to a large extent supported by National Medical Services, Inc.

In forensic post-mortem cases, it is often desirable to use two different methods for corroborating (or negating) identifications.
This method (HPLC with electrochemical detection) is such a second, different method (different from the HPLC-ES-MS-MS method) applicable to the analysis of e.g. exhumed tissues for e.g. metanephrine and normetanephrine at concentrations of 2.5ppb & higher, by the standard method.