UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
            v.           )   CRIMINAL NO. 98-30044-MAP
                         )
KRISTEN GILBERT          )

ORDER

April 11, 2000

PONSOR, D.J.

For the reasons stated in the accompanying Memorandum, Defendant's Motion for Relief from Prejudicial Joinder of Counts XIV and XV (Docket No. 157) is hereby ALLOWED. Defendant's Motion to Dismiss Count XV of the Superceding Indictment (Docket No. 175) is hereby DENIED, without prejudice.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge