UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2000 APR 24 P 1: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

* * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 98-CR-30044

KRISTEN GILBERT
* * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION TO DISCOVER NOTES OF WITNESSES AND TO BE PROVIDED WITH A LIST OF WITNESSES

Now comes the defendant in the above captioned matter and requests that this Honorable Court order the Government to provide her with the following:

1. the notes of the investigators from the OIG-OHI team that initially investigated the allegations of an increase in deaths at the VAMC in 1996;

2. a list of witnesses that the government intends to call at the guilt-innocence phase of trial and at any penalty phase of trial.

In support of this motion the defendant states that the above information has been requested by letter as is required by the Local Rules and that the Government has declined to produce it. The defendant contends that this information is necessary in order to secure her right to a fair trial and to due process of law as guaranteed by the Fifth and Sixth Amendment to the United States Constitution.

THE DEFENDANT

By _____

DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA 01103
(413) 732-1939

By _____

HARRY L. MILES, BBO#
GREEN, MILES, LIPTON, ET. AL.
77 Pleasant Street
Northampton, MA 01060
(413) 586-8218

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4-21-00